UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

BRYAN MORIN, ET AL                          CIVIL ACTION NO. 11-00045
    Plaintiffs

                 JUDGE C
VERSUS
                 MAGISTRATE: 3
CHEVRON U.S.A., INC., ET AL
    Defendants

# CHEVRON U.S.A. INC.'S WITNESS LIST
# AND EXHIBIT LIST

Chevron U.S.A. Inc., individually and as the successor to Gulf Oil Corporation,

("Chevron"), submits the following list of witnesses who may be called at trial:

1. Kenneth A. Mundt, Ph.D. is an expert in the field of epidemiology and will provide testimony in accordance with the subjects identified in his report and in rebuttal to Plaintiffs' expert witnesses.

2. Dr. Ethan Natelson, M.D. is an expert in the fields of internal medicine and hematology and will provide testimony in accordance with the subjects identified in his report and in rebuttal to Plaintiffs' expert witnesses.

3. David Pyatt, Ph.D. is an expert in the field of toxicology and will providetestimony in accordance with the subjects identified in his report and in rebuttal to Plaintiffs' expert witnesses.

4. John W. Spencer, CIH, CSP is an expert in the field of industrial hygiene and will provide testimony in accordance with the subjects identified in his report and in rebuttal to Plaintiffs' expert witnesses.

5. Kenneth J. Boudreaux, Ph.D (or one of his associates, Dan M. Cliffe, CPA or J. Stuart Wood, CPA) is an expert economist. He is expected to testify regarding his evaluation of any financial losses allegedly suffered by plaintiffs resulting from James Wagoner's alleged injuries. He will also respond to the opinions and testimony of Plaintiffs' expert.

6.     Katherine Kraft, toxicologist employed by Chevron. 3901 Briarpark Road Houston, Texas.

7.     Corporate representative(s) and/or former employee(s) and/or records custodian of any other party, regardless of whether that party settles or has already settled with Plaintiffs or is otherwise dismissed.

8.     Corporate representative(s) and/or former employee(s) and/or records custodian of any employer for whom Bryan Morin worked.

9.     Any witness listed and/or identified by Plaintiffs and/or any other party, regardless of whether that party settles or has already settled with Plaintiffs or is otherwise dismissed from this matter.

10.     Corporate representative and/or records custodian(s) of Chevron and any other party to this lawsuit, even if said party settles, has settled, or is dismissed from suit.

11.     Any witness or corporate representative necessary to authenticate documents.

12.     Representatives from any of the unions to which Bryan Morin belonged or worked with to testify concerning union records, other union records, the union's knowledge of the hazards of benzene and benzene-containing products, if any, and related procedures and the dissemination of such information.

13.     Any witness identified through subsequent discovery.

14.     Any witness needed for impeachment or rebuttal purposes.

15.     Michelle Morin, plaintiff and spouse of Bryan Morin (on cross examination).

16.     Bryan Morin, plaintiff (on cross examination).

17.     Dr. John T. Cole, treating physician of Bryan Morin.

18.     Dr. Brandy Jones, treating physician of Bryan Morin.

19.     Dr. Roy Beveridge, treating physician of Bryan Morin.

20.     Dr. Dipti Petel-Donnelley, treating physician of Bryan Morin.

21.     Any and all treating, visiting, and/or consulting physicians of Bryan Morin.

22.  Dominic "Nick" Cacibauda- former employee at Chevron's Oronite Oak Point facility in Belle Chasse, Louisiana ("Oronite"). 10309 Rouses Marina Road, Vancleave, MS 39565.

23.  Edward Turner, former division manager of Oil Mop Gulf Services Inc.

24.  Kenneth Barnshaw "Shaw" Thompson, III, former President of Oil Mop Gulf Services Inc.

25.  Richard Meerman, maintenance employee at Oronite. 10285 Highway 23 South, Belle Chasse, LA 70037.

26.  Roger T. Kinney, retired Oronite safety engineer from 1982-1983. 700 Fairfax Dr., Unit 125, Terrytown, LA 70056.

27.  William Walker, Safety and Security Supervisor at Oronite. 10285 Highway 23 South, Belle Chasse, LA 70037.

28.  Robert T. Cheng, retired Chevron employee. 2151 Fort Halifax Street, Henderson, Nevada 89052.

29.  Gail Hunting, senior staff at Chevron, occupational hygiene. 6001 Bollinger Canyon Road, San Ramon, California.

30.  Michael Richard, operations manager at Oronite. 10285 Highway 23 South, Belle Chasse, La.

31.  Henry J. McDermott, retired industrial hygienist for Chevron. 128 Longfield Place, Moraga, California 94556.

32.  Aaron D. "Skeets" Williams, former Director of Health and Safety at the Gulf Oil Corporation Alliance facility in Plaquemines Parish, Louisiana ("Alliance"). 505 Schlief Drive Belle Chase, La. 70037-2322.

33.  Mike Cowles, Chevron Project Manager. 6001 Bollinger Canyon Road, San Ramon, California.

34.  Blaine Fury, current Chevron employee, Technical Manager at Oronite. 10285 Highway 23 South, Belle Chasse, La.

35.  Albert Weller, retired Chevron employee. 14 Brookhaven Court, Harvey, LA 70058.

36.    John Shook, current Chevron employee. 216 San Marino Drive, San Rafael, California 94901.

37.    Michael McDonald, Chevron Safety Technologist, 3901 Briarpark Road, Houston, TX.

38.    Any deposition taken by any party for impeachment or due to the unavailability of the deponent.

39.    Any witness (fact or expert) listed, deposed, or called to testify by any other party.

40.    Chevron reserves the right to amend and/or supplement this list as additional information is discovered and/or located.


