UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRYAN MORIN, ET AL. | * | CIVIL ACTION NO. 11-45 |
|     Plaintiffs | * | |
| | * | JUDGE: JOLIVETTE BROWN |
| VERSUS | * | MAGISTRATE: KNOWLES |
| | * | |
| CHEVRON USA, INC., ET AL. | * | SECTION "G"3 |
|     Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO COMPEL DEPOSITION OF CHEVRON U.S.A. 30(B)(6) CORPORATE REPRESENTATIVES

Plaintiffs, BRYAN MORIN, ET AL ("Plaintiffs"), pursuant to the Federal Rules of Civil Procedure, file this Motion to Compel Chevron U.S.A. to provide Corporate Representatives for depositions pursuant to Federal Rule of Civil Procedure 30(b)(6), for reasons more fully described in the attached Memorandum in Support of Motion To Compel Deposition Of Chevron U.S.A. 30(B)(6) Corporate Representatives.

Due to the overlap of issues with Chevrons U.S.A. Motion to file Supplemental Witness List [Rec. Doc. 62] we request this matter be heard by District Judge Nannette Jolivette Brown.

                                           Respectfully submitted,

                                           L. ERIC WILLIAMS, JR., LSBN 26773
                                           **WILLIAMS LAW OFFICE, LLC**
                                           3000 West Esplanade Avenue, Suite 200
                                           Metairie, Louisiana 70002
                                           Telephone: (504) 832-9898
                                           Facsimile: (504) 832-9838

                                           &

                                           *s/Amber E. Cisney*
                                           RICHARD J. FERNANDEZ, LSBN 05532
                                           AMBER E. CISNEY, LSBN 28821

**LAW OFFICE OF RICHARD J. FERNANDEZ, LLC**
3000 West Esplanade Avenue, Suite 200
Metairie, Louisiana 70002
Telephone: (504) 834-8500
Facsimile: (504) 834-2609
**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of this pleading has been served on all known counsel of record in this proceeding via electronic filing, facsimile transmission, hand delivery, or by mailing same by United States Mail, properly addressed and first class postage prepaid on this 22nd day of December, 2010.

/s/ Amber E. Cisney
Amber E. Cisney