# Amber Cisney

| | |
|---|---|
| From: | Denice Redd-Robinette <denice.redd-robinette@keanmiller.com> |
| Sent: | Monday, December 12, 2011 10:49 AM |
| To: | 'Erika Williams'; 'eric@amlbenzene.net'; 'Amber Cisney' |
| Cc: | Greg Anding; Gary Bezet |
| Subject: | Bryan Morin Matter: Dr. Natelson |
| Attachments: | Denice Redd-Robinette.vcf; Denice Redd-Robinette.vcf |

Please be advised that Dr. Natelson is available for deposition on January 9, 2012 at 10:30 a.m. at the office of Haynes Boone, LLP., One Houston Center, 1221 McKinney Street, Houston, Texas 77010.

His fees are $400.00 per hour.


Denice Redd-Robinette
Paralegal
Kean Miller LLP
II City Plaza
400 Convention Street, Suite 700
Baton Rouge, Louisiana 70802
Post Office Box 3513 (70821-3513)
225.389.3748 (direct)
225.388.9133 (facsimile)
504.259.8227 (mobile)
denice.redd-robinette@keanmiller.com




WEBSITE | BLOG

CONFIDENTIALITY STATEMENT

This electronic message contains information from the law firm of Kean Miller LLP and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately by telephone at (225) 387-0999.



EXHIBIT
6

# Amber Cisney

| | |
|---|---|
| From: | Denice Redd-Robinette <denice.redd-robinette@keanmiller.com> |
| Sent: | Monday, December 12, 2011 10:52 AM |
| To: | 'Erika Williams'; 'eric@amlbenzene.net'; 'Amber Cisney' |
| Cc: | Greg Anding; Gary Bezet |
| Subject: | Bryan Morin Matter: Mr. John Spencer |
| Attachments: | Denice Redd-Robinette.vcf; Denice Redd-Robinette.vcf |

Please be advised that Mr. Spencer is available for deposition on January 4, 2012 at 10:00 a.m. Eastern Standard Time at Mayfaire Hilton Garden Inn in Wilmington, North Carolina.

His fees are $285.00 per hour.


Denice Redd-Robinette
Paralegal
Kean Miller LLP
II City Plaza
400 Convention Street, Suite 700
Baton Rouge, Louisiana  70802
Post Office Box 3513  (70821-3513)
225.389.3748 (direct)
225.388.9133 (facsimile)
504.259.8227 (mobile)
denice.redd-robinette@keanmiller.com




WEBSITE | BLOG


CONFIDENTIALITY STATEMENT

This electronic message contains information from the law firm of Kean Miller LLP and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately by telephone at (225) 387-0999.

1

## Amber Cisney

| | |
|---|---|
| From: | Denice Redd-Robinette <denice.redd-robinette@keanmiller.com> |
| Sent: | Monday, December 12, 2011 10:44 AM |
| To: | 'Erika Williams'; eric@amlbenzene.net; 'Amber Cisney' |
| Cc: | Greg Anding; Gary Bezet |
| Subject: | Byran Morin Matter: Dr. Pyatt |
| Attachments: | Denice Redd-Robinette.vcf; Denice Redd-Robinette.vcf |

Please be advised that Dr. Pyatt is available for deposition on January 6, 2012 at 10:00 a.m. at the office of Haynes Boone, LLP., One Houston Center, 1221 McKinney Street, Houston, Texas 77010.

His fees are $300.00 per hour.

Denice Redd-Robinette
Paralegal
Kean Miller LLP
II City Plaza
400 Convention Street, Suite 700
Baton Rouge, Louisiana  70802
Post Office Box 3513  (70821-3513)
225.389.3748 (direct)
225.388.9133 (facsimile)
504.259.8227 (mobile)
denice.redd-robinette@keanmiller.com



KEAN MILLER LLP
ATTORNEYS AT LAW

WEBSITE · BLOG

CONFIDENTIALITY STATEMENT

This electronic message contains information from the law firm of Kean Miller LLP and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately by telephone at (225) 387-0999.

