UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRYAN MORIN, ET AL. * | | CIVIL ACTION NO. 11-45 |
|     Plaintiffs * | | |
| * | | JUDGE:  JOLIVETTE BROWN |
| VERSUS * | | MAGISTRATE: KNOWLES |
| * | | |
| CHEVRON USA, INC., ET AL. * | | SECTION "G"3 |
|     Defendants * | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR SANCTIONS
AND ADVERSE INFERENCE**

Plaintiffs, Bryan Morin, et. al., respectfully Request this Honorable Court impose sanctions, including attorney's fees, costs and the imposition of adverse inferences upon Chevron U.S.A. for

(1) Failure to produce documents in accordance with this Court's order;

(2) Withholding relevant discovery documents;

(3) Failure to timely identify and produce corporate representatives in accordance the Federal Rules of Civil Procedure 30(b)(6) and this Court's Orders.

(4) Naming numerous duplicate witnesses on its Witness list that were not previously disclosed in discovery, in violation of Federal Rule of Civil Procedure Rule 26 and this Court's Scheduling Order.

(5) withholding relevant and requested information in discovery concerning individuals with knowledge of the issues raised in this litigation; and

(6) improperly multiplied these proceedings pursuant to 28 U.S. C. §1928.

For the reason's more fully set forth in Plaintiff's Memorandum in Support, Plaintiffs request attorney's fees, costs, and the imposition of adverse inference upon Chevron at trial.

Respectfully submitted,

L. ERIC WILLIAMS, JR., LSBN 26773
**WILLIAMS LAW OFFICE, LLC**
3000 W. Esplanade Ave.
Metairie, Louisiana  70002
Telephone: (504) 832-9898
Facsimile:   (504) 834-1511
eric@amlbenzene.net

&

*/s/ Amber E. Cisney*
RICHARD J. FERNANDEZ, LSBN 05532
AMBER E. CISNEY, LSBN 28821
**RICHARD J. FERNANDEZ, LLC**
3000 West Esplanade Avenue, Suite 200
Metairie, Louisiana  70002
Telephone: (504) 8348500
Facsimile: (504) 8342609
rick@rjfernandezlaw.com
amber@amlbenzene.net
**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all known counsel of record in this proceeding by email  or facsimile on this 30th day of January, 2012.

____*/s/Amber E. Cisney*_____