## EXHIBIT LIST

1.    September 29, 2011 deposition of Bryan Morin.

2.    September 29, 2011 deposition of Michelle Morin.

3.    Expert Report by Ethan Natelson.

4.    Expert Report by John Spencer.

5.    Expert Report by Kenneth Boudreaux.

6.    Expert Report by Kenneth Mundt.

7.    Expert Report by David Pyatt.

8.    Any and all documents relied upon by any witness purporting to be an expert in this matter who furnishes an expert report.

9.    Any and all employment records of Bryan Morin, including those records that in any way relate to benzene or benzene-containing products, knowledge concerning the hazards of benzene or benzene-containing products and/or precautions to be taken when working with or around benzene or benzene-containing products.

10. Any and all union records of Bryan Morin and any other records of unions to which he was a member, including records that in any way relate to benzene or benzene-containing products, knowledge concerning the hazards of benzene or benzene-containing products and/or precautions to be taken when working with or around benzene or benzene-containing products.

11. Chart of Bryan Morin's work history (demonstrative).

12. Curriculum vitae of any expert or physician, treating or otherwise, who testifies at the trial of this matter (including testimony by video, deposition or via transcript from other proceedings) and any documents relied upon by them.

13. Personnel records of any witness listed by any party.

14. Any and all medical records of Bryan Morin, including but not limited to all visits, consultations, and treatment records.

15. Any deposition taken in connection with this matter.

16. Any and all Mandatory Safety Data Sheets produced in this litigation.

17. Any deposition previously provided by a witness listed by any party in the instant suit, which was conducted in another matter.

18. Any deposition previously taken in any lawsuit involving exposure to benzene or benzene-containing products.

19. Any and all safety manuals, procedures, and/or related records compiled, kept, and/or used by Chevron;

20. Any and all contracts and/or agreements between Chevron and Oil Mop Gulf Service, Inc. and/or either entity's predecessors, affiliates, successors, or insurers.

21. Any and all exhibit(s) to any deposition taken in connection with this matter.

22.     Any and all exhibit(s) to any deposition previously provided by a witness listed by any party in instant suit, which was conducted in another matter.

23.     Any document needed for impeachment or rebuttal purposes.

24.     Any records, log sheets, invoices, purchase orders, or other documents relating to the presence and/or frequency of any party, whether settled or not, or of any other entity regardless of whether that entity was ever a party to this suit, at any location at which Bryan Morin worked.

25.     Any records, log sheets, invoices, purchase orders, or other documents relating to the presence of any benzene-containing products manufactured, distributed, or supplied by any party, whether settled or not, or by any other entity regardless of whether that entity was ever a party to this suit, at any location at which Bryan Morin worked.

26.     Any and all medical records, reports, x-rays, marrow, pathology tissue, slides or blocks, photomicrographs, electron microscopy micrographs, report of results of tests, x-rays, or other radiographic or computerized testing from any physician, hospital, independent medical examiner, or other health care providers of Bryan Morin.

27.     Any and all Social Security records, reports, or computerized printouts indicating earnings of Bryan Morin.

28.     Any and all tax returns filed by Brian Morin individually or jointly.

29.     Any document to establish the manufacturer, supplier, content and/or location of any benzene or benzene-containing products at any facility at which Bryan Morin worked, as well as any such manufacturer's and/or supplier's knowledge concerning the hazards of benzene and benzene-containing products.

30.     U.S. Department of Labor's Bureau of Labor Statistics (Bulletin 2254, February 1986).

31.     Ciecka, Donley and Goldman, JLE, Vols 9, NO.1 (Winter 1999-2000) and 10, No. 3 (Winter 200-2001).

32.     U.S. Treasury "Inflation Indexed Bonds".

33. Plog, Barbara, A., Editor, Fundamentals of Industrial Hygiene, Third Edition, National Safety Council, Chicago, IL, 1988.

34. Klassen, Curtis D., Editor, Casarett and Doull's Toxicology, The Basic Science of Poisons, Fifth Edition, McGraw-Hill, New York, NY, 1996.

35. A Strategy for Occupational Exposure Assessments. Edited by Neil C. Hawkins, Samuel K. Norwood, James C. Rock, AIHA, Fairfax, VA, Third Printing, 1995.

36. Mulhausen, John R., and Joseph Damiano, A strategy for Assessing and Managing Occupational Exposures, AIHA, Fairfax, VA, Second Ed., 1998.

37. Code of Federal Regulations, 29 CFR Part 1910.

38. Williams-Steiger Occupational Safety and Health Act of 1970 (OSHAct), paragraph 4 (b)(1)

39. American Conference of Governmental Industrial Hygienists, Threshold Limit Values, 1946 to Present

40. National Fire Protection Association (NFPA). 1961. Flammable and Combustible Liquids Code. NFPA 30.

41. National Institute for Occupational Safety and Health, Criteria for a Recommended Standard, Benzene, 1974, 1976.

42. IARC Monograph on the Evaluation of Carcinogenic Risks to Humans; Occupational Exposures in Petroleum Refining-Crude Oil and Major Petroleum Fuels, Vol. 45, IARC, Lyon, France, 1989.