1

# Amber Cisney

| | |
|---|---|
| **From:** | Denice Redd-Robinette <denice.redd-robinette@keanmiller.com> |
| **Sent:** | Thursday, December 08, 2011 12:10 PM |
| **To:** | 'Erika Williams'; eric@amlbenzene.net; Amber Cisney |
| **Cc:** | Greg Anding; Karen Baudouin |
| **Subject:** | Bryan Morin, et al. v. Chevron U.S.A. Inc., et al. |
| **Attachments:** | NOD Dr. Brandy Jones.pdf; NOD Dr. John T. Cole.pdf; Denice Redd-Robinette.vcf |
| **Flag Status:** | Flagged |

Attached please find the notice of deposition for Dr. Brandy Jones scheduled for January 13, 2012 and Dr. John T. Cole scheduled for January 16, 2012.

Please let me know if you have any questions regarding this matter.

Thank you.


Denice Redd-Robinette
Paralegal
Kean Miller LLP
II City Plaza
400 Convention Street, Suite 700
Baton Rouge, Louisiana 70802
Post Office Box 3513 (70821-3513)
225.389.3748 (direct)
225.388.9133 (facsimile)
504.259.8227 (mobile)
denice.redd-robinette@keanmiller.com

CONFIDENTIALITY STATEMENT

This electronic message contains information from the law firm of Kean Miller LLP and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately by telephone at (225) 387-0999.

## Amber Cisney

| | |
|---|---|
| **From:** | Denice Redd-Robinette <denice.redd-robinette@keanmiller.com> |
| **Sent:** | Monday, December 12, 2011 11:00 AM |
| **To:** | 'Erika Williams'; 'eric@amlbenzene.net'; 'Amber Cisney' |
| **Cc:** | Greg Anding; Gary Bezet |
| **Subject:** | Bryan Morin Matter: Dr. Kenneth Mundt |
| **Attachments:** | Denice Redd-Robinette.vcf; Denice Redd-Robinette.vcf |

Please be advised that Dr. Mundt is available for deposition on January 5, 2012 at 9:00 a.m. Eastern Standard Time at the office of Environ International Corporation, 20 Custom House Street, Suite 800, Boston, MA 02110.

His fees are $440.00 per hour.


Denice Redd-Robinette
Paralegal
Kean Miller LLP
II City Plaza
400 Convention Street, Suite 700
Baton Rouge, Louisiana  70802
Post Office Box 3513  (70821-3513)
225.389.3748 (direct)
225.388.9133 (facsimile)
504.259.8227 (mobile)
denice.redd-robinette@keanmiller.com




WEBSITE   BLOG


CONFIDENTIALITY STATEMENT

This electronic message contains information from the law firm of Kean Miller LLP and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately by telephone at (225) 387-0999.

# Amber Cisney

| | |
|---|---|
| **From:** | Denice Redd-Robinette <denice.redd-robinette@keanmiller.com> |
| **Sent:** | Monday, December 12, 2011 12:36 PM |
| **To:** | 'Erika Williams'; 'eric@amlbenzene.net'; 'Amber Cisney' |
| **Cc:** | Greg Anding; Gary Bezet |
| **Subject:** | Bryan Morin: Mr. Kenneth Boudreaux |
| **Attachments:** | Denice Redd-Robinette.vcf; Denice Redd-Robinette.vcf |

Please be advised that Mr. Boudreaux is available for deposition on January 3, 2012 at 1:30 p.m. at 1424 Bordeaux Street, New Orleans, LA 70115.

His fees are $850.00 per hour.


Denice Redd-Robinette
Paralegal
Kean Miller LLP
II City Plaza
400 Convention Street, Suite 700
Baton Rouge, Louisiana  70802
Post Office Box 3513  (70821-3513)
225.389.3748 (direct)
225.388.9133 (facsimile)
504.259.8227 (mobile)
denice.redd-robinette@keanmiller.com




WEBSITE | BLOG


CONFIDENTIALITY STATEMENT

This electronic message contains information from the law firm of Kean Miller LLP and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately by telephone at (225) 387-0999.

1