43. McDermott, H.J. and Vos, G.A. 1979. "Service Station Attendants' Exposure to Benzene and Gasoline Vapors." American Industrial Hygiene Association Journal. 40:315-321

44. Hartle, Richard. "Exposure to Methyl tert-Butyl Ether and Benzene Among Service Station Attendants and Operators." Environmental Health Perspectives Supplements. 101:23-26. 1993.

45.     Halder, Clive A., et al. 1986.   "Gasoline Vapor Exposures.   Part I.
        Characterization of Workplace Exposures," American Industrial Hygiene
        Association Journal. 47:164-172.


46.     Brief, Richard S., et al. 1980.   "Benzene in the workplace," American
        Industrial Hygiene Association Journal.  41:616-623

47.     Physiological Properties, Benzene, Correspondence from W.E. Kuhn,
        6/24/1953.

48.     Odor Thresholds for Chemicals with Established Occupational Health
        Standards, American Industrial Hygiene Association, Fairfax, VA, 1989.

49.     "Toxicology and Biochemistry of Aromatic Hydrocarbons," Horace W.
        Gerade, MD, PhD., 1960.

50.     "Benzene and Total Hydrocarbons Exposure in the Downstream Petroleum
        Industries," AIHAJ (62) March/April 2001.

51.     "Industrial Solvents."  Industrial Medicine:  The Journal of Occupational
        Diseases and Traumatic Surgery.  Volume 7; Number 6.  June 1938.

52.     "Petroleum Benzin."  The Merck Index of Chemicals and Drugs.   Sixth
        Edition.  1952. p. 733.

53.     OSHA Substance Safety Data Sheet. Benzene.  1910.1028 App. A.

54.     Runion, Howard E. "Benzene in Gasoline." American Industrial Hygiene
        Association Journal.  May 1975.

55.     A. S. Evans. "Causation and disease:   The Henkle-Koch postulates
        revisited". Yale J Biol Med 1976; 49:175-95.

56.     A. B. Hill. The environment and disease:   Association or causation?
        Proc.Royal Soc.Med. 1965:295-300.

57.     H. Checkoway, N. Pearce, D. J. Crawford-Brown. Research Methods in
        Occupational  Epidemiology.  In:  Checkoway  ed.  Monographs  in
        epidemilogy and biostatistics. New York: Oxford University Press, 1989.

58.   R. R. Monson. Occupational Epidemiology. In. Boca Raton: CRC Press, Inc., 1990.

59.   M. Angell. The interpretation of epidemiologic studies. New England Journal of Medicine 1990;323:823-25.

60.   CDC. Annual smoking-attributable mortality, years of potential life lost, and productivity losses, United States, 1997-2001. MMWR 2005;54:625-28.

61.   ACGIH. Documentation of the Threshold Limit Value for Gasoline. ACGIH, Inc. 1991;6th Edition.

62.   N. P. Page, M. Mehlman. Health effects of gasoline refueling vapors and measured exposures at service stations. Toxicology and Ind. Health 1989; 5:869-90.

63.   ATSDR. Toxicological profile for gasoline. US Department of Health and Human Services, 1995.

64.   R. Kuna, C. Ulrich. Subchronic inhalation toxicity of two motor fuels. Journal of the American College of Toxicology 1984; 3:217-29.

65.   D. Verma, K. Tombe. Benzene in gasoline and crude oil: Occupational and environmental implications. Am. Ind. Hyg. Assoc. J. 2002; 63:225-30.

66.   H. Runion, L. Scott. Benzene exposure in the US 1978-1983: an overview. Am. J. Ind. Med. 1985; 7:385-93.

67.   T. W. Armstrong, E. D. Pearlman, A. R. Schnatter, et al. Retrospective benzene and total hydrocarbon exposure assessment for a petroleum marketing and distribution worker epidemiology study. Am. Ind. Hyg. Assoc. J. 1996; 57:333-43.

68.   M. Albin, J. Bjork, H. Welinder, et al. Cytogenetic and morphologic subgroups of myelodysplastic syndromes in relation to occupational and hobby exposures. Scandinavian Journal of Work Environment & Health 2003; 29:378-87.

69. G. Ciccone, D. Mirabelli, A. Levis, et al. Myeloid leukemias and myelodysplastic syndromes: chemical exposure, histological subtype and cytogenics in a case control study. Cancer, Genet, Cytogenetics 1993; 68:135-39.

70. C. Nisse, J. Haguenoer, B. Grandbastien, et al. Occupational and environmental risk factors of the myelodysplastic sundromes in the north of France. British J of Haematology 2001; 112:927-35.

71. R. R. West, D. A. Stafford, A. D. White, et al. Cytogenetic abnormalities in the myelodysplastic syndromes and occupational or environmental exposure. Blood 2000; 95:2093-97.

72. E. Lynge, A. Andersen, R. Nilsson, et al. Risk of cancer and exposure to gasoline vapors. Am.J.Epidemiol. 1997; 145:449-58.

73. R. R. Williams, N. L. Stegens, J. R. Goldsmith. Associations of cancer site and type with occupation and industry from the Third National Cancer Survey Interview. J Natl Cancer Inst 1977; 59:1147-85.

74. E. Schwartz. Proportionate mortality ratio analysis of automobile mechanics and gasoline service station workers in New Hampshire. Am.J.Ind.Med. 1987; 12:91-99.

75. D. Loomis, D. Savitz. Occupational and leukemia mortality among men in 16 states: 1985-1987. American Journal of Industrial Medicine 1991; 19:509-21.

76. R. Jakobsson, A. Ahlbon, T. Bellander, et al. Acute myeloid leukemia among petrol station attendants. Archives of Environmental Health 1993; 48:255-59.

77. S. Lagorio, F. Forastiere, I. Iavarone, et al. Mortality of filling station attendants. Scand.J.Work.Environ.Health 1994 ;20:331-38.

78. P. Terry, D. Shore, G. Rauscher, et al. Occupation, hobbies, and acute leukemia in adults. Leukemia Research 2005; 29:1117-30.

79. L. Rushton, M. R. Alderson. An epidemiological survey of eight oil refineries in Britain. Br.J.Ind.Med. 1981; 38:225-34.

80.   T. Sorahan, L. Nichols, J. Harrington. Mortality of United Kingdom oil refinery and petroleum distribution workers, 1951-1998. Occ Med 2002; 52:333-39.

81.   L. Rushton. Further follow-up of mortality in a United Kingdom oil distribution centre cohort. British J. of Industrial Medicine 1993; 50:561-69.

82.   A. R. Schnatter, T. W. Armstrong, M. J. Nicolich, et al. Lymphohaematopoietic malignancies and quantitative estimates of exposure to benzene in Canadian petroleum distribution workers. Occup.Environ.Med. 1996; 53:773-81.

83.   O. Wong, L. Trent, F. Harris. Nested case-control study of leukemia, multiple myeloma, and kidney cancer in a cohort of petroleum workers exposed to gasoline. Occup.Environ.Med. 1999; 56:217-21.

84.   O. Wong, F. Harris, T. J. Smith. Health effects of gasoline exposure II. Mortality patterns of distribution workers in the United States. Environ.Health Perspect. 1993; 101:63-76.

85.   R. Lindquist, B. Nilsson, G. Eklund, et al. Acute leukemia in professional drivers exposed to gasoline and diesel. Eur J Haematol 1991; 47:98-103.

86.   G. R. Howe, J. P. Lindsay. A follow-up study of a ten-percent sample of the Canadian Labour Force. I. Cancer mortality in males. 1965-73. J.Natl.Cancer Inst. 1983;70:37-44.

87.   O. Wong, F. Harris, T. Armstrong, et al. A hospital based case control study of acute myeloid leukemia in Shanghai: Analysis of environmental and occupational risk factors by subtypes of the WHO classification. Chem Biol Interact 2009; epub.

88.   K. L. Hunting, H. Longbottom, S. S. Kalavar, et al. Haematopoietic cancer mortality among vehicle mechanics. Occup.Environ.Med. 1995; 52:673-78

89.   N. Sathiakumar, E. Delzell, P. Cole, et al. A case-control study of leukemia among petroleum workers. J Occup Environ Med 1995; 37:1269-77.

90. P. Pasqualetti, R. Casale, D. Colantonio, et al. Occupational risk for hematological malignancies. American Journal of Hematology 1991; 38:147-49.

91. P. Hotz, R. R. Lauwerys. Hematopoietic and lymphatic malignancies in vehicle mechanics. Critical Reviews in Toxicology. 1997 ;27:443-94.

92. E. S. Hansen. Mortality of auto mechanics. A ten-year follow-up. Scandinavian Journal of Work, Environment & Health 1989; 15:43-6.

93. G. Rigolin, A. Cuneo, M. Roberti, et al. Exposure to myelotoxic agents and myelodysplasia: case-control study and correlation with clinicobiological findings. Br. J. Haematol. 1998; 103:189-97.

94. O. Wong, F. Harris, T. Armstrong, et al. A hospital-based case-control study of acute myeloid leukemia in Shanghai: Analysis of environmental and occupational risk factors by subtypes of the WHO classification. Chem Biol Interact 2010; 184:112-28.

95. IARC. Occupational exposures in petroleum refining; crude oil and major petroleum fuels. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, 1998;Volume 45.

96. L. Anderson, C. Chen, J. Cogliano, et al. Evaluation of the carcinogenicity of unleaded gasoline. US EPA Office of Health and Environmental Assessment 1987;EPA/600/S6-87/001.

97. ATSDR. Toxicological Profile for Stoddard Solvent. US Department of Health and Human Services 1995.

98. USEPA. IRIS, Integrated Risk Information System: Toluene. 2005.

99. ACGIH. Documentation for Threshold Limit Value for Naphtha. American Conference of Governmental Industrial Hygienists 2001.

100. ACGIH. Documentation for Threshold Limit Value for VM & P Naphtha. American Conference of Governmental Industrial Hygienists 2001.

101. ACGIH. Documentation for Threshold Limit Value for Stoddard Solvent. American Conference of Governmental Industrial Hygienists 2001.

102. P. R. D. Williams, J. M. Panko, K. Unice, et al. Occupational exposures associated with petroleum-derived products containing trace levels of benzene. J Occup Environ Hyg 2008;5:565-74.

103. M. J. Fedoruk, R. Bronstein, B. D. Kerger. Benzene exposure assessment for use of a mineral spirits-based degreaser. Appl Occup Environ Hyg 2003;18:764-71.

104. ATSDR. Toxicological Profile for Toluene. US Department of Health and Human Services 1999.

105. H. Goldberg, E. Lusk, J. Moore, et al. Survey of exposure to genotoxic agents in primary myelodysplastic syndrome: correlation with chromosome patterns and data on patients without hematological disease. Cancer Res 1990; 50:6876-81.

106. M. Ido, C. Nagata, N. Kawakami, et al. A case-control study of myelodysplastic syndromes among Japanese men and women. Leukemia Research 1996; 20:727-31.

107. C. Nagata, H. Shimizu, K. Hirashima, et al. Hair dye use and occupational exposures to organic solvents as risk factors for myelodysplastic syndrome. Leukemia Research 1999; 23:57-62.

108. S. Strom, Y. Gu, S. Gruschkus, et al. Risk factors of myelodysplastic syndromes: a case-control study. Leukemia 2005; 19:1912-18.

109. I. A. f. R. o. C. IARC. Monographs on the Evaluation of the carcinogenic Risk of Chemcials to Man. World Health Organization 1972; 47-67.

110. IARC. Evaluation of carcinogenic risks to humans: some organic solvents, resin monomers and related coumpounds, pigments and occupational exposures in paint manufacture and painting. IARC Monographs 1989; 47.

111. W. F. Von Oettingen, D. D. Donahue. The toxicity and potential dangers of toluene. JAMA 1942;118:579-84.

112. C. R. H. Wilson. Toluene poisoning. JAMA 1943;123:1106-08.

113. J. W. Hayden, R. G. Peterson, J. V. Bruckner. Toxicology of toluene (methylbenzene): Review of current literature. Clin.Toxicol. 1977; 11:549-59.

114. K. H. Cohr, J. Stokholm. Toluene: A toxicologic review. Scand.J.Work.Environ.Health 1979; 5:71-90.

115. H. Tahti, T. S. Karkkainen, K. Pyykko, et al. Chronic occupational exposure to toluene. Int.Arch.Occup.Environ.Health 1981; 48:61-69.

116. M. Aksoy, S. Erdem, G. Dinçol. Types of leukemia in chronic benzene poisoning: a study in thirty-four patients. Acta Haematol. 1976; 55:65-72.

117. M. Aksoy, S. Erdem, G. Dinçol, et al. Clinical observations showing the role of some factors in the etiology of multiple myeloma. Acta Haematol. 1984; 71:116-20.

118. S. Costantini, M. Quinn, D. Consonni, et al. Exposure to benzene and risk of leukemia among shoe factory workers. Scand. J. Work and Environ Health 2003; 29:51-59.

119. C. Aul, D. T. Bowen, Y. Yoshida. Pathogenesis, etiology and epidemiology of myelodysplastic syndromes. Haematologica 1998; 83:71-86.

120. J. Barrett, Y. Saunthararajah, J. Molldrem. Myelodysplastic syndrome and aplastic anemia: Distinct entities or diseases linked by a common pathophysiology? Semin.Hematol. 2000; 37:15-29.

121. T. Vallespi, M. Imbert, C. Mecucci, et al. Diagnosis, classification, and cytogenetics of myelodysplastic syndromes. Haematologica 1998; 83:258-75.

122. R. L. Anderson, G. C. Bagby, Jr., K. Richert-Boe, et al. Therapy-related preleukemic syndrome. Cancer 1981;47:1867-71.

123. M. Block, L. O. Jacobson, W. F. Bethard. Preleukemic acute human leukemia. JAMA 1953;152(11):1018-28.

124. J. H. Jandl. Blood, Textbook of Hematology. In. Boston: Little, Brown & Company, 1997.

125. M. Albitar, T. Manshouri, Y. Shen, et al. Myelodysplastic syndrome is not merely "preleukemia". Blood. 2002;100:791-8.

126. D. Catenacci, G. Schiller. Myelodysplastic syndromes: A comprehensive review. Bllod Reviews 2005; 19:301-19.

127. A. Mijovic, G. J. Mufti. The myelodysplastic syndromes: towards a functional classification. Blood Rev. 1998; 12:73-83.

128. S. Swerdlow, E. Campo, N. Harris, et al. WHO Classification of Tumours of the Haematopoietic and Lymphoid Tissues. In: F. Bosman, E. Jaffe, S. Lakhani, et al. eds. World Health Organization Classification of Tumours. Lyon, France: International Agency for Research on Cancer (IARC), 2008:439.

129. C. Aul, N. Gattermann, W. Schneider. Age-related incidence and other epidemiological aspects of myelodysplastic syndromes. Br.J.Haematol. 1992; 82:358-67.

130. C. Aul, N. Gattermann, W. Schneider. Epidemiological and etiological aspects of myelodysplastic syndromes. Leukemia and lymphoma 1995; 16:247-62.

131. J. Björk, M. Albin, N. Mauritzson, et al. Smoking and myelodysplastic syndromes. Epidemiology 2000; 11:285-91.

132. H. Enright, W. Miller. Autoimmune phenomena in patients with myelodysplastic syndromes. Leuk.Lymphoma 1997; 24:483-89.

133. A. Raza. Myelodysplastic syndromes may have an infectious etiology. J.Toxicol.Environ.Health A 2000; 61:387-90.

134. M. Dalamaga, E. Petridou, F. Cook, et al. Risk factors for myelodysplastic syndromes: a case-control study in Greece. Cancer Causes and Control 2002; 16:603-08.

135. M. Ito, C. Nagata, N. Kawakami, et al. A case-control study of myelodysplastic syndromes among Japanese men and women. Leukemia Research 1996; 20:727-31.

136. R. R. West, D. A. Stafford, A. Farrow, et al. Occupational and environmental exposures and myelodysplasia: A case-control study. Leuk.Res. 1995; 19:127-39.

137. B. Johansson, F. Mertens, S. Heim, et al. Cytogenetics of secondary myelodysplasia (sMDS) and acute nonlymphocytic leukemia (sANLL). Eur.J.Haematol. 1991; 47:17-27.

138. M. M. Le Beau, K. S. Albain, R. A. Larson, et al. Clinical and cytogenetic correlations in 63 patients with therapy-related myelodysplastic syndromes and acute nonlymphocytic leukemia: further evidence for characteristic abnormalities of chromosomes no. 5 and 7. J.Clin.Oncol. 1986; 4(3):325-45.

139. G. Leone, L. Pagano, D. Ben-Yehuda, et al. Therapy-related leukemia and myelodysplasia: susceptibility and incidence. Haematologica 2007; 92:1389-98.

140. R. B. Hayes, S. N. Yin, M. Dosemeci, et al. Benzene and the dose-related incidence of hematologic neoplasms in China. J.Natl.Cancer Inst. 1997; 89:1065-71.

141. R. Irons, L. Lv, S. Gross, et al. Chronic exposure to benzene results in a unique form of dysplasia. Leuk Res 2005; 29:1371-80.

142. R. Irons, S. Gross, A. Le, et al. Intergrating WHO 2001-2008 criteria foir the diagnoisis of Myelodysplastic Syndrome (MDS): a case-case analysis of benzene exposure. Chemico-Biological Interactions 2009; epub.

143. M. A. Ruiz, L. G. Augusto, J. Vassallo, et al. Bone marrow morphology in patients with neutropenia due to chronic exposure to organic solvents (benzene): early lesions. Pathol Res Pract 1994; 190:151-4.

144. M. A. Ruiz, J. Vassallo, C. A. De Souza. Morphologic study of the bone marrow of neutropenic patients exposed to benzene of the metallurgical industry of Cubatao, Sao Paulo, Brazil. J Occup Med 1991;33:83.

145. W. G. Murphy, J. G. Kelton. Immune haemolytic anaemia and thrombocytopenia: drugs and autoantibodies. Biochemical Society Transactions 1991;19:183-86.

146. S. D. Nimer. Essential thrombocythemia: Another "heterogeneous disease" better understood? Blood 1999;93:415-16.

147. J. P. Greer, J. Johnson, G. M. Rodgers, et al. Wintrobe's Clinical Hematology. In: Lippincott Williams & Wilkins, 2008:3232.

148. A. R. Schnatter, P. J. Kerzic, Y. Zhou, et al. Peripheral blood effects in benzene-exposed workers. Chem Biol Interact 2009;184:174-81.

149. M. Aksoy, K. Dincol, S. Erdem, et al. Details of blood changes in 32 patients with pancytopenia associated with long-term exposure to benzene. Br. Ind. Med. 1972;29:56.

150. H. M. Kipen, R. P. Cody, K. S. Crump, et al. Hematologic effects of benzene: a thirty-five year longitudinal study of rubber workers. Toxicol Ind Health 1988;4(4):411-30.

151. H. M. Kipen, R. P. Cody, B. D. Goldstein. Use of longitudinal analysis of peripheral blood counts to validate historical reconstructions of benzene exposure. Environ.Health Perspect. 1989;82:199-206.

152. G. Erdogan, M. Aksoy. Cytogenetic studies in thirteen patients with pancytopenia and leukaemia associated with long-term exposure to benezene. N Istanbul Contr Clin Sci 1973;10:230-47.

153. Q. Lan, L. Zhang, G. Li, et al. Hematotoxicity in workers exposed to low levels of benzene. Science 2004;306:1774-76.

154. E. Ward, R. Hornung, J. Morris, et al. Risk of low red or white blood cell count related to estimated benzene exposure in a rubberworker cohort (1940-1975). Am.J.Ind.Med. 1996;29:247-57.

155. S. Yin, G. Li, Y. Hu. Symptoms and signs of workers exposed to benzene, toluene or the combination. Ind. Health 1987;25:113-30.

156. G. M. H. Swaen, L. van Amelsvoort, J. J. Twisk, et al. Low level occupational benzene exposure and hematological parameters. Chem Biol Interact 2010;184:94-100.

157. N. Rothman, G.-L. Li, M. Dosemeci, et al. Hematotoxicity among Chinese workers heavily exposed to benzene. Am.J.Ind.Med. 1996;29:236-46.

158. A. C. Pesatori, S. Garte, T. Popov, et al. Early effects of low benzene exposure on blood cell counts in Bulgarian petrochemical workers. Med Lav 2009;100:83-90.

159. A. Bogadi-Sare, M. Zavalic, R. Turk. Utility of a routine medical surveillance program with benzene exposed workers. Am J Ind Med 2003;44:467-73.

160. J. Collins, B. Ireland, P. Easterday, et al. Evaluation of lymphopenia among workers with low-level benzene exposure and the utility of routine data collection. J. Occup. Environ. Med. 1997;39:232-37.

161. USEPA. IRIS, Integrated Risk Information System: Benzene. 2000; http://cfpub.epa.gov/ncea/iris/index.cfm.

162. E. P. Cronkite, R. T. Drew, T. Inoue, et al. Hematotoxicity and carcinogenicity of inhaled benzene. Environ.Health Perspect. 1989;82:97-108.

163. M. Aksoy, K. Dinçol, T. Akgün, et al. Haematological Effects of Chronic Benzene Poisoning in 217 Workers. Br.J.Ind.Med. 1971;28:296-302.

164. L. J. Goldwater. Disturbances in the blood following exposure to benzol. J.Lab.Clin.Med. 1941;26:957-73.

165. J. D. Green, C. A. Snyder, J. LoBue, et al. Acute and Chronic Dose/Response Effect of Benzene Inhalation on the Peripheral Blood, Bone Marrow, and Spleen Cells of CD-1 Male Mice. Toxicol.Appl.Pharmacol. 1981;59:204-14.

166. C. A. Snyder, B. D. Goldstein, A. R. Sellakumar, et al. Evidence for Hematotoxicity and Tumorigenesis in Rats Exposed to 100 ppm Benzene. Am.J.Ind.Med. 1984;5:429-34.

167. C. A. Snyder, B. D. Goldstein, A. R. Sellakumar, et al. Toxicity of Chronic Benzene Inhalation: CD-1 Mice Exposed to 300 ppm. Bull.Environ.Contam.Toxicol. 1982;29:385-91.

168. C. A. Snyder, B. D. Goldstein, A. R. Sellakumar, et al. Hematotoxicity of Inhaled Benzene to Sprague-Dawley Rats and AKR Mice at 300 ppm. J.Toxicol.Environ.Health 1978;4:605-18.

169. C. A. Snyder, J. D. Green, J. LoBue, et al. Protracted benzene exposure causes a proliferation of myeloblasts and/or promyelocytes in CD-1 mice. Bull. Environ. Comtan. Toxicology 1981;27:17.

170. ATSDR. Toxicological Profile for Benzene. US Department of Health and Human Services 2005.

171. E. P. Cronkite, R. T. Drew, T. Inoue, et al. Benzene Hematotoxicity and Leukemogenesis. Am.J.Ind.Med. 1985; 7:447-56.

172. S. Tsai, E. Fox, J. Ransdell, et al. A hematology surveillance study of petrochemical workers exposed to benzene. Regulatory Toxicology and Pharmacology 2004; 40:67-73.

173. R. S. Snyder, E. W. Lee, J. J. Kocsis, et al. Bone marrow depressant and leukemogenic actions of benzene. Life Sci 1977; 21:1709-22.

174. C. A. Snyder, B. D. Goldstein, A. R. Sellakumar, et al. The Inhalation Toxicology of Benzene: Incidence of Hematopoietic Neoplasms and Hematotoxicity in AKR/J and C57BL/6J Mice. Toxicol.Appl.Pharmacol. 1980; 54:323-31.

175. M. Ray, S. Roychoudhury, S. Mukherjee, et al. Occupational benzene exposure from vehicular sources in India and its effect on Hematology, lymphocyte subsets and platelet P-selectin expression. Toxicol. Ind. Health 2007; 23:167-75.

176. M. Finkelstein. Leukemia after exposure to benzene: temporal trends and implications for standards. Am J Ind Med 2000; 38:1-7.

177. D. B. Richardson. Temporal variation in the association between benzene and leukemia mortality. Environ Health Perspect 2008;116:370-4.

178. D. Glass, C. Gray, D. Jolley, et al. Leukemia risk associated with low-level benzene exposure. Epidemiology 2003;14:569-77.

179. D. C. Glass, M. R. Sim, L. Fritschi, et al. Leukemia risk and relevant benzene exposure period-Re: follow-up time on risk estimates, Am J Ind Med 42:481-489, 2002. Am J Ind Med 2004;45:222-3; author reply 24-5.

180. M. U. a. D. University. Lympho-haematopoietic cancer and exposure to benzene in the Australian petroleum Industry. Technical Report and Appendices 2001; May:75-85.

181. G. Leone, L. Mele, A. Pulsoni, et al. The incidence of secondary leukemias. Haematologica 1999; 84:937-45.

182. E. G. Levine, C. D. Bloomfield. Leukemias and myelodysplastic syndromes secondary to drug, radiation, and environmental exposure. Semin.Oncol. 1992;19(1):47-84.

183. D. B. Richardson, C. Terschuren, H. Pohlabeln, et al. Temporal patterns of association between cigarette smoking and leukemia risk. Cancer Causes Control 2008;19:43-50.

184. G. Triebig. Implications of latency period between benzene exposure and development of leukemia--a synopsis of literature. Chem Biol Interact 2009;184:26-9.

185. Agency for Toxic Substances and Disease Registry. Toxicological Profile for Gasoline. 1995. U.S. Department of Health and Human Services.

186. Albin M. Bjork J, et al. 2003. Cytogenetic and morphologic subgroups of myelodysplastic syndromes in relation to occupational and hobby exposures. Scand J Work Environ Health 29: 378-387.

187. Aul C, Bowen DT, et al. 1998. Pathogenesis, etiology and epidemiology of myelodysplastic syndromes. Haematologica 83: 71-86

188. Blair A., Zheng T, et al. 2001. Occupation and leukemia: a population-based case-control study in Iowa and Minnesota. Am J Ind Med 40:3-14

189. Ciccone G, Mirabelli D, et al. 1993. Myeloid leukemias and myelodysplastic syndromes: chemical exposure, histologic subtype and cytogenetics in a case-control study. Cancer Genet Cytogenet 68: 135-139.

190. Farrow A, Jacobs A, et al. 1989. Myelodysplasia, chemical exposure, and other environmental factors. Leukemia 3:33-35.

191. Grandjean P, Anderson O. 1991. Lung cancer in filling station attendants. Am J Ind Med 20: 763-768.

192. Hamblin TJ. 2002. Epidemiology of the myelodysplastic syndromes. In: Bennett JM, editor. Myelodysplastic Syndromes: Pathology and Clinical Management. New York, N: Marcel Dekker Incorporated. P 15-27.

193. Hayes RB, Yin S, et al. 2000. Benzene and lymphohematopoietic malignancies in China J Toxicol Environ Health A 61: 419-432.

194. Hayes RB, YIN SN, et al. 1997. Benzene and the dose-related incidence of hematologic neoplasms in China. Chinese Academy of Preventive Medicine—National Cancer Institute Benzene Study Group. J Natl Cancer Inst 89:1065-1071.

195. Honda Y, Delzell E, et al. 1995. An updated study of mortality among workers at a petroleum manufacturing plant. J Occup Environ Med 37: 194-200.

196. Huevner WW, Wojcik NC, et al. 2009. Mortality patterns and trends among 127, 266 U.S.-based men in a petroleum company; Update 1979-2000. J Occup Environ Med 51: 1333-1348.

197. Hunting KL, Longbottom H, et al. 1995. Haematopoietic cancer mortality among vehicle mechanics. Occup Environ Med 52: 673-678.

198. Institute of Medicine. 2003. Gulf War and Health. Volume 2, Insecticides and Solvents. Washington, D.C.: National Academies Press.

199. Institute of Medicine. 2005. Gulf War and Health. Volume 3, Fuels, Combustion Products, and Propellants. Washington, D.C.: The National Academies Press.

200. International Agency for Research on Cancer. World Health Organization. 1989. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans. Volume 45: Occupational Exposures in Petroleum Refining; Crude Oil and Major Petroleum Fuels. p 322.

201. Lagorio S. Forastiere F. et al. 1994. Mortality of filling station attendants. Scand J Work Environ Health 20: 331-338.

202. Lynge E, Anderson A, et al. 1997. Risk of cancer and exposure to gasoline vapors. Am J Epidemiol 145: 449-458.

203. Ma X, Does M, et al. 2007. Myelodysplastic syndromes: incidence and survival in the United States. Cancer 109: 1536-1542.

204. Mauritzson N, Albin M, et al. 2002. Pooled analysis of clinical and cytogenetic features in treatment-related and de novo adult acute myeloid leukemia and myelodysplastic syndromes based on a consecutive series of 761 patients analyzed 1976-1993 and on 5098 unselected cases reported in the literature 1974-2001. Leukemia 16: 2366-2378.

205. Nisse C, Haguenoer JM, et al. 2001. Occupational and environmental risk factors of the myelodysplastic syndromes in the North of France. Br J Haematol 112: 927-935.

206. Rothman N, Smith MT, et al. 1997 Benzene poisoning, a risk factor for hematological malignancy, is associated with the NQO1 609C-->T mutation and rapid fractional excretion of chlorzoxazone. Cancer Res 57: 2839-2842.

207. Strom SS, Gu Y, et al. 2005. Risk factors of myelodysplastic syndromes: a case-control study. Leukemia 19: 1912-1918.

208. Surveillance Epidemiology and End Results. SEER Cancer Statistics Review, 1975-2007. http://seer.cancer.gov/csr/1975_2007/ . National Cancer Institute, Bethesda, MD.

209.  Travis LB, Li CY, et al. 1994.  Hematopoietic malignancies and related disorders among benzene-exposed workers in China.  Leuk Lymphoma 14: 91-102.

210.  West RR, Stafford DA, et al.  1995.  Occupational and environmental exposures and myelodysplasia:  a case-control study.  Leuk Res 19: 127-139.

211.  Yin SN, Hayes RB, et al. 1996.  A cohort study of cancer among benzene-exposed workers in China:  overall results.  Am J Ind Med 29: 227-235.

212.  Any and all union records of plaintiff, including, but not limited to, local and national union records from all unions to which plaintiffs may have belonged.

213.  Any and all military records of plaintiff if applicable.

214.  Any and all workers compensation records of plaintiff.

215.  Any document produced or made available for inspection in response to discovery in this matter or any other lawsuit by plaintiffs and/or any other party, whether settled or not, or any other entity regardless of whether that entity was ever a party to this suit.

216.  Discovery responses provided in this matter or any other litigation by plaintiffs and/or any other party, whether settled or not, and/or any other entity, regardless of whether that entity was ever a party to this suit.

217.  Any deposition given in this matter or any other lawsuit which relates to the plaintiffs, plaintiffs, the defendants and/or the entities with whom plaintiffs has settled.

218.  Any and all exhibits and documents listed, identified, produced in discovery, or introduced at trial by any party in this matter, whether the party settles, has settled, and/or is dismissed from this matter.

Respectfully submitted:

*/s/ Allison Benoit*
Gary A. Bezet (#3036)
Barrye Panepinto Miyagi (#21794)
Robert E. Dille (#23037)
Gregory M. Anding (#23622)
Allison N. Benoit (#29087)
Janice M. Culotta (#23460)
KEAN MILLER LLP
II City Plaza
400 Convention Street, Suite 700
Baton Rouge, Louisiana 70825
Telephone:   (225) 387-0999
Facsimile:   (225) 388-9133
Allison.Benoit@keanmiller.com

**Attorneys for Chevron U.S.A. Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2011, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing

will be sent to all parties of record which are CM/ECF participants by operation of the Court's electronic filing system.

_____/s/Allison Benoit_____
