AO 88A  (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
Eastern District of Louisiana

| | | |
|---|---|---|
| Bryan Morin, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    11-45 |
| Chevron U.S.A., Inc., et al. | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:   Chevron, U.S.A., Inc. through its agent for service of process, The Prentice-Hall Corporation System, Inc., 320 Somerulos St. Baton rouge, LA 70802-6129

☑ *Testimony:*  **YOU ARE COMMANDE D** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

See the attached Notice to Telephone Depositon, and exhibits

| Place: Kean Miller, LLC, First Bank & Trust Tower, Suite 1400, 909 Poydras St., New Orleans, LA 70112 | Date and Time: 01/02/2012 10:30 am |
|---|---|

The deposition will be recorded by this method:   video and  stenographic

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

The documents identified in Exhibit A-1, attached.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 12/21/2011

        *CLERK OF COURT*

                                    OR

_____                    _____
  *Signature of Clerk or Deputy Clerk*                       *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing (*name of party*) Bryan Morin
_____ , who issues or requests this subpoena, are:

Amber Cisny, 3000 W. Esplanade Ave., Suite 200, Metairie, LA 70002
amber@rjfernandezlaw.com; 504-834-8500

AO 88A  (Rev.  06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.   11-45

<div align="center">

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

</div>

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐  I served the subpoena by delivering a copy to the named individual as follows: _____

_____ on *(date)* _____ ; or

☐  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____                 _____

                                                                 *Server's signature*

                                                        _____

                                                                 *Printed name and title*

                                                        _____

                                                                 *Server's address*

Additional information regarding attempted service, etc:

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

**(1)** ***Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

**(2)** ***Command to Produce Materials or Permit Inspection.***

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

**(i)** At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** ***Quashing or Modifying a Subpoena.***

**(A)** *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

**(i)** fails to allow a reasonable time to comply;

**(ii)** requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

**(iv)** subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

**(i)** disclosing a trade secret or other confidential research, development, or commercial information;

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

**(iii)** a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

**(1)** ***Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** ***Claiming Privilege or Protection.***

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

**(i)** expressly make the claim; and

**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRYAN MORIN, ET AL. | * | CIVIL ACTION NO. 11-45 |
| Plaintiffs | * | |
| | * | SECTION "R"3 |
| VERSUS | * | |
| | * | |
| CHEVRON USA, INC., ET AL. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>NOTICE OF TELEPHONE VIDEO DEPOSITION OF RECORDS CUSTODIAN AND CHEVRON 30(b)(6) WITNESS AARON WILLIAMS REGARDING THE CHEVRON ALLIANCE FACILITY</u>**

TO:     CHEVRON U.S.A., INC .
        THROUGH ITS COUNSEL OF RECORD
        GARY A. BEZET
        ROBERT E. DILLE
        GREGORY ANDING
        ALLISON  N. BENOIT
        BARRYE P. MIYAGI
        GAYLA MONCLA
        JANICE CUYLOTTA
        CAROL GALLOWAY
        KEAN MILLER LLP
        400 CONVENTION ST., SUITE 700
        BATON ROUGE, LA 70802

**PLEASE TAKE NOTICE** that plaintiffs, Bryan Morin, et al., through undersigned

counsel, will take the telephone video deposition of the **Chevron U.S.A., Inc.'s 30 b(6)**

**representatives:**

1) **Aaron Williams**
   **Kean Miller, LLP**
   **First bank & Trust tower, Suite 1400**
   **909 Poydras St.**
   **New Orleans, Louisiana 70112**

**on January 2, 2012 at at 10:30 AM,** before a notary public or another officer authorized to administer oaths, for purposes of discovery or for use at trial, all in accordance with the Federal Rules of Civil Procedure.

You are to produce a designated representative who is knowledgeable and who has performed an investigation about the Matters set forth in **Exhibit "A"**

In connections with this deposition, a subpoena duces tecum has been served on the deponent requiring the production of those documents listed on **Exhibit "A-1,"** to be produced 3 days prior to the deposition, not later than December 30, 2011.

Respectfully Submitted:

*/s/ Eric Williams*
ERIC WILLIAMS, JR., LSBN 26773
**WILLIAMS LAW OFFICE, LLC**
**433 Metairie Road, Suite 302**
Metairie, Louisiana  70005
Telephone: (504) 832-9898
Facsimile:  (504) 832-9811
eric@amlbenzene.net

*s/ Amber E. Cisney* _____
RICHARD J. FERNANDEZ, LSBN 05532
AMBER E. CISNEY, LSBN 28821
**LAW OFFICE OF RICHARD J. FERNANDEZ, LLC**
3000 West Esplanade Avenue, Suite 200

Metairie, Louisiana  70002
Telephone: (504) 834-8500
Facsimile: (504) 834-2609
rick@rjfernandez.net
amber@amlbenzene.net


**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on all known counsel of record in this proceeding via electronic filing, facsimile transmission, hand delivery, or by U.S. mail same on this 21st day of December, 2011.

*/s/ Eric Williams*
Eric Williams

# Exhibit "A"

Produce the person(s) most knowledgeable about the following:

1. The identity and locations of the unit(s) or area(s)s of the Chevron Alliance Plant in Belle Chasse, where all crude oil, all gasoline (including pyrolysis gasoline), all fuel oils, toluene, xylene, naphtha, hydrocarbons, fuel additive, lubricants, and raw materials were stored in storage tanks of any sized, barges, tank cars, and rails cars from 1982 to  1983. Provide the tank number, or other identifiers for the storage container.

2. The names, trade name or type of all crude oil, all gasoline (including pyrolosis gasoline), all fuel oils, naphtha, toluene, xylene, hydrocarbons, fuel additives, lubricants and raw materials that were kept in storage tanks of any size, barges, tank cars, rail cars at the Chevron Alliance Plant 1982-1983.

3. Identify the size of the storage tanks, barges, tank cars and rail cars used to store or transport all crude oils, gasoline including pyrolysis gasoline, fuel oils, naphtha, toluene, xylene, hydrocarbons, solvents, fuel additives, cleaners, lubricants at the Alliance Plant from 1982 through 1983.

4. For the time period 1982-1983, the identify any substance (whether a raw material, product, intermediate product, or byproduct) that was used, produced, transferred, or stored at the Chevron Alliance Plant which contained any amount of benzene.

5. The identity of any and all individuals most knowledgeable regarding the chemicals and substances located at the Chevron Alliance Plant during the years 1982 through 1983, including but not limited to chemicals used, stored, manufactured, transported and produced at the Plant.

6. Any and all information concerning the benzene content of the chemicals used and. Stored at the Chevron Alliance Refinery from 1982-1983,

7. Knowledge of when Chevron warned contract workers or non-employees at the Alliance facility and the Alliance Refinery that (1) they were exposed to substance containing benzene and that (2) exposure to and use of these products could causes health effects including but not limited to leukemia, multiple myeloma, myelodysplastic syndrome, aplastic anemia , myeloproliferative disorders, damage to the blood, and damage to the blood forming organs. Please describe in detail any warnings or training provided.

8. Any and all safety and/or safety training procedures with regard to contract workers and non-employee workers at Alliance Refinery and Chevron Alliance Refinery from 1982 through 1983.

9. The names of any employees that worked with or supervised Mr. Bryan Morin or any Oil Mop Gulf Services, Inc. also referred to as Oil Mop employees.

10. The identity of any and all supervisors of contract laborers at the Alliance Refinery from 1982-1983.

11. Information concerning any and all tests or studies conducted or funded by Gulf Oil, or Chevron pertaining to the amount of benzene that is present in any benzene containing substance used, manufactured, produced or distributed at the Chevron Alliance Refinery from prior to and through the end of 1983.

12. When did Chevron and/or Gulf Oil first issued or posted warning signs for products containing benzene that were used, manufactured, distributed or produced at the Chevron Alliance facility.

13. What year did Chevron and Gulf Oil first began warning individuals handling or exposed to benzene containing substances that protective equipment was necessary for handling such substances. Please identify the protective equipment that you warned individuals were necessary when handling these substances.

14. Identity of the industry organizations to which Chevron and Gulf Oil were member, and the year they began membership in these organizations.

15. Chevron and Gulf Oils knowledge of the health hazards concerning benzene during 1982 and 1983.

16. Chevron and Gulf Oils' knowledge of the benzene concentration of fuel oil, xylene, naphtha, toluene, gasoline, and crude oil.

17. Knowledge of the corporate relationship between Gulf oil and Chevron U.S.A.

18. Chevron's policies and procedures for warnings for benzene containing products (including crude oil, gasoline, naphtha, toluene and fuel oil) from 1982 through 1983.

19. Chevron's knowledge of industry, medical, epidemiological, toxicological studies and any other scientific literature concerning the health effects of benzene from 1926 to 1983.

20. Chevron's policies and procedures for preparation of material safety data sheets for products containing benzene from 1961 through the present. Chevron's knowledge, at any time, regarding any carcinogenic nature and/or potential of benzene to cause blood

disorders including but not limited to multiple myeloma, leukemia, myelodysplastic syndrome, aplastic anemia, and thrombocytopenia.

21. Knowledge of the content and subject matter of the following documents (including of knowledge of whether these documents are correct copies of documents maintained by Chevron and/ or Gulf in the ordinary course of business)

1. National Institute for Occupational Safety and Health, <u>Criteria for a recommended Standard…Occupational Exposure to Benzene</u>, 1974

**2.** <u>Benzol (Benzene) Poisoning-Its Cause and Prevention,</u> Division of Labor Standards, U.S. Department of Labor, 1935

3. <u>Benzene (Benzol): Its Toxicity and Potential Dangers</u>. Division of Industrial Hygiene, National Institute Of Health, U.S. Public Health Services, 1941.

4. <u>American Standard-Allowable Concentration of Benzene</u>. American Standards Association, N.Y., Z37. 4-1941.

5. <u>API Toxicological Review- Benzene</u>. American Petroleum Institute, New York, 1948

6. <u>Benzene ( Benzol) Data Sheet D-308</u>. National Safety Council, Chicago, IL., 1950.

7. <u>Safety Data Sheet- Benzene.</u> Shell Chemical Company, New York, 1958 Chemical Safety Data Sheet SD-2; Properties and Essential Information for Safe

8. <u>Handling and Use of Benzene</u>. Manufacturing Chemists' Association., Washington, D.C. 1960

9. <u>USA Standard- Acceptable Concentrations of Benzene</u>, United States of American Standards Institute, New York, 1969.

10. National Institute for Occupational Safety and Health, <u>NIOSH Revised Recommendation for an Occupational Exposure Standard for Benzene,</u> 1976.

11. National Institute for Occupational Safety and Health, <u>Occupational Safety and Health Guidelines for Benzene</u>, 1988.

12. <u>Guide to Precautionary Labeling of Hazardous Chemicals</u>. Manual L-1, 3rd Ed. Manufacturing Chemists' Association., Washington D.C. 1953

13. NIOSH: <u>A recommended standard…An Identification System for Occupationally Hazardous Materials.</u> U.S. DHEW, (1975) Publication NO: (NIOSH) 75-126. (1974)

14. <u>Final Report of the Committee; Chemical and Rubber Sections National Safety Council on BENZOL</u>. The Chemical and Rubber Sections of the National Safety Council, 1926

15. <u>Summary of the National Safety Council of Study of Benzol Poisoning</u>., C-E A. Winslow, Journal of Industrial Hygiene, 1926.

16. <u>API Toxicological Review- Benzene</u>; Second Edition. American Petroleum Institute., 1960

17. <u>Guide to Precautionary Labeling of Hazardous Chemicals</u>. L-1 Sixth Edition, Manufacturing Chemists' Association Inc., 1961.

18. <u>Preamble To Final OSHA Rule On Occupational Exposure to Benzene</u>. Department of Labor, Occupational Safety and Health Administration; 52 FR 34460, September 11, 1987.

19. <u>Occupational Exposure to Benzene, Occupational Safety and Health Standards</u>. Department of labor Occupational Safety and Health Administration, February 10, 1978 Part II.

20. Louisiana Air Control Commission Emission Inventory Questionnaire 2/07/83, Alliance Refinery

21. Louisiana Air Control Commission Emission Inventory Questionnaire 6/29/79, Oakpoint Plant

22. Gulf memo date July 05,1978, authored by R. F. Clapp.

23. Gulf memo dated September 18, 1978, authored by C.P. Wen, MD.

24. Gulf document, "*Occupational Exposures of Maintenance Personnel During Turnaround*,"dated November 01, 1982, authored by R. T. Cheng.

25. Gulf memo, November 24, 1976, "Benzene Content of Refinery Streams," authored by F. H. James, Jr.

*26.* Gulf document, "*Safe Practices Pamphlet No. 52 Uniform Procedure for Safe Handling of Benzene and Toluene Gulf Oil Corporation-Port Arthur Refinery General.*

22. Chevron/ Gulf MSDS sheets for crude oil, gasoline, naphtha, xylene, toluene, and fuel oil.

## Records Custodian

23. Knowledge regarding the locations and/or dispositions of all files identified and/or reviewed by defendant in connection with this case.

24. Knowledge of the efforts extended by Defendant to identify, locate and produce the documents requested in the accompanying subpoena and those requested in plaintiffs' requests for production.

25. Retention and storage of analytical test results, MSDS sheets and other chemical data information for crude oil, gasoline, toluene, benzene, xylene, and fuel oil for 1982 to present.

Page **7** of **11**

26.     Knowledge regarding the authenticity of documents requested to be produced and knowledge of the locations or storage of any of the following categories of information or documents:  (including electronic information storage)

27. Knowledge of any Material Safety Data Sheet or chemical data sheet for Crude Oil, gasoline, Fuel Oil, Toluene, Naphtha, ands Xylene maintained by Chevron from 1982 to 1983.

28. Any benzene testing data for gasoline, Fuels Oil, Naphtha, Toluene, Xylene from 1982 to 1983.

29. Health and Safety records covering Chevron U.S.A. and Gulf Oil's training programs from 1982 to 1983.

30. Retention of Contractual agreements for contract labor (including oil Mop Gulf Services, Inc., Oil Mop, Inc. or any Oil Mop entity), payment of contract labor suppliers and payment of any other supplier from 1982 to 1983.

31. Health and Safety or training Manuals for 1982 through 1983, including the Hazardous Communications System training, Policy of employee training, and training requirements for visitors or contractor employees

32. Facility sign in sheets, work logs, security logs, of safety meeting from the Alliance plant in Belle Chasse, LA

33. Storage, retention and distribution of facility safety meeting record within Chevron from 1982-1983.

34. Facility diagrams, aerial photos, maps, and plats of Alliance refinery.

35. Benzene testing records for the Alliance plant from 1982 to 1983.

36.    Any benzene testing data for any material contained in any tank, barge or rail car at the Alliance Refinery from 1982 to 1983.

37.    Safety meeting records from 1982 to 1983.

38.    Safety training data, records for employee safety training from 1982 to 1983.

39. Documents identified on the database print out of documents identified in Exhibit A, to ***Plaintiffs Interrogatories Request for Production of Documents and Request for Admissions Directed to Chevron U. S. A. Inc***. May 2, 2011

A.  Knowledge about all efforts to locate or produced documents identified in Exhibit A-1, the source of the documents listing in A-1, identification any chevron database containing the documents identified in A-1.

B.  Knowledge of any database containing Chevron's historical documents concerning benzene.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRYAN MORIN, ET AL. | * | CIVIL ACTION NO. 11-45 |
| Plaintiffs | * | |
| | * | SECTION "R"3 |
| VERSUS | * | |
| | * | |
| CHEVRON USA, INC., ET AL. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **Exhibit A-1**

Documents to be produced by Chevron U.S.A. Inc.:

1. Any and all Material Safety Data Sheet or chemical data sheet for Crude Oil, gasoline, Fuel Oil Toluene, Naphtha, ands Xylene maintained by Chevron from 1982 to 1983.

2. Any chemicals or product information's for Crude Oil, Gasoline, Fuel Oil, Toluene, Naphtha, and Xylene  from 1982 to 1983, including but not limited to  any health and safety information, medical studies, chemical data sheets, and analytical testing.

3. Corporate Sales record from 1982 to 1983.

4. Health and Safety, epidemiological or medical research concerning benzene, gasoline, fuel oil, crude oil, toluene and xylene conducted by or on behalf of Gulf oil any time prior to 1983.

5. Any training documents, safety manuals or warnings for Alliance refineries from 1982 to 1983

6. All Chevron records for intercompany transfers of products or materials from 1982 to 1983 concerning the Alliance Refinery.

7. All Shipping Records / Bills of Lading for Chevron the Alliance refinerie from 1982 to 1983

8. Purchasing Records from 1982 -1983

9. Any documents concerning the sale of the Alliance Refinery, including production capacity, Maps , diagrams, Schematic, sale documents, and knowledge of the storage location of such documents

10. Health and safety documents concerning health effects of any substances produced or used at  Alliance refiners in Belle Chasse from 1982 to 1983

11. Health and Safety records covering Chevron U.S.A. and Gulf Oil's training programs

12. Retention of Contractual agreements for contract labor, payment of contract labor suppliers and payment of any other supplier from 1982 to 1983.

13. Location of the Records of any analytical test result from any refinery from the years 1982 to 1983, including analytical test results from the Alliance Refinery. Health and Safety or training Manuals for 1982 through 1983, including the Hazardous Communications System training, Policy of employee training, and training requirements for visitors or contractor employees

14. Any and all documents concerning Oil Mop Gulf Services, Inc., Oil Mop, Inc. or any Oil Mop entity; and contracts with Oil Mop Gulf Services, Inc., Oil Mop, Inc. or any Oil Mop entity

15. Facility diagrams, aerial photos, maps, and plats for Alliance Refinery. Productions records, sales records, testing records for the and Alliance Refinery from 1982 to 1983

16. Records for Sale or Purchase of any products produced at the Alliance Refinery from 1982 to 1983.

17. Accounts Receivables, and any records of invoices, contractors paid, or any inter-company asset transfers or product transfers for the Alliance Refinery form 1982-1983.

18. Any communications with any state of Federal Agency, including but not limited to the La. DEQ, and the EPA, regarding the Alliance Refinery (This would include, but not be limited to, NPDES or LPDES permit applications, air permits, any other investigations and/studies)

19. Contractual Agreements between Chevron or Gulf Oil and Oil Mop Gulf Services, Inc., Oil Mop, Inc. or any Oil Mop entity

20. Any benzene testing data for gasoline, Fuels Oil, Naphtha, Toluene, Xylene from 1982 to 1983.

21. Any benzene testing data for any material contained in any tank, barge or rail car at Alliance from 1982 to 1983.

22. Any benzene testing data for any material shipped from the Alliance Refinery from 1982 to 1983.

23. Safety training data, records for employee safety training from 1982 to 1983.

24. Warnings for health effects of benzene containing substances, including but not limited to handling instructions, and recommended protective equipment.

25. Facility sign in sheets, or other work logs for the Alliance Refinery from 1982 to 1983.

26. Documents identified on the database print out of documents identified in Exhibit A, to *Plaintiffs Interrogatories Request for Production of Documents and Request for Admissions Directed to Chevron U.S. A. Inc*. May 2, 2011.

AO 88A  (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Bryan Morin, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Chevron U.S.A., Inc., et al. | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.    11-45

(If the action is pending in another district, state where:

)

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:   Chevron, U.S.A., Inc. through its agent for service of process, The Prentice-Hall Corporation System, Inc., 320 Somerulos St. Baton rouge, LA 70802-6129

☑ *Testimony:*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

See the attached Notice to Telephone Depositon, and exhibits

| Place:  As identified on the attached notice | Date and Time: |
|---|---|
| | 01/03/2012 9:00 am |

The deposition will be recorded by this method:   video and stenographic

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

The documents Identified in Exhibt A-1, attached

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 12/21/2011

_____
*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

OR

_____
*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  Bryan Morin
, who issues or requests this subpoena, are:

Amber Cisney, 3000 W. Esplanade Ave. Suite 200, Metairie, LA 70002)
amber@rjfernandezlaw.com, 504-834-8500

AO 88A  (Rev.  06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.  11-45

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I served the subpoena by delivering a copy to the named individual as follows: _____

_____ on *(date)* _____ ; or

❏  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 88A  (Rev.  06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

 **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

 **(2)** *Command to Produce Materials or Permit Inspection.*

 **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

 **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

 **(i)** At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

 **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

 **(3)** *Quashing or Modifying a Subpoena.*

 **(A)** *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

 **(i)** fails to allow a reasonable time to comply;

 **(ii)** requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

 **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

 **(iv)** subjects a person to undue burden.

 **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

 **(i)** disclosing a trade secret or other confidential research, development, or commercial information;

 **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

 **(iii)** a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

 **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

 **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

 **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

 **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

 **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

 **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

 **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

 **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

 **(2)** *Claiming Privilege or Protection.*

 **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

 **(i)** expressly make the claim; and

 **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

 **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRYAN MORIN, ET AL. | * | CIVIL ACTION NO. 11-45 |
| Plaintiffs | * | |
| | * | SECTION "R"3 |
| VERSUS | * | |
| | * | |
| CHEVRON USA, INC., ET AL. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF TELEPHONE VIDEO DEPOSITION OF RECORDS CUSTODIAN AND CHEVRON 30(b)(6) WITNESS HENRY MCDERMOTT AND MICHAEL WILLIAMS REGARDING THE CHEVRON ORONITE OAKPOINT FACILITY**

TO:     CHEVRON U.S.A., INC .
        THROUGH ITS COUNSEL OF RECORD
        GARY A. BEZET
        ROBERT E. DILLE
        GREGORY ANDING
        ALLISON  N. BENOIT
        BARRYE P. MIYAGI
        GAYLA MONCLA
        JANICE CUYLOTTA
        CAROL GALLOWAY
        KEAN MILLER LLP
        400 CONVENTION ST., SUITE 700
        BATON ROUGE, LA 70802

        **PLEASE  TAKE  NOTICE** that plaintiffs, Bryan Morin, et al., through undersigned

counsel, will take the telephone video deposition of the **Chevron U.S.A., Inc.'s    30  b(6)**

Page **1** of **11**

**representatives:**

>   1) **Henry McDermott**
>      **128 Longfield Place, Moraga, CA 94556**
>      **January 03, 2012**
>      **Starting at 9:00 am Central Time**
>
>
>   2) **Michael Cowles**
>      **6001 Bollinger Canyon Road,**
>      **San Ramon, California**
>      **January 03, 2012**
>      **Starting at 2:00 pm Central Time**

before a notary public or another officer authorized to administer oaths, for purposes of discovery or for use at trial, all in accordance with the Federal Rules of Civil Procedure.

You are to produce a designated representative who is knowledgeable and who has performed an investigation about the Matters set forth in **Exhibit "A"**

In connections with this deposition, a subpoena duces tecum has been served on the deponent requiring the production of those documents listed on **Exhibit "A-1,"** to be produced 3 days prior to the deposition, not later than December 31, 2011.

Respectfully Submitted:

*/s/ Eric Williams*
ERIC WILLIAMS, JR., LSBN 26773
**WILLIAMS LAW OFFICE, LLC**
**433 Metairie Road, Suite 302**
Metairie, Louisiana 70005
Telephone: (504) 832-9898
Facsimile: (504) 832-9811
eric@amlbenzene.net

and

Page **2** of **11**

*s/ Amber E. Cisney* _____
RICHARD J. FERNANDEZ, LSBN 05532
AMBER E. CISNEY, LSBN 28821
**LAW OFFICE OF RICHARD J. FERNANDEZ, LLC**
3000 West Esplanade Avenue, Suite 200
Metairie, Louisiana  70002
Telephone: (504) 834-8500
Facsimile: (504) 834-2609
rick@rjfernandez.net
amber@amlbenzene.net


**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing has been served on all known counsel of record in this proceeding via electronic filing, facsimile transmission, hand delivery, or by U.S. mail same on this 21st day of December, 2011.

*/s/ Eric Williams*
Eric Williams

# Exhibit "A"

Produce the person(s) most knowledgeable about the following:

1. The identity and locations of the unit(s) or area(s)s of the Chevron Oronite Oak Point Plant in Belle Chasse, where all crude oil, all gasoline (including pyrolysis gasoline), all fuel oils, toluene, xylene, naphtha, hydrocarbons, fuel additive, lubricants, and raw materials were stored in storage tanks of any sized, barges, tank cars, and rails cars from 1982 to 1983. Provide the tank number, or other identifiers for the storage container.

2. The names, trade name or type of all crude oil, all gasoline (including pyrolosis gasoline), all fuel oils, naphtha, toluene, xylene, hydrocarbons, fuel additives, lubricants and raw materials that were kept in storage tanks of any size, barges, tank cars, rail cars at the Chevron Oak Point Plant 1982-1983.

3. Identify the size of the storage tanks, barges, tank cars and rail cars used to store or transport all crude oils, gasoline including pyrolysis gasoline, fuel oils, naphtha, toluene, xylene, hydrocarbons, solvents, fuel additives, cleaners, lubricants at the Oronite Oak Point Plant from 1982 through 1983.

4. For the time period 1982-1983, the identify any substance (whether a raw material, product, intermediate product, or byproduct) that was used, produced, transferred, or stored at the Chevron Oronite Oak Point Plant which contained any amount of benzene.

5. The identity of any and all individuals most knowledgeable regarding the chemicals and substances located at the Chevron Oronite Oak Point Plant during the years 1982 through 1983, including but not limited to chemicals used, stored, manufactured, transported and produced at the Plant.

6. Any and all information concerning the benzene content of the chemicals used and. Stored at the Chevron Oak Point Refinery from 1982-1983,

7. Knowledge of when Chevron warned contract workers or non-employees at the Oronite Oak Point facility and the Alliance Refinery that (1) they were exposed to substance containing benzene and that (2) exposure to and use of these products could causes health effects including but not limited to leukemia, multiple myeloma, myelodysplastic syndrome, aplastic anemia , myeloproliferative disorders, damage to the blood, and damage to the blood forming organs. Please describe in detail any warnings or training provided.

Page **4** of **11**

8.  Any and all safety and/or safety training procedures with regard to contract workers and non-employee workers at Alliance Refinery and Chevron Oronite Oak Point Refinery from 1982 through 1983.

9.  The names of any employees that worked with or supervised Mr. Bryan Morin or any Oil Mop Gulf Services, Inc. also referred to as Oil Mop employees.

10. The identity of any and all supervisors of contract laborers at the Oronite Oak Point Refinery from 1982-1983.

11. Information concerning any and all tests or studies conducted or funded by Chevron pertaining to the amount of benzene that is present in any benzene containing substance used, manufactured, produced or distributed at the Chevron Oronite Oakpoint Refinery from prior to and through the end of 1983.

12. When did Chevron first issue or poste warning signs for products containing benzene that were used, manufactured, distributed or produced at the Chevron Oronite Oak Point facility.

13. What year did Chevron first begin warning individuals handling or exposed to benzene containing substances that protective equipment was necessary for handling such substances. Please identify the protective equipment that you warned individuals were necessary when handling these substances.

14. Identity of the industry organizations to which Chevron was a member, and the year they began membership in these organizations.

15. Chevron knowledge of the health hazards concerning benzene during 1982 and 1983.

16. Chevron's knowledge of the benzene concentration of fuel oil, xylene, naphtha, toluene, gasoline, and crude oil.

17. Knowledge of the corporate relationship between Chevron U.S.A.

18. Chevron's policies and procedures for warnings for benzene containing products (including crude oil, gasoline, naphtha, toluene and fuel oil) from 1982 through 1983.

19. Chevron's knowledge of industry, medical, epidemiological, toxicological studies and any other scientific literature concerning the health effects of benzene from 1926 to 1983.

20. Chevron's policies and procedures for preparation of material safety data sheets for products containing benzene from 1961 through the present. Chevron's knowledge, at any time, regarding any carcinogenic nature and/or potential of benzene to cause blood disorders including but not limited to multiple myeloma, leukemia, myelodysplastic syndrome, aplastic anemia, and thrombocytopenia.

21. Knowledge of the content and subject matter of the following documents (including of knowledge of whether these documents are correct copies of documents maintained by Chevron in the ordinary course of business)

    1. National Institute for Occupational Safety and Health, <u>Criteria for a recommended Standard…Occupational Exposure to Benzene</u>, 1974
    **2.** <u>Benzol (Benzene) Poisoning-Its Cause and Prevention,</u> Division of Labor Standards, U.S. Department of Labor, 1935
    3. <u>Benzene (Benzol): Its Toxicity and Potential Dangers</u>. Division of Industrial Hygiene, National Institute Of Health, U.S. Public Health Services, 1941.
    4. <u>American Standard-Allowable Concentration of Benzene</u>. American Standards Association, N.Y., Z37. 4-1941.
    5. <u>API Toxicological Review- Benzene</u>. American Petroleum Institute, New York, 1948
    6. <u>Benzene ( Benzol) Data Sheet D-308</u>. National Safety Council, Chicago, IL., 1950.
    7. <u>Safety Data Sheet- Benzene.</u> Shell Chemical Company, New York, 1958 Chemical Safety Data Sheet SD-2; Properties and Essential Information for Safe
    8. <u>Handling and Use of Benzene</u>. Manufacturing Chemists' Association., Washington, D.C. 1960
    9. <u>USA Standard- Acceptable Concentrations of Benzene</u>, United States of American Standards Institute, New York, 1969.
    10. National Institute for Occupational Safety and Health, <u>NIOSH Revised Recommendation for an Occupational Exposure Standard for Benzene,</u> 1976.
    11. National Institute for Occupational Safety and Health, <u>Occupational Safety and Health Guidelines for Benzene</u>, 1988.
    12. <u>Guide to Precautionary Labeling of Hazardous Chemicals</u>. Manual L-1, 3rd Ed. Manufacturing Chemists' Association., Washington D.C. 1953
    13. NIOSH: <u>A recommended standard…An Identification System for Occupationally Hazardous Materials.</u> U.S. DHEW, (1975) Publication NO: (NIOSH) 75-126. (1974)
    14. <u>Final Report of the Committee; Chemical and Rubber Sections National Safety Council on BENZOL</u>. The Chemical and Rubber Sections of the National Safety Council, 1926

15. <u>Summary of the National Safety Council of Study of Benzol Poisoning.</u>, C-E A. Winslow, Journal of Industrial Hygiene, 1926.
16. <u>API Toxicological Review- Benzene</u>; Second Edition. American Petroleum Institute., 1960
17. <u>Guide to Precautionary Labeling of Hazardous Chemicals.</u> L-1 Sixth Edition, Manufacturing Chemists' Association Inc., 1961.
18. <u>Preamble To Final OSHA Rule On Occupational Exposure to Benzene</u>. Department of Labor, Occupational Safety and Health Administration; 52 FR 34460, September 11, 1987.
19. <u>Occupational Exposure to Benzene, Occupational Safety and Health Standards</u>. Department of labor Occupational Safety and Health Administration, February 10, 1978 Part II.
20. Louisiana Air Control Commission Emission Inventory Questionnaire 2/07/83, Alliance Refinery
21. Louisiana Air Control Commission Emission Inventory Questionnaire 6/29/79, Oakpoint Plant
22. Gulf memo date July 05,1978, authored by R. F. Clapp.
23. Gulf memo dated September 18, 1978, authored by C.P. Wen, MD.
24. Gulf document, "*Occupational Exposures of Maintenance Personnel During Turnaround*,"dated November 01, 1982, authored by R. T. Cheng.
25. Gulf memo, November 24, 1976, "Benzene Content of Refinery Streams," authored by F. H. James, Jr.
26. Gulf document, "*Safe Practices Pamphlet No. 52 Uniform Procedure for Safe Handling of Benzene and Toluene Gulf Oil Corporation-Port Arthur Refinery General.*

22. Chevron MSDS sheets for crude oil, gasoline, naphtha, xylene, toluene, and fuel oil.

**Records Custodian**

23. Knowledge regarding the locations and/or dispositions of all files identified and/or reviewed by defendant in connection with this case.

24. Knowledge of the efforts extended by Defendant to identify, locate and produce the documents requested in the accompanying subpoena and those requested in plaintiffs' requests for production.

25.     Retention and storage of analytical test results, MSDS sheets and other chemical data information for crude oil, gasoline, toluene, benzene, xylene, and fuel oil for 1982 to present.

26.     Knowledge regarding the authenticity of documents requested to be produced and knowledge of the locations or storage of any of the following categories of information or documents:  (including electronic information storage)

27. Knowledge of any Material Safety Data Sheet or chemical data sheet for Crude Oil, gasoline, Fuel Oil, Toluene, Naphtha, ands Xylene maintained by Chevron from 1982 to 1983.

28. Any benzene testing data for gasoline, Fuels Oil, Naphtha, Toluene, Xylene from 1982 to 1983.

29. Health and Safety records covering Chevron U.S.A.'s training programs from 1982 to 1983.

30. Retention of Contractual agreements for contract labor (including Oil Mop Gulf Services, Inc., Oil Mop, Inc. or any Oil Mop entity), payment of contract labor suppliers and payment of any other supplier from 1982 to 1983.

31. Health and Safety or training Manuals for 1982 through 1983, including the Hazardous Communications System training, Policy of employee training, and training requirements for visitors or contractor employees

32. Facility sign in sheets, work logs, security logs, of safety meeting from the Oak Point plant in Belle Chasse, LA

33. Storage, retention and distribution of facility safety meeting record within Chevron from 1982-1983.

34. Facility diagrams, aerial photos, maps, and plats of Oak Point refinery.

35. Benzene testing records for the Oak point plant from 1982 to 1983.

36.    Any benzene testing data for any material contained in any tank, barge or rail car at the Oak Point Refinery from 1982 to 1983.

37.    Safety meeting records from 1982 to 1983.

38.    Safety training data, records for employee safety training from 1982 to 1983.

Page **8** of **11**

39. Documents identified on the database print out of documents identified in Exhibit A, to ***Plaintiffs Interrogatories Request for Production of Documents and Request for Admissions Directed to Chevron U.S. A. Inc***. May 2, 2011

A.     Knowledge about all efforts to locate or produced documents identified in Exhibit A-1, the source of the documents listing in A-1, identification any chevron database containing the documents identified in A-1.

B.     Knowledge of any database containing Chevron's historical documents concerning benzene.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRYAN MORIN, ET AL. | * | CIVIL ACTION NO. 11-45 |
| Plaintiffs | * | |
| | * | SECTION "R"3 |
| VERSUS | * | |
| | * | |
| CHEVRON USA, INC., ET AL. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# **Exhibit A-1**

Documents to be produced by Chevron U.S.A. Inc.:

1. Any and all Material Safety Data Sheet or chemical data sheet for Crude Oil, gasoline, Fuel Oil Toluene, Naphtha, ands Xylene maintained by Chevron from 1982 to 1983.
2. Any chemicals or product information's for Crude Oil, Gasoline, Fuel Oil, Toluene, Naphtha, and Xylene  from 1982 to 1983, including but not limited to  any health and safety information, medical studies, chemical data sheets, and analytical testing.
3. Corporate Sales record from 1982 to 1983.
4. Health and Safety, epidemiological or medical research concerning benzene, gasoline, fuel oil, crude oil, toluene and xylene conducted by or on behalf of Chevron any time prior to 1983.
5. Any training documents, safety manuals or warnings for the Oak Point facility from 1982 to 1983
6. All Chevron records for intercompany transfers of products or materials from 1982 to 1983 concerning the Oak Point facility.
7. All Shipping Records / Bills of Lading for Chevron from Oak Point from 1982 to 1983
8. Purchasing Records from 1982 -1983
9. Any documents Maps , diagrams, Schematic of the Oak Point Facility
10. Health and safety documents concerning health effects of any substances produced or used at Oak Point facility in Belle Chasse from 1982 to 1983
11. Health and Safety records covering Chevron U.S.A. training programs
12. Retention of Contractual agreements for contract labor, payment of contract labor suppliers and payment of any other supplier from 1982 to 1983.

13. Location of the Records of any analytical test result from any refinery from the years 1982 to 1983, including analytical test results from the Oak Point facility.

14. Health and Safety or training Manuals for 1982 through 1983, including the Hazardous Communications System training, Policy of employee training, and training requirements for visitors or contractor employees

15. Documents, or contract with or concerning Oil Mop Gulf Services, Inc., Oil Mop, Inc. or any Oil Mop entity.

16. Facility diagrams, aerial photos, maps, and plats for Oak Point refinery.

17. Productions records, sales records, testing records for the Oak point plant from 1982 to 1983

18. Records for Sale or Purchase of any products produced at the Oak Point facility from 1982 to 1983.

19. Accounts Receivables, and any records of invoices, contractors paid, or any inter-company asset transfers or product transfers for the Oak Point Plaint of from 1982-1983.

20. Any communications with any state of Federal Agency, including but not limited to the La. DEQ, and the EPA, regarding the Oak Point Facility (This would include, but not be limited to, NPDES or LPDES permit applications, air permits, any other investigations and/studies)

21. Contractual Agreements between Chevron and Oil Mop Gulf Services, Inc., Oil Mop, Inc. or any Oil Mop entity.

22. Any benzene testing data for gasoline, Fuels Oil, Naphtha, Toluene, Xylene from 1982 to 1983.

23. Any benzene testing data for any material contained in any tank, barge or rail car at Oak Point Refineries from 1982 to 1983.

24. Any benzene testing data for any material shipped from the Oak Point Refinery from 1982 to 1983.

25. Safety training data, records for employee safety training from 1982 to 1983.

26. Warnings for health effects of benzene containing substances, including but not limited to handling instructions, and recommended protective equipment.

27. Facility sign in sheets, or other work logs for the Oak Point Facility  from 1982 to 1983.

28. Documents identified on the database print out of documents identified in Exhibit A, to *Plaintiffs Interrogatories Request for Production of Documents and Request for Admissions Directed to Chevron U.S. A. Inc*. May 2, 2011.

AO 88A  (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

| | | |
|---|---|---|
| Bryan Morin, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   11-45 |
| Chevron U.S.A, Inc., et al. | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  Chevron, U.S.A., Inc. through its counsel of Record,  Gary Beze and  Sarah Weisman, 400 Convention St., Sutie 700, Baton rouge, LA 70802

☑ *Testimony:*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

See the attached Notice to Telephone Depositon, and exhibits

| Place:  6001 Bollinger Canyon Rd. | Date and Time: |
|---|---|
| Bldg T-3205, San Ramon, California | 1/27/2011, 9:00 am  Pacific Time (11:00 Am Central Time ) |

The deposition will be recorded by this method:   telephone and stenographic

☐ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  1/19/2012

| CLERK OF COURT | | OR | |
|---|---|---|---|
| _____ | | _____ | |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* | |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  Bryan Morin, et al _____ , who issues or requests this subpoena, are:

Amber E. Cisney, Richard J. Fernandez, LLC, 3000 W. Esplanade Ave., Suite 200, Metairie, LA 70002, telephone (504) 834-8500, amber@richardfernadnezlaw.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRYAN MORIN, ET AL.<br>Plaintiffs | *<br>*<br>* | CIVIL ACTION NO. 11-45 |
| | * | SECTION "R"3 |
| VERSUS | *<br>* | |
| CHEVRON USA, INC., ET AL.<br>Defendants | *<br>* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF TELEPHONE DEPOSITION OF CHEVRON U.S.A.'S 30(B)(6) REPRESENTATIVE

TO:  CHEVRON U.S.A., INC .
THROUGH ITS COUNSEL OF RECORD
GARY A. BEZET
ROBERT E. DILLE
GREGORY ANDING
ALLISON  N. BENOIT
KEAN MILLER LLP
400 CONVENTION ST., SUITE 700
BATON ROUGE, LA 70802

**PLEASE TAKE NOTICE** that plaintiffs, Bryan Morin, et al., through undersigned counsel, will take the video deposition of the **Chevron U.S.A., Inc.'s  30 b(6) representative,** **,on January 27th, 2012 at  9:00 a.m. Pacific Time / 11:00 a.m. Central Time**, at 6001 Bollinger Canyon Rd., Bldg. T-3205, San Ramon, California or some other mutually agreed upon time and place, before a notary public or another officer authorized to administer oaths, for purposes of discovery or for use at trial, all in accordance with the Federal Rules of Civil Procedure.

Page **1** of 7

Chevron , U.S. A. is to produce a designated representative who is knowledgeable and who has performed an investigation about the Matters set forth in Exhibit A

In connections with this deposition, a subpoena duces tecum has been served on the deponent requiring the production of those documents listed on Exhibit 1, to be produced no later than five days prior to the deposition.

Respectfully Submitted:

/s/ Amber E. Cisney _____
RICHARD J. FERNANDEZ, LSBN 05532
AMBER E. CISNEY, LSBN 28821
**LAW OFFICE OF RICHARD J. FERNANDEZ, LLC**
3000 West Esplanade Avenue, Suite 200
Metairie, Louisiana   70002
Telephone: (504) 834-8500
Facsimile: (504) 834-2609
rick@rjfernandez.net
amber@amlbenzene.net
&
L. ERIC WILLIAMS, JR., LSBN 26773
**WILLIAMS LAW OFFICE, LLC**
3000 W. Esplanade Ave.
Metairie, Louisiana   70002
Telephone: (504) 832-9898
Facsimile:    (504) 834-1511
eric@amlbenzene.net

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on all known counsel of record in this proceeding via electronic filing, facsimile transmission, hand delivery, or by U.S. mail same on this 19th day of January, 2012.

s/ Amber E. Cisney _____
Amber E. Cisney

## Exhibit A

Special Definitions or limitations:

(1) The term "gasoline" as used below is defined as gasoline stored in small and large storage tanks, railcars, and barges at the Chevron Oronite Oak Point Facility and Gulf Oil Alliance Refinery. Pursuant to Magistrate's Order of January 4, 2012 [rec. Doc. 110]

(2) The following categories are limited by the court's order of January 4, 2012 [Rec. Doc. 110], as follows:

"With regard to defendants' knowledge of the effects on health that benzene may cause, defendants shall respond to plaintiffs' discovery requests as they relate to the (1) time period between 1926 and 1983 and (2) the potential effects on health that benzene may cause through respiratory inhalation that may lead to the development of multiple myeloma or any symptoms thereof. Defendants shall also produce to plaintiff any **published** materials responsive to the discovery requests."

Produce the person(s) most knowledgeable about the following:

### Records Custodian

A. Knowledge regarding all systems, procedures, methods and/or protocols of documenting, filing, record keeping, recording and/or reporting of any documents, data or information pertaining to any and all of the equipment presently or formerly owned and/or operated by   or for   the Chevron Oronite Oak Point Plant and the Alliance Refinery, form 1982-1983.

B. Knowledge regarding the locations and/or dispositions of all files identified and/or reviewed by Chevron in connection with this case.

C. Knowledge of the efforts extended by Chevron to identify, locate and produce the documents requested in the accompanying subpoena and those requested in plaintiffs' requests for production of documents, or any other discovery request.

D. Knowledge of the efforts extended by Chevron to identify, locate and the information requested in plaintiffs' Interrogatories and Request for Admissions.

E. Retention and storage of analytical test results, MSDS sheets and other chemical data information for crude oil, gasoline, toluene, benzene, xylene, and fuel oil for 1982 to present.

F. Knowledge regarding the authenticity of documents requested to be produced and knowledge of the locations or storage of any of the following categories of information or documents: (including electronic information storage)

1. Knowledge of any Material Safety Data Sheet or chemical data sheet for Crude Oil, gasoline, Fuel Oil, Toluene, Naphtha, ands Xylene maintained by Chevron from 1982 to 1983.

2. Knowledge of any other chemicals or product information's for Crude Oil, Gasoline, Fuel Oil, Toluene, Naphtha, and Xylene  from 1982 to 1983, including but not limited to  any health and safety information, medical studies, chemical data sheets, and analytical testing.

3. Any benzene testing data for gasoline, Fuels Oil, Naphtha, Toluene, Xylene from 1982 to 1983.

4. Any documents concerning the sale of the Alliance Refinery, including production capacity, Maps , diagrams, schematics, sale documents, and knowledge of the storage location of such documents

5. Names and contact information for any Chevron employee that was working for the Company in 1982-1983.

6. All records of Correspondence with La. DEQ and EPA from 1982 to 1983

7. Chevron Purchasing Records from 1982 -1983 for Alliance and Oak Point refineries

8. Health and safety documents concerning health effects of gasoline, crude oil, fuel oil, naphtha, toluene, and xylene produced or used at Oak Point or Alliance refinery in Belle Chasse from 1982 to 1983.

9. Health and Safety, epidemiological or medical research concerning benzene, gasoline, fuel oil, crude oil, toluene and xylene conducted by or on behalf of Chevron and Gulf Oil any time prior to 1983.

10. Retention of Contractual agreements for contract labor (including Oil Mop Gulf Services, Inc.), payment of contract labor suppliers and payment of any other supplier from 1982 to 1983.

11. Location of the Records of any analytical test result, including air monitoring results, from any refinery from the years 1982 to 1983, and knowledge of any analytical test results from the Alliance Refinery or Oak Point facility.

12. Health and Safety or training Manuals for 1982 through 1983, including the Hazardous Communications System training, Policy of employee training, and training requirements for visitors or contractor employees for the Oronite Oak Point Plant and the Alliance Refinery.

13. Facility sign in sheets , work logs, security logs, of safety meeting from the Alliance refinery or Oak Point plant in Belle Chasse, LA

14. Storage, retention and distribution of facility safety meeting records within Chevron from 1981-1982.
15. Facility diagrams, aerial photos, maps, and plats for Alliance Refinery and Oak Point refinery form 1982 to 1983.
16. Any benzene testing data for any material contained in any tank, barge or rail car at Alliance or Oak Point Refineries from 1982 to 1983.
17. Any benzene testing data for any material shipped from the Alliance Refinery or Oak Point Refinery from 1982 to 1983.
18. Safety training data, records for contractors or employee safety training from 1982 to 1983.
19. Warnings for health effects of benzene containing substances, including but not limited to handling instructions, and recommended protective equipment form 1982- 1983.
20. Document Retentions policy for each of the aforementioned categories, method of document retention and locations of document storage for the aforementioned document types for documents collected and generated from 1982 and 1983.
21. Documents identified on the database print out of documents identified in Exhibit A-1, to *Plaintiffs Interrogatories Request for Production of Documents and Request for Admissions Directed to Chevron U.S. A. Inc*. May 2, 2011

G. Knowledge about all efforts to locate or produced documents identified in A-1, the source of the documents listed, identification any Chevron database containing the documents identified in A-1.

H. Knowledge of any database containing Chevron's historical documents concerning benzene.

I. Knowledge of the estimated costs of producing the documents in response to Plaintiff's subpoena deuces tecum.

Page **5** of **7**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRYAN MORIN, ET AL. | * | CIVIL ACTION NO. 11-45 |
| Plaintiffs | * | |
| | * | SECTION "R"3 |
| VERSUS | * | |
| | * | |
| CHEVRON USA, INC., ET AL. | * | |
| Defendants | * | |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## <u>Exhibit 1</u>

Special Definitions or limitations:

(1) The term "gasoline" as used below is defined as gasoline stored in small and large storage tanks, railcars, and barges at the Chevron Oronite Oak Point Facility and Gulf Oil Alliance Refinery. Pursuant to Magistrate's Order of January 4, 2012 [rec. Doc. 110]

(2) The following categories are limited by the court's order of January 4, 2012 [Rec. Doc. 110], as follows:

"With regard to defendants' knowledge of the effects on health that benzene may cause, defendants shall respond to plaintiffs' discovery requests as they relate to the (1) time period between 1926 and 1983 and (2) the potential effects on health that benzene may cause through respiratory inhalation that may lead to the development of multiple myeloma or any symptoms thereof. Defendants shall also produce to plaintiff any **published** materials responsive to the discovery requests."

Documents to be produced by Chevron U.S.A. Inc.:

1. Any and all Material Safety Data Sheet or chemical data sheet for Crude Oil, gasoline, Fuel Oil Toluene, Naphtha, ands Xylene maintained by Chevron from 1982 to 1983.
2. Any chemicals or product information's for Crude Oil, Gasoline, Fuel Oil, Toluene, Naphtha, and Xylene from 1982 to 1983, including but not limited to any health and safety information, medical studies, chemical data sheets, and analytical testing.
3. Health and Safety, epidemiological or medical research concerning benzene, gasoline, fuel oil, crude oil, toluene and xylene conducted by or on behalf of Chevron and Gulf oil any time prior to 1983.

4. Any training documents, safety manuals or warnings for the Oak Point and the Alliance refineries from 1982 to 1983

5. Any documents concerning the sale of the Alliance Refinery, including production capacity, Maps , diagrams, Schematic, sale documents, and knowledge of the storage location of such documents

6. Health and safety documents concerning health effects of gasoline, crude oil, fuel oil, naphtha, toluene, and xylene produced or used at Oak Point of Alliance refiners in Belle Chasse from 1982 to 1983.

7. Health and Safety records covering Chevron U.S.A. and Gulf Oil's training programs at the Chevron Oronite Oak Point Plants and the Alliance Refinery from 1982 to 1983.

8. Retention of Contractual agreements for contract labor, payment of contract labor suppliers and payment of any other supplier from 1982 to 1983.

9. Location of the Records of any analytical test results, including air monitoring, from any refinery from the years 1982 to 1983, including analytical test results, from the Alliance Refinery or Oak Point facility.

10. Health and Safety or training Manuals for 1982 through 1983, including the Hazardous Communications System training, Policy of employee training, and training requirements for visitors or contractor employees

11. Documents, or contract with or concerning Oil Mop Gulf Services, Inc. or any Oil Mop entity.

12. Facility diagrams, aerial photos, maps, and plats for Alliance Refinery of Oak Point refinery form 1982 to 1983.

13. Records of any contractors paid for the Oak Point Plaint of Alliance Refinery form 1982-1983.

14. Contractual Agreements between Chevron or Gulf Oil and Oil Mop Gulf Services, Inc. or any Oil Mop entity.

15. Any benzene testing data for gasoline, crude oil, Fuels Oil, Naphtha, Toluene, Xylene from 1982 to 1983.

16. Any benzene testing data for any material contained in any tank, barge or rail car at Alliance or Oak Point Refineries from 1982 to 1983.

17. Safety training data, records for contractor safety training from 1982 to 1983.

18. Warnings for health effects of benzene containing substances crude oil, gasoline, fuel oil, naphtha, toluene, and xylene, including but not limited to handling instructions, and recommended protective equipment.

19. Facility sign in sheets, or other work logs for the Oak Point Facility or Alliance Refinery from 1982 to 1983.

20. Documents identified on the database print out of documents identified in Exhibit A-1, to *Plaintiffs Interrogatories Request for Production of Documents and Request for Admissions Directed to Chevron U.S. A. Inc*. May 2, 2011. (limited as defined above).

Page **7** of **7**



EXHIBIT
$A-1$

| Document Number | Title | Document Date | Author |
|---|---|---|---|
| TA32104 | Evidence for Strain-Specific Differences in Benzene Toxicity as a Function of Host Target Cell Susceptibility | 31-Dec-92 | Nean,D.J. Penn,A. Snyder,C.A. |
| TA32114 | METABOLISM OF [14C]BENZENE BY CYNOMOLGUS MONKEYS AND CHIMPANZEES | 31-Dec-92 | SABOURIN,P.J. MUGGENBURG,B.A. COUCH,R.C. LEFLER,D. LUCIER,G. BIRNBAUM,L.S. HENDERSON,R.F. |
| TA32165 | Co-exposure to Gasoline Vapor Decreases Benzene Metabolism in Fischer-344 Rats | 31-Dec-92 | Travis,C.C. Fox,M.T. Simmons,W.M. Lyon,B.F |
| TA32101 | Risk Assessments for Benzene-Induced Leukemia: a Review | 31-Dec-92 | Crump,K.S. |
| TA32149 | INVESTIGATIONS OF THE FREQUENCY OF DNA STRAND BREAKAGE AND CROSS-LINKING AND OF SISTER CHROMATID EXCHANGE FREQUENCY IN THE LYMPHOCYTES OF FEMALE WORKERS EXPOSED TO BENZENE AND TOLUENE | 31-Dec-92 | POPP,W. VAHRENHOLZ,C. YAMAN,S. MULLER,C. MULLER,G. SCHMIEDING,W. NORPOTH,K. FAHNERT,R. |
| TA32176 | TRANS, TRANS-MUCONIC ACID, A RELIABLE BIOLOGICAL INDICATOR FOR THE DETECTION OF INDIVIDUAL BENZENE EXPOSURE DOWN TO PPM LEVEL | 31-Dec-92 | DUCOS,P. GAUDIN,R. BEL,J. MAIRE,C. |
| TA32119 | AN ANALYSIS OF EXPOSURE RATE EFFECTS FOR BENZENE USING A PHYSIOLOGICALLY BASED PHARMACOKINETIC MODEL | 31-Dec-92 | FRANCIN,J.M. ROBERT,A. WILD,P. |
| TA32128 | Acute Cytogenetic Effect of Benzene on Rat Bone Marrow Cells in vivo and the Effect of Inducers or Inhibitors of Drug-Metabolizing Enzymes | 31-Dec-92 | Fujik,K. Ito,Y. Maeda,S. |
| TA32100 | Perspectives on Risk Assessment Impact of Recent Reports on Benzene | 31-Dec-92 | Johnson,E.S. Lucier,G. |
| TA32226 | CELL-SPECIFIC METABOLISM IN MOUSE BONE MARROW STROMA: STUDIES OF ACTIVATION AND DETOXIFICATION OF BENZENE METABOLITES | 31-Dec-92 | GANOUSIS,L.G. GOON,D. ZYGLEWSKA,T. WU,K.K. ROSS,D. |
| TA32133 | Effect of Subacute Benzene Exposure on the Activity of Two Neuropeptide-Degrading Enzymes in the Rat Brain | 31-Dec-92 | De Gandarias,J.M. Casis,O. Irazusta,J. Echevarria,E. Casis,L. |
| TA32103 | Risk Analysis for Worker Exposure to Benzene | 31-Dec-92 | Hallenbeck,W.H. Flowers,R.E. |
| TA32184 | A Survey of Benzene in Fruits and Retail Fruits Juices, Fruit Drinks, and Soft Drinks | 31-Dec-92 | Page,B.D. Conacher,H.B.S. Weber,D. Lacroix,G. |
| TA32144 | Nonrandom Distribution of Breakpoints in the Karyotypes of Workers Occupationally Exposed to Benzene | 31-Dec-92 | Sasiadek,M. |
| TA32200 | MURINE RADIATION AND BENZENE LEUKEMOGENESIS: IS THE SAME DISEASE INITIATED BY SAME MOLECULAR MECHANISM? | 31-Dec-92 | CRONKITE,E.P. RITHIDECH,K. BOND,V.P. WHORTON,E.B. BULLIS,J.E. |
| TA32088 | INCREASED PRODUCTION OF TUMOR NECROSIS FACTOR-ALPHA BY BONE MARROW LEUKOCYTES FOLLOWING BENZENE TREATMENT OF MICE | 31-Dec-92 | MacEACHERN,L. LASKIN,D.L. |
| TA32180 | Reevaluation of Benzene Exposure for the Pliofilm (Rubberworker) Cohort (1936-1976) | 31-Dec-92 | Paustenbach,D.J. Price,P.S. Olison,W. Blank,C. Jernigan,J.D. Bass,R.D. Peterson,A.C. |
| TA30935 | A FEMALE RAT FERTILITY STUDY WITH INHALED BENZENE | 31-Dec-92 | KUWA,R.A. NICOLICH,M.J. SCHROEDER,R.E. |
| TA32209 | EVALUATION OF WORKER EXPOSURE TO BENZENE | 31-Dec-92 | Hallenbeck,W.H. Flowers,R.E. |
| TA32098 | Dose-Response Relationships for Benzene: Human and Experimental Carcinogenicity Data | 31-Dec-92 | Parodi,S. Malacarne,D. Grili,S. Colacci,A. Taningher,M. |
| TA32160 | ALTERATIONS IN THE MORPHOLOGY AND FUNCTIONAL ACTIVITY OF BONE MARROW PHAGOCYTES FOLLOWING BENZENE TREATMENT OF MICE | 31-Dec-92 | MacEACHERN,L. SNYDER,R. LASKIN,D.L. |
| TC77220 | DRAFT DOCUMENTS FROM HEI RE RESEARCH PRIORITIES TO REDUCE UNCERTAINTIES IN RISK ASSESSMENT FOR BENZENE: ALSO INCLUDES DRAFT WORKING PAPERS FROM THE HEI AIR TOXICS WORKSHOP HELD 12041992-12051992 RE 1,3-BUTADIENE | 28-Dec-92 | DREW,R.T. |
| TC93891 | Petition of Henrietta Morua to Perpetuate the Testimony of Jesse G. Morua | 23-Dec-92 | Waller,L.B. |
| TC63568 | THIRD AMENDMENT TO LOA BETWEEN WSPA & CLEMENT INTL RE REIMBURSEMENT OF UNANTICIPATED COSTS IN CONNECTION WITH UPDATING BENZENE POTENCY FACTOR 820.500 MAXIMUM CONTRACT EB 308-02; REQUESTING APPROVAL | 18-Dec-92 | ANDRADE,V. |

| ID | Description | Date | Author(s) |
|---|---|---|---|
| TC77251 | REPORT: "ESTIMATE OF HISTORIC BENZENE EXPOSURES AT TWO PETROLEUM REFINERIES": STUDY INDICATED GREATER NUMBER OF DEATHS DUE TO LEUKEMIA THAN EXPECTED FOR TWO SHELL LOCATIONS, THE WOOD RIVER MANUFACTURING COMPLEX (WRMC) AND DEER PARK MANUFACTURING COMPLEX (DPMC) | 1-Feb-84 | |
| TC77208 | DRAFT CRITERIA DOCUMENT FOR BENZENE | 1-Feb-84 | |
| TC77213 | SENDS TO THE SCIENTIFIC REVIEW PANEL DRAFT OF PART A OF REPORT "A REVIEW OF BENZENE USES, EMISSIONS, AND PUBLIC EXPOSURE": REQUESTS COMMENTS | 19-Jan-84 | VENTURINI,P.D. |
| TC77932 | BENZENE EPIDEMIOLOGY STUDY, QUESTIONS AND ANSWERS | 16-Jan-84 | |
| TC77933 | REVIEWED REPORT ON CMA MORTALITY STUDY OF WORKERS OCCUPATIONALLY EXPOSED TO BENZENE; RESPONSE TO FIVE SPECIFIC QUESTIONS REGARDING THE REPORT | 13-Jan-84 | ROTHMAN,K.J. |
| TC77242 | PRELIMINARY ASSESSMENT OF THE POSSIBLE CARCINOGENIC RISK TO HUMANS RESULTING FROM BENZENE EXPOSURE AS EXTRAPOLATED FROM RODENT BIOASSAY DATA" | 10-Jan-84 | RODRICKS,J.V. BRETT,S.M. |
| TX2142 | MODIFIED BUEHLER TEST FOR THE SKIN SENSITIZATION POTENTIAL OF CC-13134 (SX-1440) - GUINEA PIG SKIN SENSITIZATION | 6-Jan-84 | CERKANOWICZ,D.A. CUSHMAN,J.R. WONG,Z.A. |
| TC28090 | SENDING 881216 LETTER FROM UNIONS TO INDUSTRY RE BENZENE DISCUSSIONS AND 881220 RESPONSE FROM INDUSTRY ASSOCIATIONS | 3-Jan-84 | RENFREW,C.B. SWANSON,S.M. WRIGHT,M. |
| TC77849 | PESTICIDE & TOXIC CHEMICAL NEWS: "MIXED RESULTS" REPORTED BY CMA FOR BENZENE EPIDEMIOLOGY STUDY | 28-Dec-83 | |
| TC77850 | LIST OF CASES INVOLVING BENZENE INDUCED LEUKEMIA, CANCER, LYMPHOPOIETIC CA, TO BE DISCUSSED IN MEETING | 16-Dec-83 | |
| TC77220 | SUBMITS FOR INFORMATION "AN INDUSTRY-WIDE MORTALITY STUDY OF CHEMICAL WORKERS EXPOSED TO BENZENE" CONDUCTED BY ENVIRONMENTAL HEALTH ASSOCIATES INC | 16-Dec-83 | COX,G.V. |
| TC77851 | API DECEMBER 9, 1983 HESC MEETING ON BENZENE: HANDOUTS INCLUDED BACKGROUND PRESENTATIONS WITH VUGRAPHS AND DISCUSSION NOTES; SPECIAL MEETING OF HESC DEC. 9, 1983 TO DISCUSS POSSIBLE PROVISIONS OF OSHA BENZENE STANDARD; PROPOSAL FOR COMPONENTS OF A BENZENE STANDARD; PAPER "LEGAL AND POLICY CONTEXT FOR OSHA CARCINOGEN" COMPARATIVE RISK ESTIMATES FOR BENZENE | 15-Dec-83 | KREUTZEN,R.W. |
| TC77218 | THANKS FOR PREPRINT: "COLLEGIUM RAMAZZINI INTERNATIONAL CONFERENCE ON BENZENE" NEW YORK CITY NOV 3-4, 1983; AN OVERVIEW OF BENZENE EXPOSURE IN THE UNITED STATES 1978-1983 | 8-Dec-83 | DRYDEN,S.L. RUNION,H.E. SCOTT,L.M. |
| TC77256 | REPORT: "AN INDUSTRY-WIDE MORTALITY STUDY OF CHEMICAL WORKERS OCCUPATIONALLY EXPOSED TO BENZENE" | 8-Dec-83 | WONG,O. |
| TC77893 | SUMMARY & CRITIQUE OF THE PAPER: BENZENE A MULTIPOTENTIAL CARCINOGEN, RESULTS OF LONG TERM BIOASSAYS PERFORMED AT THE BOLOGNA INSTITUTE OF ONCOLOGY | 1-Dec-83 | MALTONI,C. CONTI,B. COTTI,G. |
| TC77882 | BACKGROUND FACTS ON BENZENE; KEY DATES;NTP DATA; ARTICLE FROM AMERICAN JOURNAL OF INDUSTRIAL MEDICINE ENTITLED "LEUKEMIA IN BENZENE WORKERS" | 23-Nov-83 | |
| TC77221 | BACKGROUND FACTS AND DATA ON BENZENE; ARTICLE TAKEN FROM AMERICAN JOURNAL OF INDUSTRIAL MEDICINE "LEUKEMIA IN BENZENE WORKERS" | 23-Nov-83 | |
| TC77653 | NOTES: "IMPORTANCE OF PEAK BENZENE EXPOSURE ON WORKER SAFETY"; REVIEWED PAPER "PERMISSIBLE LIMITS FOR BENZENE EXPOSURE AND REPORTS OF INFANTE; COMMENTS MADE | 23-Nov-83 | WILKENFELD,R.M. |
| TC77386 | BENZENE OCCURRENCE IN DRINKING WATER, FOOD AND AIR ; EPA CONTRACT 68-01-6888, JRB ASSOCIATES PROJECT NO. 2-813-03-852-29 | 23-Nov-83 | CONIGLIO,W. |
| TC77371 | NOTES: HAVE RECEIVED MEMO OF 11281983 & SENDING COMMENTS AS REQUESTED ON THE FORTHCOMING MEETINGS RE A PROPOSED BENZENE STANDARD | 20-Nov-83 | BROWN,A.P. |
| TC77854 | SUMMARY OF AP SPONSORED SUBCHRONIC INHALATION STUDY IN MICE AND RATS - BENZENE | 15-Nov-83 | LARKIN,M.L. |
| TC77429 | SENDS DRAFT OF "NTP TECHNICAL REPORT ON THE TOXICOLOGY AND CARCINOGENESIS STUDIES OF BENZENE IN F344/N RATS AND B6C3F1 MICE" | 14-Nov-83 | BLANK,C. HUFF,J. |

| Doc ID | Description | Date | Author(s) |
|---|---|---|---|
| TC77855 | REVIEW OF BENZENE RISK ASSESSMENTS; UNCERTAINTY IN THE BENZENE RISK ASSESSMENTS; USE OF OCCUPATIONAL EPIDEMIOLOGICAL DATA IN CARCINOGENIC RISK ASSESSMENT' UNCERTAINTY IN THE OCCUPATIONAL EPIDEMIOLOGICAL DATA WHICH HAVE BEEN USED IN THE BENZENE RISK ASSESSMENT; THE OBSERVED LEUKEMIA CASES WORKED IN AREAS OF HIGHEST ESTIMATED BENZENE EXPOSURE WITH AT LEAST SHORT-TERM EXPOSURE IN GREAT EXCESS OF RECOMMENDED STANDARDS' C RISK ASSESSMENT | 11-Nov-83 | |
| TC77550 | CONCAWE GASOLINE WORKSHOP; SENDING DOCUMENTATION ON THE RECENTLY HELD 09061983-09061983 GASOLINE WORKSHOP | 8-Nov-83 | KUIS,J. |
| TC77858 | PREPRINT OF PAPER: SCIENTIFIC COMMITTEE ON MAXIMUM ALLOWABLE CONCENTRATIONS OF TOXIC SUBSTANCES IN INDUSTRY MEETING AUGUST 30-31, 1983 AT ROYAL SOCIETY OF MEDICINE, CHANDOS HOUSE, CHANDOS STREET, LONDON ENTITLED "ON PERMISSIBLE LIMITS FOR BENZENE EXPOSURE" | 4-Nov-83 | DEISLER,P.F. |
| TC77859 | ARTICLE FROM PESTICIDE & TOXIC CHEMICAL NEWS PAGE 18: "BENZENE SEEN AS "CLEARLY CARCINOGENIC" BY NTP PEER REVIEW PANEL | 2-Nov-82 | DEISLER,P.F. |
| TC77223 | REVIEWED DRAFT REPORT "AN INDUSTRY-WIDE MORTALITY STUDY OF CHEMICAL WORKERS EXPOSED TO BENZENE"; COMMENTS AND SUGGESTIONS MADE | 21-Oct-83 | LILIENFELD,A.M. ROCKETTE,H.E. MACMAHON,B. |
| TC77475 | DRAFT NTP TECHNICAL REPORT ON THE TOXICOLOGY AND CARCINOGENESIS STUDIES OF BENZENE (CAS NO. 71-43-2) IN F344/N RATS AND B6C3F1 MICE (GAVAGE STUDIES); SUMMARY OF THE INCIDENCE OF NEOPLASTIC AND NONNEOPLASTIC LESIONS IN RATS AND MICE ADMINISTERED BENZENE VOLUME II; SUMMARY OF THE INCIDENCE OF NEOPLASMS IN RATS; SUMMARY OF THE INCIDENCE OF NEOPLASMS IN MICE; SUMMARY OF THE INCIDENCE OF NONNEOPLASTIC LESIONS IN RATS; SUMMARY OF THE INCIDENCE OF NONNEOPLASTIC LESIONS IN MICE; ANALYSES OF PRIMARY TUMORS IN RATS AND MICE; HISTORICAL INCIDENCES OF TUMORS IN F344/N RATS AND B6C3F1 MICE ADMINISTERED CORN OIL BY GAVAGE; CHEMICAL CHARACTERIZATION OF BENZENE; PREPARATION AND CHARACTERIZATION OF DOSE MIXTURES; ANALYSIS OF DOSE MIXTURES; METHODS; ANALYSES OF DOSE MIXTURES; DATA; SENTINEL ANIMAL PROGRAM | 19-Oct-83 | HUFF,J. |
| TC77233 | RISK ASSESSMENT FOR LOW LEVEL BENZENE EXPOSURES: A HISTORICAL PERSPECTIVE | 1-Oct-83 | LAMM,S. WILSON,R. |
| TC28067 | HSRC BENZENE TASK FORCE MEMBERSHIP LIST | 30-Sep-83 | CAVALLI,R.D. |
| TC77232 | REVIEW OF BENZENE RISK ASSESSMENTS | 23-Sep-83 | |
| TC94070 | Louviere v. Texaco Inc., et al | 21-Sep-83 | Richards,R.T. |
| TC93970 | AIKELS vs. Texaco, et al Louviere vs. Texaco, et al | 21-Sep-83 | Richards,R.T. |
| TX92951 | Unleaded Gasoline: Motor Fuel Chronic Inhalation Study (Volume 1 of 6) | 15-Sep-83 | |
| TC77860 | APHA POSITION ON BENZENE AND RISK ASSESSMENT. SENDS ARTICLE FROM THE AMERICAN PUBLIC HEALTH ASSOCIATION ENTITLED "THE USE OF RISK ASSESSMENT IN CARCINOGEN REGULATIONS" | 9-Sep-83 | BAILEY,W.J. |
| TC77224 | COMMENTS ON "AN ANALYSIS OF HEALTH EFFECTS OF BENZENE AND RECOMMENDATIONS FOR AN OCCUPATIONAL STANDARD" | 9-Sep-83 | MCGRATH,T. KUSIAK,R. |
| TX2050 | MODIFIED BUHLER TEST FOR THE SKIN SENSITIZATION POTENTIAL OF POLYPROPYLENE TOLUENE SULFONATE (CR 82R-5285) - GUINEA PIG SKIN SENSITIZATION | 9-Sep-83 | CUSHMAN,J.R. KORENAGA,G.L. WONG,Z.A. |
| TC77942 | RESPONSE TO ITEM 2 OF "CHRONOLOGY OF EVENTS ASSOCIATED WITH GASOLINE REPRODUCTION STUDIES AT APIMMBSD"-COMPLETED REPRODUCTION STUDIES IN RATS (BENZENE, MIXED XYLENES AND MTBE) HAVE BEEN NEGATIVE | 7-Sep-83 | HOLDSWORTH,C.E. |
| TC77861 | SENDS PREPRINT OF PAPER SCHEDULED TO APPEAR AT LONDON BENZENE CONFERENCE ENTITLED "ON PERMISSIBLE LIMITS FOR BENZENE EXPOSURE | 1-Sep-83 | DEISLER,P.F. |
| TC77862 | NOTES REGARDING BENZENE STANDARDS; HEALTH HAZARDS; NEED FOR DETAILED EVALUATION FOR RISK ASSESSMENT | 1-Sep-83 | DANSE,I.R. |
| TC77863 | SENDS FOR REVIEW SECOND DRAFT OF API'S RESPONSE TO OSHA REQUEST FOR INFORMATION REGARDING OCCUPATIONAL EXPOSURE TO BENZENE | 31-Aug-83 | PRICE,B. OKEEFE,W.F. |
| TC77864 | CHEVRON BENZENE TASK FORCE MEETING AUGUST 24, 1983 | 30-Aug-83 | DANSE,I.R. |
| TC77865 | SENDS NOTES FROM MEETING WITH CIIT TO REVIEW BENZENE RESEARCH AUGUST 24, 1983; ABSTRACT OF THE API/CMA BENZENE STUDIES ENTITLED "SUBCHRONIC INHALATION TOXICITY OF BENZENE IN RATS AND MICE" | 29-Aug-83 | HOLDSWORTH,C.E. WARD,C.O. DISBENNETT,D.B. |

| ID | Description | Date | Author |
|---|---|---|---|
| TC77225 | MEETING SEPTEMBER 2, 1983 ON BENZENE HEALTH EVIDENCE: REVIEW DOCUMENTS INCLUDING DR. GLENN SIMON'S SUMMARY OF THE TOXICOLOGICAL LITERATURE FOR BENZENE; PAUL GARVIN'S SUMMARY OF CURRENT BENZENE TOXICITY STUDIES OF BENZENE; SUMMARY OF API BENZENE STUDIES; SUMMARY OF NON-API SPONSORED STUDIES ON BENZENE TOXICOLOGICAL STUDIES; SUMMARY OF THE LITERATURE ON TOXICITY OF BENZENE THAT DR. B. GOLDSTEIN PREPARED; SUMMARY OF LITERATURE ON TOXICITY OF BENZENE THAT ATLANTIC RICHFIELD COMPANY PREPARED; AND CURRENT EPIDEMIOLOGY STUDIES IN PETROLEUM INDUSTRY THAT WAS PREPARED BY API STAFF | 29-Aug-83 | BRADFORD,M. |
| TC77227 | RESPONSE OF THE AMERICAN PETROLEUM INSTITUTE TO OSHA;S REQUEST FOR INFORMATION REGARDING OCCUPATIONAL EXPOSURE TO BENZENE (DOCKET NO. H-059 B) | 22-Aug-83 | |
| TC77226 | OCCUPATIONAL EXPOSURE TO BENZENE; REQUEST FOR INFORMATION (DOCKET NO. H-0598); RESPONSE OF THE CHEMICAL MANUFACTURERS ASSOCIATION (WORK ORDER #20585) | 22-Aug-83 | |
| TC77896 | CMA TRTG FOR BENZENE - REVIEW OF RECENT SCIENTIFIC LITERATURE | 11-Aug-83 | SIMON,G.S. |
| TC77868 | API BENZENE TASK FORCE : API HAS NOTIFIED EPA IT WILL SUE IN 60 DAYS TO FORCE THE AGENCY TO MAKE A "DETERMINATION THAT BENZENE WAS IMPROPERLY LISTED AS A HAZARDOUS AIR POLLUTANT"; THE LEGAL STEERING COMMITTEE NEVER REVIEWED THESE PAPERS; NO FURTHER PAPERS WILL BE FILED WITHOUT AN OPPORTUNITY FOR PRIOR REVIEW BY COMMITTEE MEMBERS | 10-Aug-83 | COPASH.,M.B. |
| TC77867 | CHEVRON POSITION ON BENZENE REGULATION: ENVIRONMENTAL DEFENSE FUND SUIT BROUGHT AGAINST EPA TO FORCE THE AGENCY TO REGULATE BENZENE GIVES URGENCY TO THIS REVIEW | 9-Aug-83 | GILMAN,J.H. |
| TC77870 | SENDS REPORT PRESENTED AT HSRC BENZENE TASK FORCE ENTITLED "CURRENT STATUS OF TOXICITY STUDIES OF BENZENE"; APPENDIX - SUMMARY OF API STUDIES RELEVANT TO BENZENE; NON-API SPONSORED STUDIES ON BENZENE TOXICITY | 5-Aug-83 | GARVIN, P.J. |
| TC77869 | PREPRINT OF PAPER: SCIENTIFIC COMMITTEE ON MAXIMUM ALLOWABLE CONCENTRATIONS OF TOXIC SUBSTANCES IN INDUSTRY MEETING AUGUST 30-31, 1983 AT ROYAL SOCIETY OF MEDICINE, CHANDOS HOUSE, CHANDOS STREET, LONDON ENTITLED "ON PERMISSIBLE LIMITS FOR BENZENE EXPOSURE" | 5-Aug-83 | VANRAALTE,H.G. |
| TC77871 | PRELIMINARY POSITION OF CHEMICAL MANUFACTURERS ASSOCIATION REGARDING BENZENE STANDARDS | 1-Aug-83 | |
| TC22984 | 830726 TASK FORCE MEETING : SENDING FOR REVIEW AGENDA, PRESS RELEASE, NRDC/EDF COMPLAINT, ARTICLES AND A SCOPING PAPER ON BENZENE | 19-Jul-83 | PRICE,B. |
| TC77229 | API INTERVENTION IN NRDC AND EDF LAWSUIT AGAINST EPA TO COMPEL BENZENE REGULATIONS. RECOMMENDS API TO RETAIN EDWARD WARREN OF KIRKLAND & ELLIS IN CONNECTION WITH PROPOSED INTERVENTION | 18-Jul-83 | PURNELL,C.R. |
| TC77533 | NRDC CONCERN OVER CANCER TEST RESULTS ON GASOLINE FUMES SUBMITTED BY OIL INDUSTRY TO EPA; NRDC AND EDF FILING SUIT TO FORCE EPA TO ACT ON BENZENE EMISSIONS AND OTHER TOXIC POLLUTANTS | 14-Jul-83 | DONIGER, D.D. |
| TC77872 | PREPRINT OF PAPER CONCERNING LIFETIME EXPOSURES OF SPRAGUE-DAWLEY RATS TO 100 PPM BENZENE ENTITLED "EVIDENCE FOR HEMATOTOXICITY AND TUMORIGENESIS IN RATS EXPOSED TO 100 PPM BENZENE" | 8-Jul-83 | SNYDER,C.A. |
| TC77873 | FINAL DRAFT FOR DRINKING WATER CRITERIA DOCUMENT ON BENZENE: COMMENTS WRITTEN ON REPORT | 1-Jul-83 | MARCUS,W.L. |
| TC77288 | SENDING FINAL DRAFT FOR DRINKING WATER CRITERIA DOCUMENT ON BENZENE | 1-Jul-83 | WOLFE,S.J. MARCUS,W.L. |
| TC77231 | REPORT: "AN ANALYSIS OF HEALTH EFFECTS OF BENZENE AND RECOMMENDATIONS FOR AN OCCUPATIONAL STANDARD" | 1-Jul-83 | WOLFE,S.J. MARCUS,W.L. MCGRATH,T. KUSIAK,R. |
| TXG00057 | 96-HOUR AQUATIC TOXICITY STUDY IN RAINBOW TROUT AND BLUEGILL SUNFISH WITH SYNFLUID 8 CST - ACUTE BLUEGILL LC50 - ACUTE RAINBOW TROUT LC50 | 30-Jun-83 | RAUSINA,G.A. STROTHER,D.E. |
| TC77874 | BENZENE RECENT ANIMAL STUDIES: TOXICOLOGY COMMITTEE MET WITH API CONSULTANT TO DISCUSS STATUS OF VARIOUS STUDIES ON BENZENE RECENTLY COMPLETED | 20-Jun-83 | MACGREGOR,J.A. |
| TX77235 | SUBCHRONIC INHALATION STUDY IN MICE AND RATS WITH BENZENE | 17-Jun-83 | COATE,W.B. HARDY,R.J. ALSAKER,R.D. |
| TC28007 | REQUEST FOR A REVIEW OF MEDICAL SURVEILLANCE AND EXPOSURE/MONITORING SURVEYS; IN GENERAL AND BENZENE IN PARTICULAR ; COMMENTS INVITED | 16-Jun-83 | PRICE,B. |

| ID | Description | Date | Authors |
|---|---|---|---|
| TC77875 | REVIEWS OF MANUSCRIPTS FOR API "DEPRESSIONS IN B AND T LYMPHOCYTE MITOGEN-INDUCED BLASTOGENESIS IN MICE EXPOSED TO LOW CONCENTRATIONS OF BENZENE" AND "REPEATED EXPOSURE OF C57BL MICE TO 10 PPM BENZENE MARKEDLY DEPRESSED ERYTHROCYTIC COLONY FORMATION" | 15-Jun-83 | MUNSON,A.E. ROSEN,M.G. BAARSON,K.A. |
| TC77876 | REQUEST FOR INFORMATION TO ASSIST JRB ASSOCIATES IN THEIR STUDY FOR OSHA'S OFFICE OF REGULATORY ANALYSIS TO DETERMINE THE TECHNOLOGICAL AND ECONOMIC FEASIBILITY OF REGULATORY ALTERNATIVES TO THE STANDARD FOR OCCUPATION EXPOSURE TO BENZENE | 15-Jun-83 | GALLAGHER,K. |
| TC28093 | SENDING API CONDENSATION OF DATA ON OCCUPATIONAL BENZENE EXPOSURES IN PETROLEUM PRODUCTION, TRANSPORTATION, REFINING AND MARKETING ACTIVITIES IN SUPPORT OF API'S OPPOSITION TO THE ISSUANCE OF AN EMERGENCY TEMPORARY STANDARD FOR BENZENE | 13-Jun-83 | SWANSON,S.M. AUCHTER,T.G. GALLAGHER,K. PRICE,B. |
| TC28008 | 830726 TASK FORCE/WORKGROUP MEETING; NOTIFICATION AND MATERIAL ON BENZENE FOR REVIEW | 13-Jun-83 | PRICE,B. |
| TXG0064 | 96-HOUR AQUATIC TOXICITY STUDY IN RAINBOW TROUT AND BLUEGILL SUNFISH WITH RESIN-FORMER FEEDSTOCK - ACUTE BLUEGILL LC50 - ACUTE RAINBOW TROUT LC50 | 10-Jun-83 | RAUSINA,G.A. STROTHER,D.E. |
| TC77943 | REVIEW OF REVISED DRAFTS OF LETTER TRANSMITTING RECORD SAMPLING DATA TO OSHA AND SUMMARY OF DATA FROM 1977 AND 1979; DRYDEN,S.L. TO REPLY OR HAS ALREADY REPLIED | 7-Jun-83 | PRICE,B. CAVALLI,R.D. |
| TC28024 | SENDING INFORMATION PACKAGE ON RECENT TOXICOLOGICAL AND OCCUPATIONAL HEALTH DEVELOPMENTS WITH RESPECT TO BENZENE | 27-May-83 | WEAVER,N.K. |
| TC77877 | SENDS GOLDSTEIN'S EDITORIAL "BENZENE IS STILL WITH US" TO APPEAR IN AMERICAN JOURNAL OF INDUSTRIAL MEDICINE; ARTICLE "TOXIC MATERIAL NEWS" | 13-May-83 | HOLDSWORTH,C.E. GOLDSTEIN,B.D. MACGREGOR,J.A. |
| TC77878 | MEMO REFLECTING DISAGREEMENT OF TABLE AND ARGUMENTS PREPARED BY C. BLAND OF API'S OFFICE OF THE GENERAL COUNCIL FOR HSRC BENZENE TASK FORCE | 13-May-83 | DUNCAN,L.E. HOLDSWORTH,C.E. |
| TC77236 | REPORT: "OCCUPATIONAL EXPOSURE LEVEL ASSESSMENT OF BENZENE" | 1-May-83 | |
| TC28066 | BENZENE TASK FORCE MEETING 830510; CONVENED IN RESPONSE TO THE PCHRG AND UNION PETITION FOR BENZENE EMERGENCY TEMPORARY STANDARD; SENDING PETITION AND EPA'S HAZARDOUS POLLUTANT POLICY PROPOSAL | 20-Apr-83 | PRICE,B. WOLFE,S.M. |
| TX2015 | MODIFIED BUEHLER TEST FOR THE SKIN SENSITIZATION POTENTIAL OF TRIOCTYLAMMONIUM TRIFLUOROMETHANE SULFONATE (TRIFLATE) - GUINEA PIG SKIN SENSITIZATION | 13-Apr-83 | CUSHMAN,J.R. LERKANOWICZ,D.A. WONG,Z.A. |
| TC77792 | OSHA BENZENE STANDARD; SENDING ARTICLE WHICH APPEARED IN THE WASHINGTON POST "OSHA ANNOUNCES INTENT TO PROPOSE STIFFER BENZENE STANDARDS"; NOT CLEAR WHAT THE ADVANCE NOTICE WILL CONTAIN BUT ARE ATTEMPTING TO ASSESS THIS NEW DEVELOPMENT & WILL ADVISE OF ALL SUBSEQUENT ACTIVITY | 8-Apr-83 | BEAUCHAMP,M. BLOCK,A. BRADFORD,M. |
| TC27985 | TRANSMITTAL OF FINAL API OPTIONS PAPER AND OTHER MISCELLANEOUS DOCUMENTS; ON EPA'S CARCINOGEN POLICY AND BENZENE RESEARCH NEEDS | 15-Mar-83 | PRICE,B. |
| TXG0058 | 96-HOUR AQUATIC TOXICITY STUDY IN MYSID SHRIMP WITH MINERAL SEAL OIL - ACUTE MYSID SHRIMP LC50 | 21-Feb-83 | RAUSINA,G.A. MEYERS,W.R. BUTALA,J.H. |
| TXG0357 | 96-HOUR AQUATIC TOXICITY STUDY IN TIDEWATER SILVERSIDES MINERAL SEAL OIL - ACUTE TIDEWATER SILVERSIDES LC50 | 21-Feb-83 | MEYERS,W.R. RAUSINA,G.A. GUINEY,P.D. |
| TC27982 | 830228 TASK FORCE/WORKGROUP MEETING; SENDING DRAFT ISSUE PAPER ON VARIOUS OPTIONS AVAILABLE TO THE INDUSTRY RE NRDC/EDF DECISION TO SUE EPA FOR FAILURE TO PROMULGATE 4 PROPOSED STANDARDS | 17-Feb-83 | PRICE,B. |
| TC77879 | BENZENE TOXICITY: REVIEW OF RECENT LITERATURE | 3-Feb-83 | GOLDSTEIN,B.D. |
| TC77216 | BENZENE TOXICITY: REVIEW OF RECENT LITERATURE; INTENDED AS A FOLLOWUP OF THE INFORMATION IN "BENZENE TOXICITY: A CRITICAL EVALUATION" | 3-Feb-83 | GOLDSTEIN,B.D. |
| TC70803 | BENZENE TOXICITY: A CRITICAL EVALUATION | 3-Feb-83 | GOLDSTEIN,B.D. |
| TC77954 | GIVES INFORMATION THAT CEHC LIBRARY HAS A DRAFT OF AN API REPORT ENTITLE "A REVIEW AND EVALUATION ON AMBIENT CONCENTRATIONS, EMISSIONS, MODELING AND POPULATION EXPOSURE TO BENZENE, TOLUENE, AND XYLENE" | 25-Jan-83 | CAVALLI,R.D. |
| TC77247 | SENDS REPORT: "A REVIEW AND EVALUATION OF RECENT LITERATURE ON AMBIENT CONCENTRATIONS, EMISSIONS, MODELING AND POPULATION EXPOSURE TO BENZENE, TOLUENE, AND XYLENE" | 25-Jan-83 | |

| ID | Description | Date | Author(s) |
|---|---|---|---|
| TC77234 | FINAL REPORT: "SERUM IMMUNOGLOBULIN LEVELS OF CD RATS AND CD-1 MICE EXPOSED TO BENZENE VAPOR" | 6-Jan-83 | WHITE,K.L. MUNSON,A.E. |
| TC77248 | SENDING LETTERS FROM CONCAWE TO OECD COMMENTING ON THE DRAFT AND FINAL DRAFT VERSIONS OF THE BENZENE REPORT, PAPER BY DR. WESTAWAY, TABLE FROM A CONCAWE REPORT ON BENZENE CONTENT IN EUROPEAN COUNTRIES, SECTION CROM CEFIC DRAFT REPORT ON LEGISLATIVE REQUIREMENTS FOR BENZENE OPERATIONS IN EUROPEAN COUNTRIES' TO COMPLY WITH REQUEST FOR INFORMATION | 30-Dec-82 | WITTMEIER,H. |
| TC77837 | EDITORIALS AND COMMENT FROM IDAHO STATESMAN NOVEMBER 11, 1982: LETTERS TO THE EDITOR "BENZENE EXPOSURE" BY M. MACHBITZ | 11-Nov-82 | FOSTER,M. |
| TC77838 | MEMO REGARDING ABS STAFF REPORT ON MORTALITY RATE DUE TO VARIOUS BENZENE EXPOSURE; ASKS FOR COMMENTS; CONCERNS EXPLAINED VIA TELEPHONE | 9-Nov-82 | FOSTER,M. |
| TC27981 | BENZENE-AN EXPERIMENTAL MULTIPOTENTIAL CARCINOGEN ... THE UP-TO-DATE RESULTS OF THE LONG-TERM BIOASSAYS PERFORMED AT THE BOLOGNA INSTITUTE OF ONCOLOGY | 30-Sep-82 | MALTONI,C. CONTI,B. COTTI,G. MANDRIOLI,G. SCARNATO,C. |
| TC77839 | ENVIRONMENT, HEALTH AND SAFETY LIAISON COMMITTEE. SENDS API MEMO SEPTEMBER 23, 1982 AND ENCLOSURES INCLUDES SUBJECT TERM LIST FOR BENZENE COLLECTION AND PRODUCT LIABILITY RESOURCE COLLECTION AND SUBJECT TERM LIST FOR USE BY LAWYERS IN DEFENDING LITIGATION BASED ON EXPOSURE TO BENZENE | 30-Sep-82 | PURNELL,C.R. WOLFE,S.J. |
| TC77834 | NEWS IN BRIEF RESEARCH AND TECHNOLOGY:"INTERNATIONAL ACTION ON BENZENE HEALTH RISK ALLEGEDLY ALTERED" | 10-Sep-82 | PURNELL,C.R. |
| TC77840 | INFORMATION ON STATUS OF STUDY ON BENZENE, CARCINOGENESIS BIOASSAY AT BATELLE COLUMBUS (NATIONAL TOX PROGRAM) | 2-Sep-82 | CRAIG,P.H. HOLDSWORTH,C.E. |
| TC77841 | "BENZENE - PRELIMINARY RESULTS FROM THE CHRONIC STUDY BY BATTELLE COLUMBUS LABS | 1-Sep-82 | STACK,C. HUFF,J.E. |
| TC77309 | "BENZENE: AN EXPERIMENTAL MULTIPOTENTIAL CARCINOGEN": UP-TO-DATE RESULTS OF LONG TERM BIOASSAYS PERFORMED AT BOLOGNA INSTITUTE OF ONCOLOGY | 1-Sep-82 | MALTONI,C. CONTI,B. COTTI,G. |
| TC77842 | PS-4 TASK FORCE REVIEW OF MANUSCRIPT BY S.H. LAMM "GENOTOXICITY OF BENZENE"; COMMENTS ATTACHED | 31-Aug-82 | CONAWAY,C.C. |
| TC77843 | SENDS EXCERPT OF "HEMATOTOXIC EFFORTS OF INHALED BENZENE" FROM PUBLICATION BY NYU INSTITUTE OF ENVIRONMENTAL MEDICINE, RESEARCH IN ENVIRONMENTAL HEALTH SCIENCES DEC 31, 1982 | 30-Aug-82 | WEAVER,N.K. |
| TC28094 | BENZENE UPDATE WORKGROUP MEETING 820819. SENDING FOR REVIEW A SUMMARY OF 820802 MEETING WITH EPA CLEAN AIR ACT STAFF : AND MINUTES OF 820708, 820720 TASK FORCE MEETINGS | 10-Aug-82 | SCOVELL,T. FARNHAM,R.A. |
| TC27986 | UPDATE ON TASK FORCE ACTIVITIES ; SENDING MINUTES AND MATERIALS FROM 820512 MEETING : RAALTE, HG "HAEMATOLOGICAL, MYELOTOXIC, CLASTOGENIC, CARCINOGENIC, AND LEUKAEMOGENIC EFFECTS OF BENZENE" | 10-Jun-82 | BEAUCHAMP,M. BRADFORD,M. UGHETTA,V. |
| TC77207 | SENDING CORRECTED AND COMPLETED VERSION: "PAPER ON BENZENE" | 21-May-82 | SMITH,C.W. |
| TC77844 | MAY 12, 1982 JOINT BENZENE-CANCER POLICY TASK FORCE MEETING. MEMORANDUM CONCERNING LEGISLATIVE, REGULATORY AND LITIGATION ISSUES RELATING TO BENZENE | 4-May-82 | BEAUCHAMP,M. BRADFORD,M. UGHETTA,V. |
| TC77394 | TOLUENE AND XYLENE EXPOSURES: COMPILED DATA INTO FIVE CATEGORIES USEFUL TO API TASK FORCE PROJECT ON PENDING TSCA REGULATIONS; LABORATORY GENERATED GASOLINE VAPOR; ENVIRONMENTAL SURVEILLANCE SAMPLES; REFINERY SURVEYS; PRODUCT DELIVERY DRIVER'S EXPOSURES; AIRBORNE BENZENE SAMPLING DATA | 22-Apr-82 | DRYDEN,S.L. |
| TC77246 | SENDS REPORTS:"STATE ANTICIPATED EPA BENZENE STANDARDS"; "PROCEDURAL ISSUES REGARDING A POTENTIAL CHALLENGE TO BENZENE EMISSION STANDARDS"; "DRAFT - PRELIMINARY REVIEW OF THE BENZENE LITERATURE 1978-1982";"BENZENE: AN EXPERIMENTAL MULTIPOTENTIAL CARCINOGEN":"COMPARISON OF RECENT QUALITATIVE RISK ASSESSMENTS FOR BENZENE": "A REVIEW AND EVALUATION OF RECENT LITERATURE ON AMBIENT CONCENTRATIONS, EMISSIONS, MODELING AND POLLUTATION EXPOSURE TO BENZENE, TOLUENE, AND XYLENE"; "SUMMARY REPORT OF REGULATORY DEVELOPMENTS RELATIVE TO BENZENE ON AN INTERNATIONAL LEVEL", "SUMMARY REPORT OF API'S SCIENTIFIC RECORD FOR BENZENE 1977-1980" | 21-Apr-82 | STACK,C. |

| ID | Description | Date | Author(s) |
|---|---|---|---|
| TC77845 | SENDS DRAFT LETTER TO IARC FOR REVIEW REGARDING "IARC MONOGRAPHS, UPDATED BENZENE REVIEW" | 16-Apr-82 | STACK,C.C. COX,G.V. |
| TC77846 | SENDS FINAL DRAFT REPORT "AN EXPOSURE AND RISK ASSESSMENT FOR BENZENE" BY ARTHUR D LITTLE INC;NOTE REGARDING BENZENE RISK ESTIMATES IN REPORT | 15-Apr-82 | SMITH,C.W. FOSTER,M. GILBERT,D. |
| TA5865 | HEALTH HAZARD EVALUATION REPORT NO. HHE-80-202-1092, PHILLIPS PETROLEUM COMPANY REFINERY, WOODS CROSS, UTAH | 1-Apr-82 | GUNTER,B. THORBURN,T. |
| TX73344 | INHALATION TERATOLOGY STUDY IN RATS WITH BENZENE | 22-Mar-82 | COATE,W.B. HARDY,R.J. DURLOO,R.S. |
| TC77847 | ARTICLE: "BENEFITS AND COSTS OF REGULATING BENZENE" FROM JOURNAL OF THE AIR POLLUTION CONTROL ASSOCIATION | 22-Mar-82 | FARNHAM,R.A. |
| TC94479 | Border Intent Pre-Manufacture Notices | 3-Mar-82 | Lau,H.P. |
| TC77848 | "A CRITICAL LOOK AT HAZARDS FROM BENZENE IN WORKPLACE AND COMMUNITY AIR" ARTICLE BY VAN RAALTE,H.G.S. IN REGULATORY TOXICOLOGY AND PHARMACOLOGY, VOLUME 2, PAGES 67-76, 1982 (FULL ARTICLE IN REPRINTS FILE #2974) | 1-Mar-82 | |
| TC77308 | API OCCUPATIONAL HEALTH COMMITTEE MEETING HOUSTON JANUARY 14, 1982. SENDS MEETING AGENDA AND BRIEF DISCUSSIONS OF MEETING'S HIGHLIGHTS: "BENZENE/LEUKEMIA STUDY PROPOSALS; API/M/SKCC STUDY; SYNFUELS HEALTH DATA BASE (OIL SHALE REGISTRY); REPRODUCTIVE EFFECTS; OH-1 MORTALITY STUDY UPDATE; OH-16 MEDICAL SURVEILLANCE SECTION | 25-Jan-82 | BAILEY,W.J. |
| TC77261 | REVIEWED MATERIALS REGARDING CASE OF CITY OF NORTHGLENN VS CHEVRON: REMARKS ON TWO POINTS: WHAT THE EFFICACY OF BENZENE WOULD BE TOXIC TO THE POPULATION, AND ARE URINARY PHENOLS AN APPROPRIATE TEST TO USE TO SCREEN NON-OCCUPATIONAL POPULATION EXPOSED TO BENZENE" | 5-Jan-82 | FREEDMAN,M.L. |
| TC77245 | FINAL DRAFT REPORT "AN EXPOSURE AND RISK ASSESSMENT FOR BENZENE", EPA CONTRACT 68-01-5949 | 1-Jan-82 | GILBERT,D. BYRNE,M. HARRIS,J. STEBER,W. WOODRUFF,C. |
| TC77831 | INSTITUTE OF ENVIRONMENTAL MEDICINE RESEARCH IN ENVIRONMENTAL HEALTH SCIENCES EIGHTEENTH ANNUAL REPORT OF PROGRESS; HEMATOTOXIC EFFECTS OF INHALED BENZENE | 31-Dec-81 | |
| TC27983 | 820128 MEETING ; API STRATEGY WITH RESPECT TO EPA PROPOSED CARCINOGEN POLICY ; SENDING MATERIALS ON CLEAN AIR ACT REGULATORY OPTIONS AND BENZENE RESEARCH | 18-Dec-81 | BEAUCHAMP,M. BRADFORD,M. UGHETTA,V. |
| TC77754 | BENZENE RISK ASSESSMENT; INFORMS THAT INTERNATIONAL AGENCY FOR RESEARCH ON CANCER HAS PREPARED FINAL DRAFT WHICH ESTIMATES RISK OF LEUKEMIA AMONG WORKERS EXPOSED TO BENZENE; REPORT "COMPARISON OF BENZENE RISKS"; "GEOGRAPHICAL VARIATION IN AMBIENT BENZENE EXPOSURE AND LEUKEMIA MORTALITY"; "LEUKEMIA RISKS AMONG SERVICE STATION PERSONNEL...." | 7-Dec-81 | RATHBUN,D.B. |
| TX1849 | THE EFFICACY OF "THERAPEUTIC STEROID TREATMENT ON THE PRIMARY EYE IRRITATION OF FUNGINEX ROSE DISEASE CONTROL - ACUTE RABBIT PRIMARY EYE IRRITATION | 9-Oct-81 | BULLOCK,C.A. CISSON,C.M. WONG,Z.A. |
| TC77937 | API STUDIES ON BENZENE SKIN ABSORPTION; SENDING COMMENTS AFTER REVIEW OF THESE STUDIES; ALSO PERCUTANEOUS ABSORPTION OF BENZENE METHOD OF ESTIMATING DOSE BASED UPON API STUDIES | 4-Sep-81 | DRYDEN,S.L. |
| TG93721 | CMA's Comments on 8(C) TSCA 1981 | 17-Jul-81 | Scovel,T.R. |
| TC77832 | BENZENE DOMINANT LETHAL AND REPRODUCTION STUDIES SPONSORED BY CMA AND API; SENDING SUMMARIES OF TWO (2) FINAL REPORTS; NO DOMINANT LETHAL EFFECTS NOTED AFTER INHALATION OF 1, 10, 30 OR 300 PPM; VERY LITTLE SEEN IN REPRODUCTION/FERTILITY STUDY | 17-Jun-81 | MACGREGOR,J.A. |
| TC77833 | SENDING THREE (3) ARTICLES RECEIVED FROM AURELIUS,B. (SHELL) AND SCHANKE,J. (API STATE RELATIONS) RE HIGH CANCER RATES | 8-Jun-81 | BEAUCHAMP,M. |
| TC77468 | HAVE HAD A MEMBER COMPANY REQUEST A SAMPLE OF API'S UNLEADED GASOLINE (PS-6 GASOLINE) TO BE USED FOR THEIR TESTING REFERENCE; PS-6 EPA REFERENCE GASOLINE IS VERY TYPICAL OF UNLEADED GASOLINE IN THE US EXCEPT FOR ITS BENZENE CONTENT WHICH WAS MAXIMIZED; REQUESTING THE EXECUTIVE COMMITTEE CONSIDER THE MATTER OF FULFILLING THE REQUEST | 2-Jun-81 | HOLDSWORTH,C.E. |
| TA32030 | PERCUTANEOUS ABSORPTION OF BENZENE | 1-May-81 | FRANZ,T.J. |

| ID | Description | Date | Author(s) |
|---|---|---|---|
| TC27243 | SENDING COPIES OF PROGRESS REPORTS: "PENETRATION OF PETROLEUM CHEMICALS", "ABSORPTION OF PETROLEUM PRODUCTS ACROSS THE SKIN OF THE MONKEY AND MINIATURE PIG" "PERCUTANEOUS PENETRATIONN OF BENZENE:MAN" AND "PERCUTANEOUS PENETRATION BENZENE MAN II, PALM" | 30-Mar-81 | RATHBUN,D.B. |
| TC77459 | EXPOSURE TO ATMOSPHERIC BENZENE VAPOUR ASSOCIATED WITH MOTOR GASOLINE REPORT NO. 2/81; SYNOPSIS OF CONCAWE REPORT | 17-Mar-81 | SELBY-BOOTHROYD,D. |
| TC77834 | SENDING TO FILES ENVIRONMENTAL HEALTH LETTER, MARCH 15, 1981 (810315), ARTICLE "BENZENE SAID TO HAVE NO EFFECT ON REPRODUCTION OF LAB ANIMALS"; RESEARCH ADMINISTERED BY CMA AND API AND CONDUCTED BY BIODYNAMICS COVERED INHALATION LEVELS UP TO 30 TIMES THE CURRENT WORKPLACE STANDARD | 15-Mar-81 | MACGREGOR,J.A. |
| TC77397 | EXPOSURE TO ATMOSPHERIC BENZENE VAPOUR ASSOCIATED WITH MOTOR GASOLINE REPORT NO. 2/81 | 1-Feb-81 | TIMS,J.M. CONRARD,M. CUTOLO,G.F. |
| TX75898 | TOXICITY STUDIES WITH BASE CHEMICALS: IN VITRO GENOTOXICITY STUDIES WITH ETHYL BENZENE HYDROPEROXIDE (EBHP) AND ETHYL BENZENE (ETHYLBENZENE) | 1-Jan-81 | BROOKS,T.M. CRABTREE,A.N. JONES,L. |
| TC77249 | CONCAWE BENZENE REPORT: REPORT NO. 2/81 "EXPOSURE TO ATMOSPHERE BENZENE VAPOUR ASSOCIATED WITH MOTOR GASOLINE. | 24-Dec-80 | VONBURG,R. |
| TX73343 | A DOMINANT LETHAL INHALATION STUDY WITH BENZENE IN RATS | 1-Dec-80 | SCHROEDER,R.E. BSHASSO,L. KENNY,M. |
| TX77390 | AN INHALATION FEMALE FERTILITY STUDY WITH BENZENE IN RATS | 1-Dec-80 | SCHROEDER,R.E. BSHASSO,L. |
| TC77835 | BENZENE WORKSHOP NOVEMBER 6-7, 1980 WASHINGTON HILTON HOTEL | 18-Nov-80 | VONBURG,R. |
| TC77239 | CONCAWE BENZENE REPORT: FINAL DRAFT FOR APPROVAL "EXPOSURE TO ATMOSPHERIC BENZENE VAPOUR ASSOCIATED WITH MOTOR GASOLINE" | | |
| TC77301 | API SUBMITS "POST- HEARING COMMENTS OF THE AMERICAN PETROLEUM INSTITUTE ON THE LISTING OF BENZENE AS A HAZARDOUS AIR POLLUTANT UNDER SECTION 112 OF THE CLEAN AIR ACT" AND "SUPPLEMENTAL POST-HEARING EVIDENCE OF THE AMERICAN PETROLEUM INSTITUTE":EPA DOC NO. OAQPS 79S-3, PART I AND PART II | 10-Nov-80 | KNEGTEL,J.T. SOMERVILLE,H.J. |
| TC77430 | SENDS FINAL DRAFT OF PART I OF"POST-HEARING COMMENTS OF THE AMERICAN PETROLEUM INSTITUTE ON THE LISTING OF BENZENE AS A HAZARDOUS AIR POLLUTANT UNDER SECTION 112 OF THE CLEAN AIR ACT"; REQUESTS TO REVIEW AND PHONE IN COMMENTS | 6-Nov-80 | RATHBUN,D.B. |
| TC77240 | CONCAWE DRAFT BENZENE REPORT: SENDING "EXPOSURE TO ATMOSPHERIC  BENZENE VAPOUR ASSOCIATED WITH MOTOR GASOLINE FOR FINAL COMMENTS AND APPROVAL | 30-Oct-80 | BRADFORD,M. |
| TXWE089 | A STUDY OF DERMAL AND INHALATION EXPOSURE OF MIXERS, LOADERS AND APPLICATORS TO NITROFEN IN MONTEREY AND SANTA BARBARA COUNTIES OF CALIFORNIA - WORKER EXPOSURE | 29-Oct-80 | KNEGTEL,J.T. VERSCHUEREN,K. |
| TA32028 | An Historical Prospective Mortality Study of Workers Potentially Exposed to Benzene and the Lubricating-Solvent Units of the Gulf Port Arthur Refinery | 9-Oct-80 | MADDY,K.T. |
| TX1687 | THE SKIN SENSITIZATION POTENTIAL OF APD 2571 - GUINEA PIG SKIN SENSITIZATION | 3-Sep-80 | |
| TC77302 | API REPORT: "BENZENE, XYLENE, AND TOLUENE IN AQUATIC SYSTEMS. A REVIEW" | 16-Jul-80 | RITTENHOUSE,J.R. WONG,Z.A. |
| TX14B3 | THE SKIN SENSITIZATION POTENTIAL OF RE30284 CENTRATE - GUINEA PIG SKIN SENSITIZATION | 1-Jan-80 | BUKMA,A.L. HENDRICKS,A.C. |
| TX1465 | THE SKIN SENSITIZATION POTENTIAL OF RE 30295 - GUINEA PIG SKIN SENSITIZATION | 17-Sep-79 | MACGREGOR,J.A. RITTENHOUSE,J.R. WONG,Z.A. |
| TC77836 | REPORT FROM SRI INTERNATIONAL ENTITLED "EVALUATION OF SELECTED HEALTH EFFECTS INFORMATION FOR THE CONSUMER PRODUCT SAFETY COMMISSION PROPOSED RULE ON BENZENE" | 14-Sep-79 | MACGREGOR,J.A. RITTENHOUSE,J.R. WONG,Z.A. |
| TA00852 | EMBRYOFETAL TOXICITY AND TERATOGENICITY OF BENZENE AND TOLUENE IN THE MOUSE - ABSTRACT | 1-Jun-79 | MCEWEN,G.N. DZIUK,L.J. |
| TC77305 | A CRITICAL EVALUATION OF BENZENE TOXICITY | 1-Jan-79 | MAWROT,P.S. STAPLES,R.E. |
| TXG0093 | THE FATE OF STYRENE IN RATS FOLLOWING AN INHALATION EXPOSURE TO 14C-STYRENE - ACUTE RAT INHALATION SCREEN:LD50 | 1-Mar-77 | LASKIN,S. GOLDSTEIN,B.D. FREEDMAN,M.L. |
| TXG0094 | TERATOLOGIC EVALUATION OF STYRENE MONOMER ADMINISTERED TO RATS BY GAVAGE - RAT TERATOLOGY | 10-Dec-76 | SAUERHOFF,M.W. |
| | | 23-Jul-76 | MURRAY,F.J. |

| ID | Description | Date | Authors |
|---|---|---|---|
| TX491 | THE EFFECTS OF REPEATED DERMAL EXPOSURES TO AMERICAN GILSONITE SELECTS (SAMPLE #GJ-3576) AND A HIGH TEMPERATURE GILSONITE DISTILLATE (SAMPLE #3576) ON SWISS-WEBSTER MICE - CHRONIC MOUSE SKIN-PAINTING | - | GREGORY,L.K. MACGREGOR,J.A. |
| TX492 | THE EFFECTS OF REPEATED DERMAL EXPOSURE TO AMERICAN GILSONITE SELECTS (SAMPLE #GS-3576) ON SWISS-WEBSTER MICE - CHRONIC MOUSE SKIN-PAINTING | 18-Feb-76 | NARGISSE,J.K. SPENCE,J.A. |
| | | 18-Feb-76 | GREGORY,L.K. MACGREGOR,J.A. SPENCE,J.A. |
| TX432203 | DANGERS OF PETROL USED AS SOLVENT | | VERWILGHEN,R.L. VAN DORPE,A. |
| TXG0963 | EVALUATION OF THE SKIN CANCER POTENTIAL OF STYRENE DISTILLATION RESIDUES - CHRONIC MOUSE SKIN PAINTING | 31-Dec-75 | VEULEMANS,H. |
| TA30841 | THE JOINT TOXIC ACTION OF PERCHLOROETHYLENE WITH BENZENE OR TOLUENE IN RATS | 24-Oct-74 | CARPENTER,C.P. MITCHELL,L.O. |
| TC7147B | TORRES VS GULF OIL DOCUMENTS FOR USE IN THIS CASE INCLUDING THE RUNION REPORT "BENZENE IN GASOLINE" DOCUMENT FILED IN 1997 FILE SINCE IT WAS TURNED INTO FILES IN JUNE 1997. | 28-Jun-74 | WITHEY,R.J. HALL,J.W. |
| TX394 | SKIN SENSITIZATION POTENTIAL OF 3-METHYL-1,5-PENTANEDIOL (MPD) IN GUINEA PIGS - GUINEA PIG SKIN SENSITIZATION | 1-Aug-73 | RUNION,H.E. |
| TA32141 | Chromosome Study in a Case of Granulocytic Leukaemia with "Pelgerisation" 7 Years after Benzene Pancytopenia | 26-Mar-72 | CAVALLI,R.D. NARGISSE,J.K.; RITTENHOUSE,J.R. SPENCE,J.A. |
| TA32140 | Chromosome Studies in Workers Exposed to Benzene or Toluene or Both | 31-Dec-71 | Selyei,M. Kelemen,E. |
| TC77794 | REPORTS: EXPERIMENTAL STUDIES ON THE CHRONIC TOLUENE POISONING; CHANGES IN THE BLOOD AND VISCERAL ORGANS OF TOLUENE-EXPOSED RATS; PARAEMIA IN WOMEN WORKING IN AN AMBIENT ATMOSPHERE WITH LOW SOLVENT VAPOR CONCENTRATIONS; WORKING CONDITIONS AND HEALTH STATUS OF WOMEN HANDLING ORGANOSILICEOUS VARNISHES CONTAINING TOLUENE; SUBJECTIVE SIGNS IN THE COURSE OF OCCUPATIONAL EXPOSURE TO LOW CONCENTRATIONS OF ORGANIC SOLVENTS; CHEMICAL HAZARDS AND LOST-TIME ILLNESSES IN THE FURNITURE INDUSTRY; ANIMAL EXPERIMENTAL STUDIES OF AN INDUSTRIAL NOXA; MUTAGENIC ACTION OF BENZENE, TOLUENE AND A MIXTURE OF THESE HYDROCARBONS IN A CHRONIC EXPERIMENT; WORK CONDITIONS AND THEIR INFLUENCE OF SOME SPECIFIC FUNCTIONS OF WOMEN ENGAGED IN THE MANUFACTURE OF ENAMEL-INSULATED WIRES | 31-Dec-71 | Forni,A. Pacifico,E. Limonta,A.; MATSUMOTO,T. JELINEK,B. SEROVADKO,O.N. POSTOLACHE,V. ZAJKOV,K. EULER,H.H. DOBROKHOTEV,B. SYROVADKO,O.N. |
| | | 27-May-71 | |
| | | 20-Jul-70 | BAKER,P.G. |
| TXG0260 | ACUTE TOXICITY STUDIES WITH A,3-BIS (3-AMINOPHENOXY) BENZENE(APB) | | |
| TX20 | ACUTE VAPOR TOXICITY OF OX-2728, OX-2729, OX-2730, OX-2731 - ACUTE RAT INHALATION SCREEN/LC50 | 25-Apr-68 | CAVALLI,R.D. HALLESY,D.W. SPENCE,J.A. |
| TX6 | ACUTE TOXICITY OF CHEVRON SOLVENT 1200 - ACUTE RAT ORAL SCREEN/LD50; ACUTE RABBIT DERMAL SCREEN/LD50; ACUTE RAT INHALATION SCREEN/LC50; ACUTE RABBIT PRIMARY EYE IRRITATION; ACUTE RABBIT PRIMARY SKIN IRRITATION | 22-Mar-68 | CAVALLI,R.D. HALLESY,D.W. SPENCE,J.A. |
| TA32106 | THE METABOLISM OF BENZENE IN VITRO | 31-Dec-67 | SNYDER,R. UZUKLF. GONASUN,L.; BROMFELD,E. WELLS,A. |
| TXWE128 | EXPOSURE OF WORKERS TO PESTICIDES - WORKER EXPOSURE | 1-Apr-67 | WOLFE,H.R. |
| TA31383 | CASE REPORT: RETROBULBAR NEURITIS FOLLOWING EXPOSURE TO VINYL BENZENE (STYRENE) | 1-Jan-63 | PRATT,JOHNSON,J.A. |

AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Bryan Morin, et al | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No.   11-45 |
| Chrevron U.S.A.,Inc., et al. | ) | |
| | ) | (If the action is pending in another district, state where: |
| _Defendant_ | ) | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   Chevron, U.S.A., Inc. through its agent for service of process, The Prentice-Hall Corproation System, Inc., 320 Somerulos St. Baton rouge, LA 70802-6129

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:  The Materials and documents desribed on Exhibit 1.

| Place:  Law Offices of Richard J. Fernandez, LLC<br>3000 W. Esplanade Ave., Suite 200<br>Metairie, LA 70002 | Date and Time:<br><br>12/26/2011 5:00 pm |
|---|---|

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   _12/20/2011_

CLERK OF COURT

OR   _[signature]_

_____         _____
_Signature of Clerk or Deputy Clerk_              _Attorney's signature_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ _____

_____ , who issues or requests this subpoena, are:

AO 88B  (Rev.  06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   11-45

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

❏  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00    .

I declare under penalty of perjury that this information is true.

Date: _____                   _____
                                                         *Server's signature*

                                                         _____
                                                         *Printed name and title*


                                                         _____
                                                         *Server's address*

Additional information regarding attempted service, etc:

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

(2) *Command to Produce Materials or Permit Inspection.*

(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) *Quashing or Modifying a Subpoena.*

(A) *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information;

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

(iii) a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection.*

(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRYAN MORIN, ET AL. | * | CIVIL ACTION NO. 11-45 |
| Plaintiffs | * | |
| | * | SECTION "R"3 |
| VERSUS | * | |
| | * | |
| CHEVRON USA, INC., ET AL. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **Exhibit 1**

Documents to be produced by Chevron U.S.A. Inc.:

1. Any and all Material Safety Data Sheet or chemical data sheet for Crude Oil, gasoline, Fuel Oil Toluene, Naphtha, ands Xylene maintained by Chevron from 1982 to 1983.
2. Any chemicals or product information's for Crude Oil, Gasoline, Fuel Oil, Toluene, Naphtha, and Xylene   from 1982 to 1983, including but not limited to   any health and safety information, medical studies, chemical data sheets, and analytical testing.
3. Corporate Sales record from 1982 to 1983.
4. Health and Safety, epidemiological or medical research concerning benzene, gasoline, fuel oil, crude oil, toluene and xylene conducted by or on behalf of Gulf oil any time prior to 1983.
5. Any training documents, safety manuals or warnings for the Oak Point and the Alliance refineries from 1982 to 1983
6. All Chevron records for intercompany transfers of products or materials from 1982 to 1983 concerning the Alliance Refinery and the Oak Point facility.
7. All Shipping Records / Bills of Lading for Chevron from Oak Point and the Alliance refineries from 1982 to 1983
8. Purchasing Records from 1982 -1983
9. Any documents concerning the sale of the Alliance Refinery, including production capacity, Maps , diagrams, Schematic, sale documents, and knowledge of the storage location of such documents
10. Health and safety documents concerning health effects of any substances produced or used at Oak Point of Alliance refiners in Belle Chasse from 1982 to 1983

11. Health and Safety records covering Chevron U.S.A. and Gulf Oil's training programs
12. Retention of Contractual agreements for contract labor, payment of contract labor suppliers and payment of any other supplier from 1982 to 1983.
13. Location of the Records of any analytical test result from any refinery from the years 1982 to 1983, including analytical test results from the Alliance Refinery or Oak Point facility.
14. Health and Safety or training Manuals for 1982 through 1983, including the Hazardous Communications System training, Policy of employee training, and training requirements for visitors or contractor employees
15. Documents, or contract with or concerning Oil Mop, Inc.
16. Facility diagrams, aerial photos, maps, and plats for Alliance Refinery of Oak Point refinery.
17. Productions records, sales records, testing records for the Oak point plant and Alliance Refinery from 1982 to 1983
18. Records for Sale or Purchase of any products produced at the Oak Point facility or Alliance Refinery from 1982 to 1983.
19. Accounts Receivables, and any records of invoices, contractors paid, or any inter-company asset transfers or product transfers for the Oak Point Plaint of Alliance Refinery form 1982-1983.
20. Any communications with any state of Federal Agency, including but not limited to the La. DEQ, and the EPA, regarding the Oak Point Facility (This would include, but not be limited to, NPDES or LPDES permit applications, air permits, any other investigations and/studies)
21. Contractual Agreements between Chevron or Gulf Oil and Oil Mop, Inc.
22. Any benzene testing data for gasoline, Fuels Oil, Naphtha, Toluene, Xylene from 1982 to 1983.
23. Any benzene testing data for any material contained in any tank, barge or rail car at Alliance or Oak Point Refineries from 1982 to 1983.
24. Any benzene testing data for any material shipped from the Alliance Refinery or Oak Point Refinery from 1982 to 1983.
25. Safety training data, records for employee safety training from 1982 to 1983.
26. Warnings for health effects of benzene containing substances, including but not limited to handling instructions, and recommended protective equipment.
27. Facility sign in sheets, or other work logs for the Oak Point Facility or Alliance Refinery from 1982 to 1983.
28. Documents identified on the database print out of documents identified in Exhibit A, to *Plaintiffs Interrogatories Request for Production of Documents and Request for Admissions Directed to Chevron U.S. A. Inc.* May 2, 2011.

Exhibit A-1

| ID | Description | Date | Author(s) |
|---|---|---|---|
| TC77830 | SHELL OIL RESPONDS TO HEALTH STUDIES; API SENDS COPY OF SHELL'S NEWS RELEASE RESPONSE TO UPI WIRE SERVICE STORY DATED FEBRUARY 8, 1985 (850208) RE REFINERY EMPLOYEE BENZENE HEALTH DATA | 20-Feb-85 | CORNWELL,T. |
| TC77212 | REPORT: "INTERIM QUANTITATIVE CANCER UNIT RISK ESTIMATES DUE TO INHALATION OF BENZENE" | 15-Feb-85 | |
| TC77258 | BENZENE HEARING; SENDS COPIES OF STATEMENTS PRESENTED ON BEHALF OF WOGA AT HEARING TO LIST BENZENE AS A TOXIC AIR CONTAMINANTS | 5-Feb-85 | RUBALCAVA,S.F. |
| TC93583 | Petroleum Process Stream Terms Included in Chemical Substances Inventory Under the Toxic Substance Control Act CTSCA | 1-Feb-85 | |
| TC28003 | BENZENE AND LEUKEMIA AN EPIDEMOLOGIC RISK ASSESSMENT | 31-Jan-85 | RINSKY,R.A.,SMITH,A.B.,HORNUNG,R.,FILLOON,T.,YOUNG,R.J.,LANDRIGAN,P.J. |
| TC530 | TOXICOLOGY OF HYDROCARBONS : THE SKIN AND EYE IRRITANCY OF SEVEN HYDROCARBONS : METHYLCYCLOPENTANE, METHYLPENTANE (2-), DODECANE, ETHYL-3-METHYLBENZENE(1-), ETHYLTOLUENE (3-), BIS-METHYLETHYL S- BENZENE (1-,3-), DI-ISOPROPYLBENZENE(1-,3-), METHYLHEXANE (3-), METHYLPROPYLBENZENE (1-), (SEC. BUTYLBENZENE) | 31-Jan-85 | PRICE,J.B.,CLARK,D.G.,THORPEE ANDREWS,I.J.,WIGGINS,D.E. |
| TC77252 | PUBLIC HEARING TO CONSIDER ADOPTION OF AN REGULATION IDENTIFYING BENZENE AS A TOXIC AIR CONTAMINANT; DHS REPORT TO THE SCIENTIFIC REVIEW PANEL ON THE HEALTH EFFECTS OF BENZENE; REVIEW OF THE CALIFORNIA DEPARTMENT OF HEALTH SERVICES RISK ASSESSMENT OF BENZENE; SENSITIVITY ANALYSIS OF THE CALIFORNIA DEPARTMENT OF HEALTH SERVICES RISK ASSESSMENT OF BENZENE | 18-Jan-85 | HARRISON,R. WONG,O. RODRICKS,J.V. |
| TC28091 | SENDING A PRELIMINARY SYNOPSIS OF ADDITIONAL FINDINGS FAVOR THE EPA STUDY OF BENZENE EXPOSURES IN 2 NEW JERSEY CITIES : ELEVATED LEVELS WERE FOUND TO BE ASSOCIATED WITH OCCUPATIONAL EXPOSURE, HOBBIES AND SMOKING WITHIN THE HOUSEHOLD | 18-Jan-85 | WEAVER,N.K. VAIL,J. |
| TC28092 | SENDING COMMENTS TO CARB FOR THE PUBLIC HEARING TO LIST BENZENE AS A TOXIC AIR CONTAMINANT ; DRAFT COMMENTS REQUESTED BY 850117 | 15-Jan-85 | RUBALCAVA,S.F. |
| TA15304 | EXPERIMENTAL STUDIES ON BENZENE CARCINOGENICITY AT THE BOLOGNA INSITUTE OF ONCOLOGY: CURRENT RESULTS AND ONGOING RESEARCH | 1-Jan-85 | MALTONI,C. CONTI,B. COTTI,G. |
| TC77241 | SENSITIVITY ANALYSIS OF THE CALIFORNIA DEPARTMENT OF HEALTH SERVICES RISK ASSESSMENT OF BENZENE | 27-Dec-84 | TURNBULL,D. RODRICKS,J.V. |
| TC77892 | REPORT: "SENSITIVITY ANALYSIS OF THE CALIFORNIA DEPARTMENT OF HEALTH SERVICES RISK ASSESSMENT OF BENZENE" | 27-Dec-84 | TURNBULL,D. RODRICKS,P.V. |
| TC77785 | DRAFT "ADVISORY OPINION FOR BENZENE" FROM THE OFFICE OF DRINKING WATER | 21-Dec-84 | |
| TC28070 | RECENT DEVELOPMENTS : SENDING UNION AND PCHRG PETITION, API MEMO, SRP FINDINGS ON CARB REPORT ON BENZENE, WOGA STUDY OF AMBIENT BENZENE LEVELS AND STACK C MEMO ON CMA STUDY ; NEXT MEETING 850123 | 19-Dec-84 | PRICE,B. VAIL,J. DRYDEN,S.L. |
| TC28020 | RECENT DEVELOPMENTS : A PETITION FOR A BENZENE STANDARD ; API MEMO TO EPA 841204 TO DENY NRDC'S PETITION ; SRP FINDINGS CARB AND CALIF HEALTH SERV DEPT REPORT ON BENZENE ; WOGA STUDY ON AMBIENT BENZENE LEVELS AROUND SERVICE STATIONS | 19-Dec-84 | PRICE,B. VAIL,J. |
| TC77896 | FOR ACTION OF THE EXECUTIVE COMMITTEE AND BOARD OF DIRECTORS: \$75000 1984 AND 1985 GENERAL FUND ENVIRONMENTAL BUDGET EXPENDITURE AUTHORIZATION - BENZENE EMISSIONS | 19-Dec-84 | |
| TC77214 | SENDING FINAL DRAFT OF ENVIRON REPORT ENTITLED: SENSITIVITY ANALYSIS OF THE CALIFORNIA DEPARTMENT OF HEALTH SERVICES RISK ASSESSMENT OF BENZENE | 18-Dec-84 | CARDIN,N.M. TURNBULL,D. RODRICKS,J.V. |
| TC77897 | INFORMATION THAT SCIENTIFIC REVIEW PANEL ON TOXIC AIR CONTAMINANTS HAS REVIEWED THE "REPORT TO THE SCIENTIFIC REVIEW PANEL ON BENZENE" AND HAS FORMULATED ITS FINDINGS ON THE REPORT "FINDINGS OF THE SCIENTIFIC REVIEW PANEL REGARDING THE REPORT ON BENZENE" | 11-Dec-84 | RUBALCAVA,S.F. MRAK,E.M. BOYD,J.D. |
| TC77898 | INFORMATION OF PUBLICATION OR MATERIALS ON FILE IN WOGA "PRELIMINARY ASSESSMENT OF DOSE - RESPONSE RELATIONSHIPS AT LOW DOSE LEVELS FOR THE CARCINOGENIC EFFECTS OF BENZENE AS EXTRAPOLATED FROM RODENT BIOASSAY DATA" ; ADDENDUM - GRAPHS | 11-Dec-84 | RODRICKS,J.V. BRETT,S.M. CORNWELL,T.W. |
| TC77899 | MEETING OF THE SCIENTIFIC REVIEW PANEL : TO REVIEW REPORT PREPARED BY DHS ON THE HEALTH EFFECT OF BENZENE, FINDINGS OF THE SCIENTIFIC REVIEW PANEL REGARDING THE BENZENE REPORT" | 3-Dec-84 | RUBALCAVA,S.F. |

| ID | Description | Date | Author(s) |
|---|---|---|---|
| TA30805 | INFLUENCE OF BENZENE ON THE PHYTOPLANKTON AND ON DAPHNIA PULEX IN COMPARTMENTS OF AN EXPERIMENTAL POND | 24-Nov-84 | LAY,J.P. SCHAUERTE,W. PEICHL,L. |
| TC77901 | FAX COPY OF "REVISED REPORT TO THE SCIENTIFIC REVIEW PANEL ON THE HEALTH EFFECTS OF BENZENE" | 19-Nov-84 | HARRISON,R.N. |
| TC77900 | WOGA REVIEWED "REVISED REPORT TO THE SCIENTIFIC REVIEW PANEL ON THE HEALTH EFFECTS OF BENZENE; "SENSITIVITY ANALYSIS OF THE CALIFORNIA DEPARTMENT OF HEALTH SERVICES RISK ASSESSMENT OF BENZENE DRAFT" | 19-Nov-84 | HARRISON,R.N. TURNBULL,D. RODRICKS,J.V. |
| TC77253 | SENDING FOR REVIEW & EVALUATION THE REVISED REPORT ON BENZENE AS A CANDIDATE TOXIC AIR CONTAMINANT ENTITLED: PRIORITIES FOR REGULATING BENZENE EMITTING SOURCES UNDER SECTION 112 OF THE CLEAN AIR ACT | 15-Nov-84 | BOYD,J.D. |
| TC77222 | DRAFT ENTITLED: SENSITIVITY ANALYSIS OF THE CALIFORNIA DEPARTMENT OF HEALTH SERVICES RISK ASSESSMENT OF BENZENE | 15-Nov-84 | TURNBULL,D. RODRICKS,J.V. |
| TC77902 | BENZENE: JOINT MEETING OF THE BENZENE ISSUES GROUP AND THE BENZENE LITIGATION STEERING COMMITTEE OF API HELD ON OCTOBER 31, 1984 IN WASHINGTON,D.C.: MEETING DISCUSSED COURT ACTIONS INVOLVING EPAS BENZENE REGULATIONS | 7-Nov-84 | RUBALCAVA,S.F. |
| TC28069 | BENZENE : REPORT ON 841031 JOINT MEETING OF THE BENZENE ISSUES GROUP AND THE BENZENE LITIGATION STEERING COMMITTEE OF THE API : LITIGATION AND REGULATORY ISSUES | 7-Nov-84 | RUBALCAVA,S.F. |
| TC77903 | BIOGRAPHIES OF THE SCIENTIFIC REVIEW PANEL ON TOXIC AIR CONTAMINANTS (FOR CALIFORNIA AND THEIR COMMENTS ON THE BENZENE REPORT pART A AND B; COMMENTS ON "REPORT TO THE SCIENTIFIC REVIEW PANEL ON BENZENE" | 2-Nov-84 | PITTS,J.N. |
| TC77322 | REPORT TO THE SCIENTIFIC REVIEW PANEL ON BENZENE; RM WILKENFELD'S NOTES ATTACHED | 1-Nov-84 | |
| TC28068 | AIR TOXICS MEETING 841029 ; NOTES LEGAL AND/OR SCIENTIFIC OPTIONS CONSIDERED FOR CHEVRON RESPONSE TO THE NRDC PETITION TO EPA TO OPEN BENZENE EMISSIONS STANDARD | 29-Oct-84 | VONBURG,R. |
| TC77904 | MEETING WITH DRS. WONG, ENTERLINE AND MACMAHON; DISCUSSION FOCUSED ON UNUSUALLY LOW RATES FOR MOST CAUSES OF DEATH IN DATA OF CMA BENZENE EPIDEMIOLOGY STUDY | 11-Oct-84 | STACK,C. |
| TC77908 | "DHS REPORT TO THE SCIENTIFIC REVIEW PANEL ON THE HEALTH EFFECTS OF BENZENE"; "REVIEW OF THE CALIFORNIA DEPARTMENT OF HEALTH SERVICES RISK ASSESSMENT OF BENZENE" | 9-Oct-84 | HARRISON,R.N. |
| TC77905 | WOGA COMMENTS ON ARB/DHS BENZENE REPORT; ASKS FOR COMMENTS OR PROPOSALS FOR FURTHER ACTION; CMA BENZENE EPIDEMIOLOGY TASK GROUP NOT IN FAVOR OF MANTEL HAENTZEL PROCEDURE | 8-Oct-84 | WILKENFELD,R.M. STACK,C. |
| TC77906 | WOGA COMMENTS ON ARB/DHS BENZENE REPORT; REVIEW OF THE CALIFORNIA DEPARTMENT OF HEALTH SERVICES RISK ASSESSMENT OF BENZENE | 5-Oct-84 | WILKENFELD,R.M. RODRICKS,J.V. TURNBULL,D. |
| TC77907 | SOUTHERN CALIFORNIA EDISON COMPANY REVIEWED REPORT "HEALTH EFFECTS OF BENZENE PART B"; "SOUTHERN CALIFORNIA EDISON COMPANY COMMENTS ON THE DEPARTMENT OF HEALTH SERVICES REPORT TO THE SCIENTIFIC REVIEW PANEL ON BENZENE" | 5-Oct-84 | MECHALAS,B.J. |
| TC77910 | SENDS "RESPONSES TO COMMENTS MADE REGARDING PART B, HEALTH EFFECTS OF BENZENE" | 4-Oct-84 | KELTER,A. |
| TC77909 | "REPORT TO THE SCIENTIFIC REVIEW PANEL ON BENZENE" CHEVRON REVIEWED PART A AND B SECTIONS OF REPORT AND AND MADE WRITTEN COMMENTS | 4-Oct-84 | DANKER,W.T. |
| TC77911 | DRAFT REPORT TO THE SCIENTIFIC REVIEW PANEL ON BENZENE | 3-Oct-84 | RUBALCAVA,S. HARRISON,R.N. |
| TC28072 | ENVIRON STUDY PROPOSAL FOR PLANNING BENZENE RESEARCH ; BY RODRICKS,J ; COMMENTS IN SUPPORT | 2-Oct-84 | LEWIS,S. |
| TC77913 | "REPORT TO THE SCIENTIFIC REVIEW PANEL ON BENZENE"; RECEIVED AND ON FILE IN WOGA | 1-Oct-84 | CORNWELL,T.W. |
| TC77912 | INFORMS THAT A DRAFT REVIEW OF THE REPORT "PART B: HEALTH EFFECTS OF BENZENE" WAS SENT; GIVES SUMMARY OF MAJOR POINTS | 1-Oct-84 | CORNWELL,T.W. |
| TC77914 | MINUTES OF MEETING JOINT BENZENE COORDINATING TASK FORCE/ENVIRONMENTAL STANDARDS SUBCOMMITTEE WOGA | 28-Sep-84 | CORNWELL,T.W. |
| TC77915 | COMMENTS ON BENZENE - HEMATOLOGY STUDY | 25-Sep-84 | CAVALLI,R.D. WILKENFELD,R.M. |
| TC77916 | SENDS REPORT ON "SCIENCE COMMITTEE" FOR DISCUSSIONS WITH THE BOARD AND "COMMENTS ON THE BENZENE HEALTH ASSESSMENT DOCUMENT" | 24-Sep-84 | DUFOUR,J.T. HAY,J.T. |
| TC77917 | CICC-CEHG COMMENTS ON "HEALTH EFFECTS OF BENZENE, PART B" | 21-Sep-84 | YEWELL,J. HAY,J.T. |

| ID | Description | Date | Author(s) |
|---|---|---|---|
| TC28075 | SENDING DRAFT PROPOSAL FROM MUNSON AE AND WHITE KL ; FOR A STUDY OF IMMUNOTOXICOLOGY OF BENZENE IN DRINKING WATER WITH B6C3F1 FEMALE MICE, PROTOCOL AND A DRAFT REPORT OF A PREVIOUS STUDY ; AND COMMENTS ON THEIR SCIENTIFIC MERIT REQUESTED | 21-Sep-84 | KEENAN,T.H. MUNSON,A.E. |
| TC77918 | DRAFT REPORT "AN EVALUATION OF PART B. HEALTH EFFECTS OF BENZENE" COPY OF LETTER WITH INFORMATION THAT THE TASK FORCE DID NOT FAVOR DR. WONG TO CARRY OUT MANTEL HAENTZEL PROCEDURE WITH LUNG CANCER DATA | 21-Sep-84 | WONG,O. WHORTON,D. DANSE,I.R. |
| TC77920 | FIELD SAMPLING SCHEDULE FOR BENZENE; WOGA TO BE CONTACTED TO ATTEND ONE SAMPLING SITE | 20-Sep-84 | LLOYD,A. |
| TC77919 | SENDS MANUSCRIPT "HEMATOLOGICAL FINDINGS AMONG WORKERS EXPOSED TO BENZENE AT A COKE OVEN BY-PRODUCT RECOVERY FACILITY"; ASKS COMMENTS | 20-Sep-84 | DRYDEN,S.L. STACK,C. HANCOCK,G. |
| TC28078 | API FINAL TOXICOLOGY REPORT "HEMATOLOGY/SERUM IMMUNOGLOBULIN LEVELS OF CD RAT AND CD-1 MICE EXPOSED TO BENZENE VAPOR: IMMUNOSUPPRESSION NOTED IN FEMALE MICE BUT NOT IN RATS | 18-Sep-84 | LAKIN,M.L. |
| TC28077 | SENDING PROPOSAL FROM ENVIRON CORP.; FOR PLANNING BENZENE RESEARCH ; REVIEW AND COMMENTS REQUESTED | 18-Sep-84 | KEENAN,T.H. VAIL,J. RODRICKS,J.V. |
| TC77921 | "REVIEW OF THE CALIFORNIA DEPARTMENT OF HEALTH SERVICES RISK ASSESSMENT OF BENZENE": DOHS ATTEMPTS TO ESTIMATE POSSIBLE LIFETIME RISKS OF CANCER TO PEOPLE EXPOSED CONTINUOUSLY FOR THEIR LIFETIME TO LOW LEVELS OF BENZENE IN THE AIR | 14-Sep-84 | RODRICKS,J.V. TURNBULL,D. |
| TC77369 | BENZENE LITIGATION - NRDC VS EPA; SUMMARY OF 09111984 API BENZENE LITIGATION STEERING COMMITTEE BRIEFING ON CHEVRON'S TECHNICAL OBJECTIONS TO THE BENZENE FUGITIVE EMISSIONS REGULATIONS; ALSO A BRIEF SUMMARY OF THE LITIGATION ITSELF | 13-Sep-84 | CORASH,M.B. |
| TC77922 | COMMENTS ON ARB REPORT ON BENZENE HEALTH EFFECT PART B; "ARB REPORT ON BENZENE HEALTH EFFECT PART B" | 12-Sep-84 | BRABANT,V. HARRISON,R.N. |
| TC77923 | REVISES AND REPLACES LETTER AUGUST 20, 1984 'PART B - A REVIEW OF THE HEALTH EFFECTS OF BENZENE JULY, 1984" | 5-Sep-84 | DANSE,I.R. |
| TC77924 | "COMMENTS OF ASSESSMENT OF CANCER RISKS ESTIMATED FROM BENZENE EXPOSURES DURING AUTOMOBILE REFUELING WITH UNLEADED GASOLINE AS PRESENTED IN EPA DOCUMENT: EVALUATION OF AIR POLLUTION REGULATORY STRATEGIES FOR GASOLINE MARKETING INDUSTRY": EFFECT OF NON-SATURATION OF BLOOD AND TISSUES IN A BRIEF EXPOSURE INCIDENT; GENERAL APPROPRIATENESS OF EPA'S METHOD OF APPLICATION OF THE UNIT RISK FACTOR | 1-Sep-84 | |
| TC77925 | REVIEWED AND COMMENTED ON REPORT "DEPARTMENT OF HEALTH SERVICES REPORT ON BENZENE PART B HEALTH EFFECTS OF BENZENE" | 30-Aug-84 | DANKER,W.T. |
| TC77926 | BENZENE RISK ASSESSMENT BY CALIFORNIA DEPARMENT OF HEALTH SERVICES (DOHS) | 23-Aug-84 | SPIVEY,G.H. FERGUSON,P.W. |
| TC28074 | EPA BENZENE LITIGATION : NRDC SUIT CHALLENGING EPA'S DECISIONS ON BENZENE EMISSIONS AND API'S RESPONSE PETITION ; IN ADDITION API WILL INTERVENE IN SUPPORT OF EPA'S DECISION TO WITHDRAW THE THREE OTHER BENZENE EMISSION STANDARDS | 13-Aug-84 | VAIL,J. STRACOUATANIO,J. |
| TC28021 | STATUS REPORT/ACTION ITEMS FROM 840725 MEETING ; REQUEST FOR COMMENTS CARB REPORT | 2-Aug-84 | PRICE,B.E. DRYDEN,S.L. |
| TC77927 | MINUTES OF MEETING API MEDICINE AND BIOLOGICAL SCIENCE DEPT PS-7 TRTG TASK FORCE JULY 24, 1984 ; E.P. CRONKITE OF BROOKHAVEN NATIONAL LAB PROPOSAL TO API "THE ESTIMATION OF TOXICITY OF BENZENE AND ITS METABOLITES UTILIZING GROWTH OF MURINE AND HUMAN BONE MARROW IN INTRAPERITONEAL DIFFUSION CHAMBERS"; MINUTES OF MEETING OF PS-7 TASK FORCE APRIL 11, 1984 | 24-Jul-84 | KEENAN,M. |
| TC77928 | ERT BENZENE PROPOSAL ENTITLED "AMBIENT BENZENE AND HYDROCARBON CONCENTRATIONS ASSOCIATED WITH GASOLINE USAGE IN THE LOS ANGELES AREA"; APPROVED BY THE BOARD AND THE BENZENE COORDINATING COMMITTEE | 20-Jul-84 | CARDIN,M. |
| TC27988 | APPEAL OF EPA BENZENE DECISIONS ; ISSUE PAPER DISCUSSING THE BASIS FOR API'S DECISION TO TAKE LEGAL ACTION IF NRDC CHALLENGES ANY OF THE 4 BENZENE DECISIONS ; ALSO ISSUES TO BE CONSIDERED IF NRDC DOES NOT ACT | 2-Jul-84 | SULLIVAN,J.A. |
| TC77310 | OSHA DRAFT PROPOSAL AND NEXT MEETING; SENDING DRAFT REPORT "ANALYSIS OF THE CONTRIBUTING FACTORS TO THE GENERAL POPULATION'S EXPOSURE TO AMBIENT CONCENTRATIONS OF BENZENE" AND "PRELIMINARY ASSESSMENT OF DOSE-RESPONSE RELATIONSHIPS AT LOW DOSE LEVELS FOR THE CARCINOGENIC EFFECTS OF BENZENE AS EXTRAPOLATED FROM RODENT BIOASSAY DATA" | 28-Jun-84 | DRYDEN,S.L. PRICE,B. |

| ID | Description | Date | Author(s) |
|---|---|---|---|
| TC27995 | SENDING OSHA DRAFT PROPOSAL AND OTHER MATERIALS ; NEXT MEETING FOR HSRC BENZENE ISSUES GROUP 840725 | 15-Jun-84 | PRICE,B. MARFIN,G. |
| TC77929 | MANUSCRIPT "A METHOD FOR THE REPEATED EVALUATION OF BENZENE UPDATE IN RATS AND MICE DURING A 6-HOUR INHALATION EXPOSURE" | 13-Jun-84 | STACK,C. |
| TC77930 | SENDS THREE REPORTS: "METHODOLOGY FOR BENZENE BACKGROUND STUDIES"; "A COMPARISON OF BENZENE LEVELS AT VARIOUS BAY AREA SITES"; "BUDGET ESTIMATE FOR THE DEVELOPMENT OF A PURGE AND TRAP METHOD FOR THE ANALYSIS OF BENZENE IN BLOOD"; PROPOSED STUDY "IS BENZENE FORMED IN VIVO FROM PHENOL"? | 24-May-84 | GRAIG,J.C. RUENKE,L.D. |
| TC77427 | API BENZENE TASK FORCE DISCUSSES THE FOLLOWING: OSHA BENZENE STANDARD MEDIATION; API BENZENE SCIENCE PANEL; EPA BENZENE RULEMAKING; EPA SCIENCE ADVISORY BOARD REVIEW OF GASOLINE DATA; EPA "JULY BACKGROUND DOCUMENT"; BENZENE PROJECTS | 23-May-84 | DRYDEN,S.L. |
| TC77931 | WOGA BENZENE: DRAFT REPORT "SOLVENT MIXTURE TLV CONTRACT OH-30-MNR (569-2) MAY 24, 1994"; | 21-May-84 | DRYDEN,S.L. |
| TC94325 | Report and Recommendation on the Ad Hoc Committee on TSCA Compliance | 1-May-84 | Openson,J.N |
| TC77209 | DRAFT REPORT: "ANALYSIS OF THE CONTRIBUTING FACTORS TO THE GENERAL POPULATION'S EXPOSURE TO AMBIENT CONCENTRATIONS OF BENZENE" | 1-May-84 | |
| TC77210 | BENZENE IN DRINKING WATER; MEMO WITH SOME INFORMATION OF UPCOMING REVIEW OF BILL MARCUS" DRINKING WATER CRITERIA DOCUMENT FOR BENZENE"; ALSO SUGGESTS SEVERAL APPROACHES FOR UPCOMING CRITIQUE WHICH INVOLVE METHODOLOGY AND PHILOSOPHY | 28-Mar-84 | |
| TC78500 | BENZENE IN DRINKING WATER; PROVIDES INFORMATION CONCERNING UPCOMING REVIEW OF BILL MARCUS'S (DRAFT) ENTITLED "DRINKING WATER CRITERIA DOCUMENT FOR BENZENE" & SUGGESTS SEVERAL APPROACHES INVOLVING METHODOLOGY AND PHILOSOPHY; COPY OF FINAL DRAFT FOR DRINKING WATER CRITERIA DOCUMENT ON BENZENE | 28-Mar-84 | MILLER,H.T. MARCUS,W.L. |
| TC77206 | SENDS WOGA DOCUMENTS REGARDING BENZENE ISSUE: FIRST MEETING OF BENZENE COORDINATING TASK FORCE; DRAFT - REGULATION OF BENZENE AS TOXIC AIR CONTAMINANT, AB 1807 CALIFORNIA | 26-May-84 | DANSE,I.R. CORNWELL,T.W. |
| TC28012 | EPA LITIGATION ; SENDING SULLIVAN JN / EXECUTIVE AND BLOCK A / API TO THE BENZENE LITIGATION STEERING COMMITTEE | 21-May-84 | PRICE,B. |
| TC28005 | TECHNICAL ASPECTS OF AMBIENT BENZENE MONITORING ; MEETING 840329 WITH EXPERTS FROM MOBIL OIL (CARBON TUBES) AND GULF (BADGES) ; NOTIFICATION | 19-May-84 | WALTERS,A.S. HETRICK,S.S. |
| TC28013 | 840306 PROPOSED WITHDRAWAL OF BENZENE EMISSION STANDARDS AND 840307 EPA MEETING ON BENZENE S112 LITIGATION | 16-May-84 | SULLIVAN,J. BLOCK,A.S. DONGER,D.D. MACBETH,A. |
| TC28086 | 840306 PROPOSED WITHDRAWAL OF BENZENE EMISSION STANDARDS ; 840307 EPA MEETING RE BENZENE S112 LITIGATION ; NRDC SETTLEMENT PROPOSAL SETS DEADLINES FOR EPA FINAL DECISIONS ON REGULATING THE GASOLINE MARKETING SYSTEM AND CHEMICAL MANUFACTURING | 16-Mar-84 | SULLIVAN,J. BLOCK,A.S. |
| TC77211 | REPORT: "TECHNOLOGICAL FEASIBILITY AND ECONOMIC IMPACT STUDY OF ALTERNATIVE STANDARDS FOR BENZENE"; DESCRIBES CURRENT LEVEL OF PRACTICE IN PRINCIPAL INDUSTRIES THAT WOULD BE AFFECTED BY ANY REVISION OF THE OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION STANDARD FOR BENZENE | 6-Mar-84 | |
| TC28023 | MEMO ASKING GUIDANCE ON WHETHER TO DEVELOP PURGE AND TRAP METHODOLOGY FOR THE ANALYSIS OF BENZENE IN BLOOD AND WHAT POPULATIONS TO APPLY IT TO - 3 OPTIONS CONSIDERED ; ALSO ON THE TIMING OF THE FINAL REPORT | 28-Feb-84 | GRUENKE,L.D. |
| TC28087 | ANNOUNCING 840306 MEETING ; ENCLOSING 840125 MINUTES, RODERICKS' J ASSESSMENT OF BENZENE CARCINOGENIC RISK TO HUMANS, DR. ROTHMAN'S REVIEW OF THE CMA EPIDEMIOLOGY STUDY AND AGENDA | 24-Feb-84 | PRICE,B. |
| TC28098 | ACTION ITEMS FROM 840126 MEETING : API INTERVENES IN NRDC LITIGATION, OSHA BENZENE STANDARD, EPA'S FINAL RULE ON EMISSIONS FROM REFINERIES AND CHEMICAL PLANTS, LITIGATION RE HAZARD COMMUNICATION AND API GASOLINE RESEARCH | 17-Feb-84 | VOLZ,R.A. |
| TC28022 | TERMINATION OF BENZENE MEDIATION ; NO OPTIONS COULD BE REACHED BETWEEN THE INDUSTRY/UNION BENZENE MEDIATION REPRESENTATIVES AT THE 840209 MEETING ON THE PEL AND ACTION LEVELS | 14-Feb-84 | PRICE,B. SULLIVAN,J. |

| Doc ID | Description | Date | Author/Names |
|---|---|---|---|
| TC77251 | REPORT: "ESTIMATE OF HISTORIC BENZENE EXPOSURES AT TWO PETROLEUM REFINERIES"; STUDY INDICATED GREATER NUMBER OF DEATHS DUE TO LEUKEMIA THAN EXPECTED FOR TWO SHELL LOCATIONS, THE WOOD RIVER MANUFACTURING COMPLEX (WRMC) AND DEER PARK MANUFACTURING COMPLEX (DPMC) | 1-Feb-84 | |
| TC77208 | DRAFT CRITERIA DOCUMENT FOR BENZENE | 1-Feb-84 | |
| TC77213 | SENDS TO THE SCIENTIFIC REVIEW PANEL, DRAFT OF PART A OF REPORT "A REVIEW OF BENZENE USES, EMISSIONS, AND PUBLIC EXPOSURE"; REQUESTS COMMENTS | 19-Jan-84 | VENTURINI,P.D. |
| TC77932 | BENZENE EPIDEMIOLOGY STUDY; QUESTIONS AND ANSWERS | 16-Jan-84 | |
| TC77933 | REVIEWED REPORT ON CMA MORTALITY STUDY OF WORKERS OCCUPATIONALLY EXPOSED TO BENZENE; REPONSE TO FIVE SPECIFIC QUESTIONS REGARDING THE REPORT | 13-Jan-84 | ROTHMAN,K.J. |
| TC77242 | "PRELIMINARY ASSESSMENT OF THE POSSIBLE CARCINOGENIC RISK TO HUMANS RESULTING FROM BENZENE EXPOSURE AS EXTRAPOLATED FROM RODENT BIOASSAY DATA" | 10-Jan-84 | RODRICKS,J.V. BRETT,S.M. |
| TX2142 | MODIFIED BUEHLER TEST FOR THE SKIN SENSITIZATION POTENTIAL OF CC-13134 (SX-1440) - GUINEA PIG SKIN SENSITIZATION | 6-Jan-84 | CERKANOWICZ,D.A. CUSHMAN,J.R. WONG,Z.A. |
| TC28090 | SENDING 831216 LETTER FROM UNIONS TO INDUSTRY RE BENZENE DISCUSSIONS AND 881230 RESPONSE FROM INDUSTRY ASSOCIATIONS | 3-Jan-84 | RENFREW,C.B. SWANSON,S.M. WRIGHT,M. |
| TC77849 | PESTICIDE & TOXIC CHEMICAL NEWS: "MIXED RESULTS" REPORTED BY CMA FOR BENZENE EPIDEMIOLOGY STUDY | 28-Dec-83 | |
| TC77850 | LIST OF CASES INVOLVING BENZENE INDUCED LEUKEMIA, CANCER, LYMPHOPOIETIC CA. TO BE DISCUSSED IN MEETING | 16-Dec-83 | |
| TC77220 | SUBMITS FOR INFORMATION "AN INDUSTRY-WIDE MORTALITY STUDY OF CHEMICAL WORKERS EXPOSED TO BENZENE" CONDUCTED BY ENVIRONMENTAL HEALTH ASSOCIATES INC | 16-Dec-83 | COX,G.V. |
| TC77851 | API DECEMBER 9, 1983 HESC MEETING ON BENZENE: HANDOUTS INCLUDED BACKGROUND PRESENTATIONS WITH VUGRAPHS AND DISCUSSION NOTES; SPECIAL MEETING OF HESC DEC. 9, 1983 TO DISCUSS POSSIBLE PROVISIONS OF OSHA BENZENE STANDARD; PROPOSAL FOR COMPONENTS OF A BENZENE STANDARD; PAPER "LEGAL AND POLICY CONTEXT FOR OSHA CARCINOGEN"; COMPARATIVE RISK ESTIMATES FOR BENZENE | 15-Dec-83 | KREUTZEN,R.W. |
| TC77218 | THANKS FOR PREPRINT "COLLEGIUM RAMAZZINI INTERNATIONAL CONFERENCE ON BENZENE" NEW YORK CITY NOV 3-4, 1983; AN OVERVIEW OF BENZENE EXPOSURE IN THE UNITED STATES 1978-1983 | 8-Dec-83 | DRYDEN,S.L. RUNION,H.E. SCOTT,L.M. |
| TC77256 | REPORT: "AN INDUSTRY-WIDE MORTALITY STUDY OF CHEMICAL WORKERS OCCUPATIONALLY EXPOSED TO BENZENE" | 8-Dec-83 | WONG,O. |
| TC77893 | SUMMARY & CRITIQUE OF THE PAPER: BENZENE A MULTIPOTENTIAL CARCINOGEN: RESULTS OF LONG TERM BIOASSAYS PERFORMED AT THE BOLOGNA INSTITUTE OF ONCOLOGY | 1-Dec-83 | MALTONI,C. CONTI,B. COTTI,G. |
| TC77852 | BACKGROUND FACTS ON BENZENE; KEY DATES;NTP DATA; ARTICLE FROM AMERICAN JOURNAL OF INDUSTRIAL MEDICINE ENTITLED "LEUKEMIA IN BENZENE WORKERS" | 23-Nov-83 | |
| TC77221 | BACKGROUND FACTS AND DATA ON BENZENE; ARTICLE TAKEN FROM AMERICAN JOURNAL OF INDUSTRIAL MEDICINE "LEUKEMIA IN BENZENE WORKERS" | 23-Nov-83 | |
| TC77653 | NOTES: "IMPORTANCE OF PEAK BENZENE EXPOSURE ON WORKER SAFETY"; REVIEWED PAPER "PERMISSIBLE LIMITS FOR BENZENE EXPOSURE" AND REPORTS OF INFANTE; COMMENTS MADE | 23-Nov-83 | WILKENFELD,R.M. |
| TC77386 | BENZENE: OCCURRENCE IN DRINKING WATER, FOOD AND AIR ; EPA CONTRACT 68-01-6388, JRB ASSOCIATES PROJECT NO. 2-813-03-852-29 | 23-Nov-83 | CONIGLIO,W. |
| TC77371 | BENZENE; HAVE RECEIVED MEMO OF 11281983 & SENDING COMMENTS AS REQUESTED ON THE FORTHCOMING MEETINGS RE A PROPOSED BENZENE STANDARD | 20-Nov-83 | BROWN,A.P. |
| TC77854 | SUMMARY OF API SPONSORED SUBCHRONIC INHALATION STUDY IN MICE AND RATS - BENZENE | 15-Nov-83 | LAKIN,M.L. |
| TC77429 | SENDS DRAFT OF "NTP TECHNICAL REPORT ON THE TOXICOLOGY AND CARCINOGENESIS STUDIES OF BENZENE IN F344/N RATS AND B6C3F1 MICE" | 14-Nov-83 | BLANK,C. HUFF,J. |

| ID | Description | Date | Names |
|---|---|---|---|
| TC77855 | REVIEW OF BENZENE RISK ASSESSMENTS; UNCERTAINTY IN THE BENZENE RISK ASSESSMENTS; USE OF OCCUPATIONAL EPIDEMIOLOGICAL DATA IN CARCINOGENIC RISK ASSESSMENT UNCERTAINTY IN THE OCCUPATIONAL EPIDEMIOLOGICAL DATA WHICH HAVE BEEN USED IN THE BENZENE RISK ASSESSMENT; THE OBSERVED LEUKEMIA CASES WORKED IN AREAS OF HIGHEST ESTIMATED BENZENE EXPOSURE WITH AT LEAST SHORT-TERM EXPOSURE IN GREAT EXCESS OF RECOMMENDED STANDARDS" C RISK ASSESSMENT | 11-Nov-83 | |
| TC77550 | CONCAWE GASOLINE WORKSHOP", SENDING DOCUMENTATION ON THE RECENTLY HELD 09081983-09091983 GASOLINE WORKSHOP | 8-Nov-83 | KUIS,J. |
| TC77858 | PREPRINT OF PAPER: SCIENTIFIC COMMITTEE ON MAXIMUM ALLOWABLE CONCENTRATIONS OF TOXIC SUBSTANCES IN INDUSTRY MEETING AUGUST 30-31, 1983 AT ROYAL SOCIETY OF MEDICINE, CHANDOS HOUSE, CHANDOS STREET, LONDON ENTITLED "ON PERMISSIBLE LIMITS FOR BENZENE EXPOSURE" | 4-Nov-83 | DEISLER,P.F. |
| TC77859 | ARTICLE FROM PESTICIDE & TOXIC CHEMICAL NEWS PAGE 19: "BENZENE SEEN AS "CLEARLY CARCINOGENIC" BY NTP PEER REVIEW PANEL | 2-Nov-83 | DEISLER,P.F. |
| TC77223 | REVIEWED DRAFT REPORT "AN INDUSTRY-WIDE MORTALITY STUDY OF CHEMICAL WORKERS EXPOSED TO BENZENE"; COMMENTS AND SUGGESTIONS MADE | 21-Oct-83 | LILIENFELD,A.M. ROCKETTE,H.E. MACMAHON,B. |
| TC77475 | DRAFT NTP TECHNICAL REPORT ON THE TOXICOLOGY AND CARCINOGENESIS STUDIES OF BENZENE (CAS nO. 71-43-2) IN F344/N RATS AND B6C3F1 MICE (GAVAGE STUDIES); SUMMARY OF THE INCIDENCE OF NEOPLASTIC AND NONNEOPLASTIC LESIONS IN RATS AND MICE ADMINISTERED BENZENE VOLUME II; SUMMARY OF THE INCIDENCE OF NEOPLASMS IN THE INCIDENCE OF NEOPLASMS IN MICE; SUMMARY OF THE INCIDENCE OF NONNEOPLASTIC LESIONS IN RATS; SUMMARY OF THE INCIDENCE OF NONNEOPLASTIC LESIONS IN MICE; ANALYSES OF PRIMARY TUMORS IN RATS AND MICE; HISTORICAL INCIDENCES OF TUMORS IN F344/N RATS AND B6C3F1 MICE ADMINISTERED CORN OIL BY GAVAGE; CHEMICAL CHARACTERIZATION OF BENZENE; PREPARATION AND CHARACTERIZATION OF DOSE MIXTURES; ANALYSIS OF DOSE MIXTURES; METHODS; ANALYSES OF DOSE MIXTURES DATA; SENTINEL ANIMAL PROGRAM | 19-Oct-83 | HUFF,J. |
| TC77233 | RISK ASSESSMENT FOR LOW-LEVEL BENZENE EXPOSURES: A HISTORICAL PERSPECTIVE | 1-Oct-83 | LAMM,S. WILSON,R. |
| TC28067 | HSRC BENZENE TASK FORCE MEMBERSHIP LIST | 30-Sep-83 | CAVALLI,R.D. |
| TC77232 | REVIEW OF BENZENE RISK ASSESSMENTS | 23-Sep-83 | |
| TC94070 | Louviere v. Texaco Inc., et al | 21-Sep-83 | Richards,R.T. |
| TC93970 | AIKELS vs. Texaco, et al Louviere vs. Texaco, et al | 21-Sep-83 | Richards,R.T. |
| TX92951 | Unleaded Gasoline: Motor Fuel Chronic Inhalation Study (Volume 1 of 6) | 15-Sep-83 | |
| TC77860 | APHA POSITION ON BENZENE AND RISK ASSESSMENT; SENDS ARTICLE FROM THE AMERICAN PUBLIC HEALTH ASSOCIATION ENTITLED "THE USE OF RISK ASSESSMENT IN CARCINOGEN REGULATIONS" | 9-Sep-83 | BAILEY,W.J. |
| TC77224 | COMMENTS ON "AN ANALYSIS OF HEALTH EFFECTS OF BENZENE AND RECOMMENDATIONS FOR AN OCCUPATIONAL STANDARD" | 9-Sep-83 | MCGRATH,T. KUSLAK,R. |
| TX2058 | MODIFIED BUHLER TEST FOR THE SKIN SENSITAZATION POTENTIAL OF POLYPROPYLENE TOLUENE SULFONATE (CR 82R-5285) - GUINEA PIG SKIN SENSITIZATION | 9-Sep-83 | CUSHMAN,J.R. KORENAGA,G.L. WONG,Z.A. |
| TC77942 | RESPONSE TO ITEM 2 OF "CHRONOLOGY OF EVENTS ASSOCIATED WITH GASOLINE REPRODUCTION STUDIES AT APIMBSD": COMPLETED REPRODUCTION STUDIES IN RATS (BENZENE, MIXED XYLENES AND MTBE) HAVE BEEN NEGATIVE | 7-Sep-83 | HOLDSWORTH,C.E. |
| TC77861 | SENDS PREPRINT OF PAPER SCHEDULED TO APPEAR AT LONDON BENZENE CONFERENCE ENTITLED "ON PERMISSIBLE LIMITS FOR BENZENE EXPOSURE" | 1-Sep-83 | DEISLER,P.F. |
| TC77862 | NOTES REGARDING BENZENE STANDARDS, HEALTH HAZARDS, NEED FOR DETAILED EVALUATION FOR RISK ASSESSMENT | 1-Sep-83 | DANSEI,I.R. |
| TC77863 | SENDS FOR REVIEW SECOND DRAFT OF API'S RESPONSE TO OSHA REQUEST FOR INFORMATION REGARDING OCCUPATIONAL EXPOSURE TO BENZENE | 31-Aug-83 | PRICE,B. OKEEFE,W.F. |
| TC77864 | CHEVRON BENZENE TASK FORCE MEETING AUGUST 24, 1983 | 30-Aug-83 | DANSEI,I.R. |
| TC77865 | SENDS NOTES FROM MEETING WITH CIIT TO REVIEW BENZENE RESEARCH AUGUST 24, 1983; ABSTRACT OF THE APICMA BENZENE STUDIES ENTITLED "SUBCHRONIC INHALATION TOXICITY OF BENZENE IN RATS AND MICE" | 29-Aug-83 | HOLDSWORTH,C.E. WARD,C.O. DISBENNETT,D.B. |

| ID | Description | Date | Author |
|---|---|---|---|
| TC77225 | MEETING SEPTEMBER 2, 1983 ON BENZENE HEALTH EVIDENCE: REVIEW DOCUMENTS INCLUDING DR. GLENN SIMON'S SUMMARY OF THE TOXICOLOGICAL LITERATURE FOR BENZENE; PAUL GARVIN'S SUMMARY OF CURRENT BENZENE TOXICITY STUDIES OF BENZENE; SUMMARY OF API BENZENE STUDIES; SUMMARY OF NON-API SPONSORED STUDIES ON BENZENE TOXICOLOGICAL STUDIES; SUMMARY OF THE LITERATURE ON TOXICITY OF BENZENE THAT DR. B. GOLDSTEIN PREPARED; SUMMARY OF LITERATURE ON TOXICITY OF BENZENE THAT ATLANTIC RICHFIELD COMPANY PREPARED; AND CURRENT EPIDEMIOLOGY STUDIES IN PETROLEUM INDUSTRY THAT WAS PREPARED BY API STAFF | 29-Aug-83 | BRADFORD,M. |
| TC77227 | RESPONSE OF THE AMERICAN PETROLEUM INSTITUTE TO OSHA,S REQUEST FOR INFORMATION REGARDING OCCUPATIONAL EXPOSURE TO BENZENE (DOCKET NO. H-059 B) | 22-Aug-83 | |
| TC77226 | OCCUPATIONAL EXPOSURE TO BENZENE: REQUEST FOR INFORMATION: DOCKET NO. H-0598; RESPONSE OF THE CHEMICAL MANUFACTURERS ASSOCIATION (WORK ORDER #20585) | 22-Aug-83 | |
| TC77866 | CMA TRTG FOR BENZENE - REVIEW OF RECENT SCIENTIFIC LITERATURE | 11-Aug-83 | SIMON,G.S. |
| TC77868 | API BENZENE TASK FORCE: API HAS NOTIFIED EPA IT WILL SUE IN 60 DAYS TO FORCE THE AGENCY TO MAKE A "DETERMINATION THAT BENZENE WAS IMPROPERLY LISTED AS A HAZARDOUS AIR POLLUTANT": THE LEGAL STEERING COMMITTEE NEVER REVIEWED THESE PAPERS; NO FURTHER PAPERS WILL BE FILED WITHOUT AN OPPORTUNITY FOR PRIOR REVIEW BY COMMITTEE MEMBERS | 10-Aug-83 | CORASH,M.B. |
| TC77867 | CHEVRON POSITION ON BENZENE REGULATION: ENVIRONMENTAL DEFENSE FUND SUIT BROUGHT AGAINST EPA TO FORCE THE AGENCY TO REGULATE BENZENE GIVES URGENCY TO THIS REVIEW | 9-Aug-83 | GILMAN,I.H. |
| TC77870 | SENDS REPORT PRESENTED AT HSRC BENZENE TASK FORCE ENTITLED "CURRENT STATUS OF TOXICITY STUDIES OF BENZENE"; APPENDIX - SUMMARY OF API STUDIES RELEVANT TO BENZENE; NON-API SPONSORED STUDIES ON BENZENE TOXICITY | 5-Aug-83 | GARVIN,P.J. |
| TC77869 | PREPRINT OF PAPER: SCIENTIFIC COMMITTEE ON MAXIMUM ALLOWABLE CONCENTRATIONS OF TOXIC SUBSTANCES IN INDUSTRY MEETING AUGUST 30-31, 1983 AT ROYAL SOCIETY OF MEDICINE, CHANDOS HOUSE, CHANDOS STREET, LONDON ENTITLED "ON PERMISSIBLE LIMITS FOR BENZENE EXPOSURE" | 5-Aug-83 | VANRAALTE,H.G. |
| TC77871 | PRELIMINARY POSITION OF CHEMICAL MANUFACTURERS ASSOCIATION REGARDING BENZENE STANDARDS | 1-Aug-83 | |
| TC27084 | 830726 TASK FORCE MEETING - SENDING FOR REVIEW AGENDA, PRESS RELEASE, NRDC/EDF COMPLAINT, ARTICLES AND A SCOPING PAPER ON BENZENE | 19-Jul-83 | PRICE,B. |
| TC77229 | API INTERVENTION IN NRDC AND EDF LAWSUIT AGAINST EPA TO COMPEL BENZENE REGULATIONS: RECOMMENDS API TO RETAIN EDWARD WARREN OF KIRKLAND & ELLIS IN CONNECTION WITH PROPOSED INTERVENTION | 18-Jul-83 | PURNELL,C.R. |
| TC77533 | NRDC CONCERN OVER CANCER TEST RESULTS ON GASOLINE FUMES SUBMITTED BY OIL INDUSTRY TO EPA; NRDC AND EDF FILING SUIT TO FORCE EPA TO ACT ON BENZENE EMISSIONS AND OTHER TOXIC POLLUTANTS | 14-Jul-83 | DONIGER,D.D. |
| TC77872 | PREPRINT OF PAPER CONCERNING LIFETIME EXPOSURES OF SPRAGUE-DAWLEY RATS TO 100 PPM BENZENE ENTITLED "EVIDENCE FOR HEMOTOXICITY AND TUMORIGENESIS IN RATS EXPOSED TO 100 PPM BENZENE" | 8-Jul-83 | SNYDER,C.A. |
| TC77873 | FINAL DRAFT FOR DRINKING WATER CRITERIA DOCUMENT ON BENZENE; COMMENTS WRITTEN ON REPORT | 1-Jul-83 | MARCUS,W.L. |
| TC77228 | SENDING FINAL DRAFT FOR DRINKING WATER CRITERIA DOCUMENT ON BENZENE | 1-Jul-83 | WOLFE,S.J. MARCUS,W.L. |
| TC77231 | REPORT: "AN ANALYSIS OF HEALTH EFFECTS OF BENZENE AND RECOMMENDATIONS FOR AN OCCUPATIONAL STANDARD" | 1-Jul-83 | WOLFE,S.J. MARCUS,W.L. MCGRATH,T. KUSIAK,R. |
| TXG0057 | 96-HOUR AQUATIC TOXICITY STUDY IN RAINBOW TROUT AND BLUEGILL SUNFISH WITH SYNFLUID 8 CST - ACUTE BLUEGILL LC50 - ACUTE RAINBOW TROUT LC50 | 30-Jun-83 | RAUSINA,G.A. STROTHER,D.E. |
| TC77874 | BENZENE RECENT ANIMAL STUDIES: TOXICOLOGY COMMITTEE MET WITH API CONSULTANT TO DISCUSS STATUS OF VARIOUS STUDIES ON BENZENE RECENTLY COMPLETED | 20-Jun-83 | MACGREGOR,J.A. |
| TX77235 | SUBCHRONIC INHALATION STUDY IN MICE AND RATS WITH BENZENE | 17-Jun-83 | COATE,W.B. HARDY,R.J. ALSAKER,R.D. |
| TC28007 | REQUEST FOR A REVIEW OF MEDICAL SURVEILLANCE AND EXPOSURE/MONITORING SURVEYS : IN GENERAL AND BENZENE IN PARTICULAR : COMMENTS INVITED | 16-Jun-83 | PRICE,B. |

| ID | Description | Date | Author(s) |
|---|---|---|---|
| TC77875 | REVIEWS OF MANUSCRIPTS FOR API 'DEPRESSIONS IN B AND T LYMPHOCYTE MITOGEN-INDUCED BLASTOGENESIS IN MICE EXPOSED TO LOW CONCENTRATIONS OF BENZENE' AND 'REPEATED EXPOSURE OF C57BL MICE TO 10 PPM BENZENE MARKEDLY DEPRESSED ERYTHROCYTIC COLONY FORMATION" | 15-Jun-83 | MUNSON,A.E. ROSEN,M.G. BAARSON,K.A. |
| TC77876 | REQUEST FOR INFORMATION TO ASSIST API ASSOCIATES IN THEIR STUDY FOR OSHA'S OFFICE OF REGULATORY ANALYSIS TO DETERMINE THE TECHNOLOGICAL AND ECONOMIC FEASIBILITY OF REGULATORY ALTERNATIVES TO THE STANDARD FOR OCCUPATION EXPOSURE TO BENZENE | 15-Jun-83 | GALLAGHER,K. |
| TC28093 | SENDING API CONDENSATION OF DATA ON OCCUPATIONAL BENZENE EXPOSURES IN PETROLEUM PRODUCTION, TRANSPORTATION, REFINING AND MARKETING ACTIVITIES IN SUPPORT OF API'S OPPOSITION TO THE ISSUANCE OF AN EMERGENCY TEMPORARY STANDARD FOR BENZENE | 13-Jun-83 | SWANSON,S.M. AUCHTER,T.G. GALLAGHER,K. PRICE,B. |
| TC28008 | 830728 TASK FORCEWORKGROUP MEETING : NOTIFICATION AND MATERIAL ON BENZENE FOR REVIEW | 13-Jun-83 | PRICE,B. |
| TXG0064 | 96-HOUR AQUATIC TOXICITY STUDY IN RAINBOW TROUT AND BLUEGILL SUNFISH WITH RESIN-FORMER FEEDSTOCK - ACUTE BLUEGILL LC50 - ACUTE RAINBOW TROUT LC50 | 10-Jun-83 | RAUSINA,G.A. STROTHER,D.E. |
| TC77943 | REVIEW OF DRAFTS OF LETTER TRANSMITTING RECORD SAMPLING DATA TO OSHA AND SUMMARY OF DATA FROM 1977 AND 1978; DRYDEN,S.L. TO REPLY OR HAS ALREADY REPLIED | 7-Jun-83 | PRICE,B. CAVALLI,R.D. |
| TC28024 | SENDING INFORMATION PACKAGE ON RECENT TOXICOLOGICAL AND OCCUPATIONAL HEALTH DEVELOPMENTS WITH RESPECT TO BENZENE | 27-May-83 | WEAVER,N.K. |
| TC77877 | SENDS GOLDSTEIN'S EDITORIAL 'BENZENE IS STILL WITH US' TO APPEAR IN AMERICAN JOURNAL OF INDUSTRIAL MEDICINE; ARTICLE 'TOXIC MATERIAL NEWS' | 13-May-83 | HOLDSWORTH,C.E. GOLDSTEIN,B.D. MACGREGOR,J.A. |
| TC77878 | MEMO REFLECTING DISAGREEMENT OF TABLE AND ARGUMENTS PREPARED BY C. BLAND OF API'S OFFICE OF THE GENERAL COUNCIL, FOR HSRC BENZENE TASK FORCE | 13-May-83 | DUNCAN,L.E. HOLDSWORTH,C.E. |
| TC77236 | REPORT: 'OCCUPATIONAL EXPOSURE LEVEL ASSESSMENT OF BENZENE' | 1-May-83 | |
| TC28066 | BENZENE TASK FORCE MEETING 830510 : CONVENED IN RESPONSE TO THE PCHRG AND UNION PETITION FOR BENZENE EMERGENCY TEMPORARY STANDARD.; SENDING PETITION AND EPA'S HAZARDOUS POLLUTANT POLICY PROPOSAL | 20-Apr-83 | PRICE,B. WOLFE,S.M. |
| TX2015 | MODIFIED BUCHER TEST FOR THE SKIN SENSITIZATION POTENTIAL OF TRIOCTYLAMMONIUM TRIFLUOROMETHANE SULFONATE (TRIFLATE) : GUINEA PIG SKIN SENSITIZATION | 13-Apr-83 | CUSHMAN,J.R. LEFKANOWICZ,D.A. WONG,Z.A. |
| TC77982 | OSHA BENZENE STANDARD; SENDING ARTICLE WHICH APPEARED IN THE WASHINGTON POST 'OSHA ANNOUNCES INTENT TO PROPOSE STIFFER BENZENE STANDARDS': NOT CLEAR WHAT THE ADVANCE NOTICE WILL CONTAIN BUT ARE ATTEMPTING TO ASSESS THIS NEW DEVELOPMENT & WILL ADVISE OF ALL SUBSEQUENT ACTIVITY | 8-Apr-83 | BEAUCHAMP,M. BLOCK,A. BRADFORD,M. |
| TC27985 | TRANSMITTAL OF FINAL API OPTIONS PAPER AND OTHER MISCELLANEOUS DOCUMENTS ; ON EPA'S CARCINOGEN POLICY AND BENZENE RESEARCH NEEDS | 15-Mar-83 | PRICE,B. |
| TXG0858 | 96-HOUR AQUATIC TOXICITY STUDY IN MYSID SHRIMP WITH MINERAL SEAL OIL - ACUTE MYSID SHRIMP LC50 SILVERSIDES LC50 | 21-Feb-83 | RAUSINA,G.A. MEYERS,W.R. BUTALA,J.H. |
| TXG0857 | 96-HOUR AQUATIC TOXICITY STUDY IN TIDEWATER SILVERSIDES MINERAL SEAL OIL - ACUTE TIDEWATER SILVERSIDES LC50 | 21-Feb-83 | MEYERS,W.R. RAUSINA,G.A. GUINEY,P.D. |
| TC27982 | 830223 TASK FORCEWORKGROUP MEETING ; SENDING DRAFT ISSUE PAPER ON VARIOUS OPTIONS AVAILABLE TO THE INDUSTRY RE NRDC/EDF DECISION TO SUE EPA FOR FAILURE TO PROMULGATE 4 PROPOSED STANDARDS | 17-Feb-83 | PRICE,B. |
| TC77879 | BENZENE TOXICITY: REVIEW OF RECENT LITERATURE | 3-Feb-83 | GOLDSTEIN,B.D. |
| TC77216 | BENZENE TOXICITY: REVIEW OF RECENT LITERATURE; INTENDED AS A FOLLOWUP OF THE INFORMATION IN 'BENZENE TOXICITY: A CRITICAL EVALUATION' | 3-Feb-83 | GOLDSTEIN,B.D. |
| TC70603 | BENZENE TOXICITY: REVIEW OF RECENT LITERATURE | 3-Feb-83 | GOLDSTEIN,B.D. |
| TC77954 | GIVES INFORMATION THAT CEHC LIBRARY HAS A DRAFT OF AN API REPORT ENTITLE 'A REVIEW AND EVALUATION OF RECENT LITERATURE ON AMBIENT CONCENTRATIONS, MODELING AND POPULATION EXPOSURE TO BENZENE, TOLUENE, AND XYLENE' | 25-Jan-83 | CAVALLI,R.D. |
| TC77247 | SENDS REPORT: 'A REVIEW AND EVALUATION OF RECENT LITERATURE ON AMBIENT CONCENTRATIONS, EMISSIONS, MODELING AND POPULATION EXPOSURE TO BENZENE, TOLUENE, AND XYLENE' | 25-Jan-83 | |

| ID | Description | Date | Author |
|---|---|---|---|
| TC77234 | FINAL REPORT: "SERUM IMMUNOGLOBULIN LEVELS OF CD RATS AND CD-1 MICE EXPOSED TO BENZENE VAPOR" | 6-Jan-83 | WHITE,K.L. MUNSON,A.E. |
| TC77248 | SENDING LETTERS FROM CONCAWE TO OECD COMMENTING ON THE DRAFT AND FINAL DRAFT VERSIONS OF THE BENZENE REPORT; PAPER BY DR. WESTAWAY; TABLE FROM A CONCAWE REPORT ON BENZENE CONTENT IN EUROPEAN COUNTRIES; SECTION CROM CEFIC DRAFT REPORT ON LEGISLATIVE REQUIREMENTS FOR BENZENE OPERATIONS IN EUROPEAN COUNTRIES TO COMPLY WITH REQUEST FOR INFORMATION | 30-Dec-82 | WITTMEIER,H. |
| TC77837 | EDITORIALS AND COMMENT FROM IDAHO STATESMAN NOVEMBER 11, 1982; LETTERS TO THE EDITOR "BENZENE EXPOSURE" BY M. MACHBITZ | 11-Nov-82 | FOSTER,M. |
| TC77838 | MEMO REGARDING ARB STAFF REPORT ON MORTALITY RATE DUE TO VARIOUS BENZENE EXPOSURE; ASKS FOR COMMENTS; CONCERNS EXPLAINED VIA TELEPHONE | 9-Nov-82 | FOSTER,M. |
| TC27981 | BENZENE-AN EXPERIMENTAL MULTIPOTENTIAL CARCINOGEN ...THE UP-TO-DATE RESULTS OF THE LONG-TERM BIOASSAYS PERFORMED AT THE BOLOGNA INSTITUTE OF ONCOLOGY | 30-Sep-82 | MALTONI,C. CONTI,B. COTTI,G. MANDROLI,C. SCARNATO,C. |
| TC77839 | ENVIRONMENT, HEALTH AND SAFETY LIAISON COMMITTEE; SENDS API MEMO SEPTEMBER 23, 1982 AND ENCLOSURES INCLUDES SUBJECT TERM LIST FOR BENZENE COLLECTION AND PRODUCT LIABILITY RESOURCE COLLECTION AND SUBJECT TERM LIST FOR USE BY LAWYERS IN DEFENDING LITIGATION BASED ON EXPOSURE TO BENZENE | 30-Sep-82 | PURNELL,C.R. WOLFE,S.J. |
| TC77934 | NEWS IN BRIEF RESEARCH AND TECHNOLOGY: "INTERNATIONAL REPORT ON BENZENE HEALTH RISK ALLEGEDLY ALTERED" | 10-Sep-82 | PURNELL,C.R. |
| TC77840 | INFORMATION ON STATUS OF STUDY ON BENZENE, CARCINOGENESIS BIOASSAY AT BATELLE COLUMBUS (NATIONAL TOX PROGRAM) | 2-Sep-82 | CRAIG,P.H. HOLDSWORTH,C.E. |
| TC77841 | BENZENE - PRELIMINARY RESULTS FROM THE CHRONIC STUDY BY BATTELLE COLUMBUS LABS | 1-Sep-82 | STACK,C. HUFF,J.E. |
| TC77309 | "BENZENE: AN EXPERIMENTAL MULTIPOTENTIAL CARCINOGEN"; UP-TO-DATE RESULTS OF LONG TERM BIOASSAYS PERFORMED AT BOLOGNA INSTITUTE OF ONCOLOGY | 1-Sep-82 | MALTONI,C. CONTI,B. COTTI,G. |
| TC77842 | PS-4 TASK FORCE REVIEW OF MANUSCRIPT BY S.H. LAMM "GENOTOXICITY OF BENZENE"; COMMENTS ATTACHED | 31-Aug-82 | CONAWAY,C.C. |
| TC77843 | SENDS EXCERPT OF "HEMATOTOXIC EFFORTS OF INHALED BENZENE" FROM PUBLICATION BY NYU INSTITUTE OF ENVIRONMENTAL MEDICINE, RESEARCH IN ENVIRONMENTAL HEALTH SCIENCES DEC 31, 1982 | 30-Aug-82 | WEAVER,N.K. |
| TC28094 | BENZENE UPDATE WORKGROUP MEETING 820819 ; SENDING FOR REVIEW A SUMMARY OF 820802 MEETING WITH EPA CLEAN AIR ACT STAFF ; AND MINUTES OF 820708, 820720 TASK FORCE MEETINGS | 10-Aug-82 | SCOVELL,T. FARNHAM,R.A. |
| TC27986 | UPDATE ON TASK FORCE ACTIVITIES ; SENDING MINUTES AND MATERIALS FROM 820512 MEETING ; RAALTE, HG "HAEMATOLOGICAL, MYELOTOXIC, CLASTOGENIC, CARCINOGENIC, AND LEUKAEMOGENIC EFFECTS OF BENZENE" | 10-Jun-82 | BEAUCHAMP,M. BRADFORD,M. UGHETTA,V. |
| TC77207 | SENDING CORRECTED AND COMPLETED VERSION: "PAPER ON BENZENE" | 21-May-82 | SMITH,C.W. |
| TC77844 | MAY 12, 1982 JOINT BENZENE-CANCER POLICY TASK FORCE MEETING; MEMORANDUM CONCERNING LEGISLATIVE, REGULATORY AND LITIGATION ISSUES RELATING TO BENZENE | 4-May-82 | BEAUCHAMP,M. BRADFORD,M. UGHETTA,V. |
| TC77394 | TOLUENE AND XYLENE EXPOSURES: COMPILED DATA INTO FIVE CATEGORIES USEFUL TO API HSRC TASK FORCE PROJECT ON PENDING TSCA REGULATIONS; LABORATORY GENERATED GASOLINE VAPOR; ENVIRONMENTAL SURVEILLANCE SAMPLES; REFINERY SURVEYS; PRODUCT DELIVERY DRI VER'S EXPOSURES; AIRBORNE BENZENE SAMPLING DATA | 22-Apr-82 | DRYDEN,S.L. |
| TC77246 | SENDS REPORTS: "ANTICIPATED EPA BENZENE STANDARDS": "PROCEDURAL ISSUES REGARDING A POTENTIAL CHALLENGE TO BENZENE EMISSION STANDARDS": "DRAFT - PRELIMINARY REVIEW OF THE BENZENE LITERATURE 1978-1982"; "BENZENE: AN EXPERIMENTAL A MULTIPOTENTIAL CARCINOGEN"; "COMPARISON OF RECENT QUALITATIVE RISK ASSESSMENTS FOR BENZENE"; "A REVIEW AND EVALUATION OF RECENT LITERATURE ON AMBIENT CONCENTRATIONS, EMISSIONS, MODELING AND POLLUATION EXPOSURE TO BENZENE, TOLUENE, AND XYLENE"; "SUMMARY REPORT OF REGULATORY DEVELOPMENTS RELATIVE TO BENZENE ON AN INTERNATIONAL LEVEL ", "SUMMARY REPORT OF API'S SCIENTIFIC RECORD FOR BENZENE 1977-1980" | 21-Apr-82 | STACK,C. |

| | | | |
|---|---|---|---|
| TC77845 | SENDS DRAFT I LETTER TO IARC FOR REVIEW REGARDING "IARC MONOGRAPHS, UPDATED BENZENE REVIEW" | 16-Apr-82 | STACK,C. COX,G.V. |
| TC77846 | SENDS FINAL DRAFT REPORT "AN EXPOSURE AND RISK ASSESSMENT FOR BENZENE" BY ARTHUR D LITTLE INC.NOTE REGARDING BENZENE RISK ESTIMATES IN REPORT | 15-Apr-82 | SMITH,C.W. FOSTER,M. GILBERT,D. |
| TA5865 | HEALTH HAZARD EVALUATION REPORT NO. HHE-80/202-1092, PHILLIPS PETROLEUM COMPANY REFINERY, WOODS CROSS, UTAH | 1-Apr-82 | GUNTER,B. THOBURN,T. |
| TX73344 | INHALATION TERATOLOGY STUDY IN RATS WITH BENZENE | 22-Mar-82 | COATE,W.B. HARDY,R.J. DURLOO,R.S. |
| TC77847 | ARTICLE: "BENEFITS AND COSTS OF REGULATING BENZENE" FROM JOURNAL OF THE AIR POLLUTION CONTROL ASSOCIATION | 22-Mar-82 | FARNHAM,R.A. |
| TC94479 | Bonide Intent Pre-Manufacture Notices | 3-Mar-82 | Lau,H.P. |
| TC77848 | "A CRITICAL LOOK AT HAZARDS FROM BENZENE IN WORKPLACE AND COMMUNITY AIR" ARTICLE BY VAN RAALTE,H.G.S. IN REGULATORY TOXICOLOGY AND PHARMACOLOGY, VOLUME 2, PAGES 67-76, 1982 (FULL ARTICLE IN REPRINTS FILE #2874) | 1-Mar-82 | |
| TC77308 | API OCCUPATIONAL HEALTH COMMITTEE MEETING HOUSTON JANUARY 14, 1982: SENDS MEETING AGENDA AND BRIEF DISCUSSIONS OF MEETINGS HIGHLIGHTS: "BENZENE/LEUKEMIA STUDY PROPOSALS; API/MSKCC STUDY; SYNFUELS HEALTH DATA BASE (OIL SHALE REGISTRY); REPRODUCTIVE EFFECTS; OH-1 MORTALITY STUDY UPDATE; OH-16 MEDICAL SURVEILLANCE SECTION | 25-Jan-82 | BAILEY,W.J. |
| TC77261 | REVIEWED MATERIALS REGARDING CASE OF CITY OF NORTHGLENN VS CHEVRON: REMARKS ON TWO POINTS: WHAT LEVELS OF BENZENE WOULD BE TOXIC TO THE POPULATION, AND ARE URINARY PHENOLS AN APPROPRIATE TEST TO USE TO SCREEN NON-OCCUPATIONAL POPULATION EXPOSED TO BENZENE" | 5-Jan-82 | FREEDMAN,M.L. |
| TC77245 | FINAL DRAFT REPORT "AN EXPOSURE AND RISK ASSESSMENT FOR BENZENE": EPA CONTRACT 68-01-5949 | 1-Jan-82 | GILBERT,D. BYRNE,M. HARRIS,J. |
| TC77831 | INSTITUTE OF ENVIRONMENTAL MEDICINE RESEARCH IN ENVIRONMENTAL HEALTH SCIENCES EIGHTEENTH ANNUAL REPORT OF PROGRESS: HEMATOTOXIC EFFECTS OF INHALED BENZENE | 31-Dec-81 | STEBER,W. WOODRUFF,C. |
| TC27983 | 820128 MEETING: API STRATEGY WITH RESPECT TO EPA PROPOSED CARCINOGEN POLICY; SENDING MATERIALS ON CLEAN AIR ACT REGULATORY OPTIONS AND BENZENE RESEARCH | 18-Dec-81 | BEAUCHAMP,M. BRADFORD,M. UGHETTA,E.V. |
| TC77754 | BENZENE RISK ASSESSMENT: INFORMS THAT INTERNATIONAL AGENCY FOR RESEARCH ON CANCER HAS PREPARED FINAL DRAFT WHICH ESTIMATES RISK OF LEUKEMIA AMONG WORKERS EXPOSED TO BENZENE; REPORT "COMPARISON OF BENZENE RISKS": "GEOGRAPHICAL VARIATION IN AMBIENT BENZENE EXPOSURE AND LEUKEMIA MORTALITY"; "LEUKEMIA RISKS AMONG SERVICE STATION PERSONNEL: A STUDY PROPOSAL" | 7-Dec-81 | RATHBUN,D.B. |
| TX1849 | THE EFFICACY OF THERAPEUTIC STEROID TREATMENT ON THE PRIMARY EYE IRRITATION OF FUNGINEX ROSE DISEASE CONTROL - ACUTE RABBIT PRIMARY EYE IRRITATION | 9-Oct-81 | BULLOCK,C.A. CISSON,C.M. WONG,Z.A. |
| TC77937 | API STUDIES ON BENZENE SKIN ABSORPTION; SENDING COMMENTS AFTER REVIEW OF THESE STUDIES; ALSO PERCUTANEOUS ABSORPTION OF BENZENE METHOD OF ESTIMATING DOSE BASED UPON API STUDIES | 4-Sep-81 | DRYDEN,S.L. |
| TC93721 | CMA's Comments on 8(C) TSCA 1981 | 17-Jul-81 | Scovel,T.R. |
| TC77832 | BENZENE DOMINANT LETHAL AND REPRODUCTION STUDIES SPONSORED BY CMA AND API: SENDING SUMMARIES OF TWO (2) FINAL REPORTS; NO DOMINANT LETHAL EFFECTS NOTED AFTER INHALATION OF 1, 10, 30, OR 300 PPM, VERY LITTLE SEEN IN REPRODUCTION/FERTILITY STUDY | 17-Jun-81 | MACGREGOR,J.A. |
| TC77833 | SENDING THREE (3) ARTICLES RECEIVED FROM AURELIUS,B. (SHELL) AND SCHANKE,J. (API STATE RELATIONS) RE HIGH CANCER RATES | 8-Jun-81 | BEAUCHAMP,M. |
| TC77468 | HAVE HAD A MEMBER COMPANY REQUEST A SAMPLE OF API'S UNLEADED GASOLINE (PS-6 GASOLINE) TO BE USED FOR THEIR TESTING REFERENCE; PS-6 EPA REFERENCE GASOLINE IS VERY TYPICAL OF UNLEADED GASOLINE IN THE US EXCEPT FOR ITS BENZENE CONTENT WHICH WAS MAXIMIZED; REQUESTING THE EXECUTIVE COMMITTEE CONSIDER THE MATTER OF FULFILLING THE REQUEST | 2-Jun-81 | HOLDSWORTH,C.E. |
| TA32030 | PERCUTANEOUS ABSORPTION OF BENZENE | 1-May-81 | FRANZ,T.J. |

| ID | Description | Date | Author(s) |
|---|---|---|---|
| TC77243 | SENDING COPIES OF PROGRESS REPORTS: "PENETRATION OF PETROLEUM CHEMICALS", "ABSORPTION OF PETROLEUM PRODUCTS ACROSS THE SKIN OF THE MONKEY AND MINIATURE PIG", "PERCUTANEOUS PENETRATIONS OF BENZENE:MAN" AND "PERCUTANEOUS PENETRATION BENZENE MAN II. PALM" | 30-Mar-81 | RATHBUN,D.B. |
| TC77469 | EXPOSURE TO ATMOSPHERIC BENZENE VAPOUR ASSOCIATED WITH MOTOR GASOLINE REPORT NO. 2/81; SYNOPSIS OF CONCAWE REPORT | 17-Mar-81 | SELBY-BOOTHROYD,D. |
| TC77834 | SENDING TO FILES ENVIRONMENTAL HEALTH LETTER, MARCH 15, 1981 (810315). ARTICLE "BENZENE SAID TO HAVE NO EFFECT ON REPRODUCTION OF LAB ANIMALS." RESEARCH ADMINISTERED BY CIMA AND API AND CONDUCTED BY BIODYNAMICS COVERED INHALATION LEVELS UP TO 30 TIMES THE CURRENT WORKPLACE STANDARD | 15-Mar-81 | MACGREGOR,J.A. |
| TC77397 | EXPOSURE TO ATMOSPHERIC BENZENE VAPOUR ASSOCIATED WITH MOTOR GASOLINE REPORT NO. 2/81 | 1-Feb-81 | TIMS,J.M. CONRAD,M. CUTOLO,G.F. |
| TX75898 | TOXICITY STUDIES WITH BASE CHEMICALS; IN VITRO GENOTOXICITY STUDIES WITH ETHYL BENZENE HYDROPEROXIDE (EBHP) AND ETHYL BENZENE (ETHYLBENZENE) | 1-Jan-81 | BROOKS,T.M. CRABTREE,A.N. JONES,L. |
| TC77249 | CONCAWE BENZENE REPORT: REPORT NO. 2/81 "EXPOSURE TO ATMOSPHERE BENZENE VAPOUR ASSOCIATED WITH MOTOR GASOLINE" | 24-Dec-80 | VONBURG,R. |
| TX73343 | A DOMINANT LETHAL INHALATION STUDY WITH BENZENE IN RATS | 1-Dec-80 | SCHROEDER,R.E. BSHASSO,L. KENNY,M. |
| TX77380 | AN INHALATION FEMALE FERTILITY STUDY WITH BENZENE IN RATS | 1-Dec-80 | SCHROEDER,R.E. BSHASSO,L. |
| TC77835 | BENZENE WORKSHOP NOVEMBER 6-7, 1980 WASHINGTON HILTON HOTEL | 18-Nov-80 | VONBURG,R. |
| TC77239 | CONCAWE BENZENE REPORT: FINAL DRAFT FOR APPROVAL "EXPOSURE TO ATMOSPHERIC BENZENE VAPOUR ASSOCIATED WITH MOTOR GASOLINE" | 10-Nov-80 | KNEGTEL,J.T. SOMERVILLE,H.J. |
| TC77301 | API SUBMITS "POST -HEARING COMMENTS OF THE AMERICAN PETROLEUM INSTITUTE ON THE LISTING OF BENZENE AS A HAZARDOUS AIR POLLUTANT UNDER SECTION 112 OF THE CLEAN AIR ACT" AND "SUPPLEMENTAL POST-HEARING EVIDENCE OF THE AMERICAN PETROLEUM INSTITUTE":EPA DOC NO. OAQPS 79O9-3, PART I AND PART II | 6-Nov-80 | RATHBUN,D.B. |
| TC77430 | SENDS FINAL DRAFT OF PART 1 OF "POST-HEARING COMMENTS OF THE AMERICAN PETROLEUM INSTITUTE ON THE LISTING OF BENZENE AS A HAZARDOUS AIR POLLUTANT UNDER SECTION 112 OF THE CLEAN AIR ACT"; REQUESTS TO REVIEW AND PHONE IN COMMENTS | 30-Oct-80 | BRADFORD,M. |
| TC77240 | CONCAWE DRAFT BENZENE REPORT: SENDING "EXPOSURE TO ATMOSPHERIC BENZENE VAPOUR ASSOCIATED WITH MOTOR GASOLINE" FOR FINAL COMMENTS AND APPROVAL | 29-Oct-80 | KNEGTEL,J.T. VERSCHUEREN,K. |
| TXWE089 | A STUDY OF DERMAL AND INHALATION EXPOSURE OF MIXERS/LOADERS AND APPLICATORS TO NITROFEN IN MONTEREY AND SANTA BARBARA COUNTIES OF CALIFORNIA - WORKER EXPOSURE | 9-Oct-80 | MADDY,K.T. |
| TA92028 | An Historical Prospective Mortality Study of Workers Potentially Exposed to Benzene and the Lubricating-Solvent Units of the Gulf Port Arthur Refinery | 3-Sep-80 | |
| TX1687 | THE SKIN SENSITIZATION POTENTIAL OF APG 2571 - GUINEA PIG SKIN SENSITIZATION | 16-Jul-80 | RITTENHOUSE,J.R. WONG,Z.A. |
| TC77302 | API REPORT: "BENZENE, XYLENE, AND TOLUENE IN AQUATIC SYSTEMS: A REVIEW" | 1-Jan-80 | BUIKEMA,A.L. HENDRICKS,A.C. |
| TX1483 | THE SKIN SENSITIZATION POTENTIAL OF RE30294 CENTRATE - GUINEA PIG SKIN SENSITIZATION | 17-Sep-79 | MACGREGOR,J.A. RITTENHOUSE,J.R. WONG,Z.A. |
| TX1465 | THE SKIN SENSITIZATION POTENTIAL OF RE 30295 - GUINEA PIG SKIN SENSITIZATION | 14-Sep-79 | MACGREGOR,J.A. RITTENHOUSE,J.R. WONG,Z.A. |
| TC77836 | REPORT FROM SRI INTERNATIONAL ENTITLED "EVALUATION OF SELECTED HEALTH EFFECTS INFORMATION FOR THE CONSUMER PRODUCT SAFETY COMMISSION PROPOSED RULE ON BENZENE" | 1-Jun-79 | MCEWEN,G.N. DZIUK,L.J. |
| TA90052 | EMBRYOFETAL TOXICITY AND TERATOGENICITY OF BENZENE AND TOLUENE IN THE MOUSE - ABSTRACT | 1-Jan-79 | NAWROT,P.S. STAPLES,R.E. |
| TC77305 | A CRITICAL EVALUATION OF BENZENE TOXICITY | 1-Mar-77 | LASKIN,S. GOLDSTEIN,B.D. FREEDMAN,M.L. |
| TXG0083 | THE FATE OF STYRENE IN RATS FOLLOWING AN INHALATION EXPOSURE TO 14C-STYRENE - ACUTE RAT INHALATION SCREEN/LD50 | 10-Dec-76 | SAUERHOFF,M.W. |
| TXG0084 | TERATOLOGIC EVALUATION OF STYRENE MONOMER ADMINISTERED TO RATS BY GAVAGE - RAT TERATOLOGY | 23-Jul-76 | MURRAY,F.J. |

| | Description | Date | Authors |
|---|---|---|---|
| TX491 | THE EFFECTS OF REPEATED DERMAL EXPOSURES TO AMERICAN GILSONITE SELECTS (SAMPLE #GJ-3576) AND A HIGH TEMPERATURE GILSONITE DISTILLATE (SAMPLE #3576) ON SWISS-WEBSTER MICE - CHRONIC MOUSE SKIN-PAINTING | - | GREGORY,L.K. MACGREGOR,J.A. |
| TX492 | THE EFFECTS OF REPEATED DERMAL EXPOSURE TO AMERICAN GILSONITE SELECTS (SAMPLE #GS-3576) ON SWISS-WEBSTER MICE - CHRONIC MOUSE SKIN-PAINTING | 18-Feb-76 | NARCISSE,J.K. SPENCE,J.A. GREGORY,L.K. MACGREGOR,J.A. SPENCE,J.A. |
| TA32203 | DANGERS OF PETROL USED AS SOLVENT | 18-Feb-76 | VERWILGHEN,R.L. VAN DORPE,A. |
| TXG00963 | EVALUATION OF THE SKIN CANCER POTENTIAL OF STYRENE DISTILLATION RESIDUES - CHRONIC MOUSE SKIN PAINTING | 31-Dec-75 | VEULEMANS,H. |
| TA30841 | THE JOINT TOXIC ACTION OF PERCHLOROETHYLENE WITH BENZENE OR TOLUENE IN RATS | 24-Oct-74 | CARPENTER,C.P. MITCHELL,L.O. |
| TC74378 | TORRES VS GULF OIL DOCUMENTS FOR USE IN THIS CASE INCLUDING THE RUNION REPORT "BENZENE IN GASOLINE" DOCUMENT FILED IN 1997 FILE SINCE IT WAS TURNED INTO FILES IN JUNE 1997. | 28-Jun-74 | WITHEY,R.J. HALL,J.W. |
| TX394 | SKIN SENSITIZATION POTENTIAL OF 3-METHYL-1,5-PENTANEDIOL (MPD) IN GUINEA PIGS - GUINEA PIG SKIN SENSITIZATION | 1-Aug-73 | RUNION,H.E. |
| TA32141 | Chromosome Study in a Case of Granulocytic Leukaemia with Pelgerisation 7 Years after Benzene Pancytopenia | 26-Mar-72 | CAVALLI,R.D. NARCISSE,J.K. RITTENHOUSE,J.R. SPENCE,J.A. |
| TA32140 | Chromosome Studies in Workers Exposed to Benzene or Toluene or Both | 31-Dec-71 | Sellyei,M. Kelemen,E. |
| | | 31-Dec-71 | Forni,A. Pacifico,E. Limonta,A. |
| TC77794 | REPORTS: EXPERIMENTAL STUDIES ON THE CHRONIC TOLUENE POISONING: CHANGES IN THE BLOOD AND VISCERAL ORGANS OF TOLUENE EXPOSED RATS; PARAMENIA IN WOMEN WORKING IN AN AMBIENT ATMOSPHERE WITH LOW SOLVENT VAPOR CONCENTRATIONS; WORKING CONDITIONS AND HEALTH STATUS OF WOMEN HANDLING ORGANOSILICEOUS VARNISHES CONTAINING TOLUENE; SUBJECTIVE SIGNS IN THE COURSE OF OCCUPATIONAL EXPOSURE TO LOW CONCENTRATIONS OF ORGANIC SOLVENTS; CHEMICAL HAZARDS AND LOST-TIME ILLNESSES IN THE FURNITURE INDUSTRY; ANIMAL EXPERIMENTAL STUDIES OF AN INDUSTRIAL NOXA; MUTAGENIC ACTION OF BENZENE, TOLUENE AND A MIXTURE OF THESE HYDROCARBONS IN A CHRONIC EXPERIMENT; WORK CONDITIONS AND THEIR INFLUENCE OF SOME SPECIFIC FUNCTIONS OF WOMEN ENGAGED IN THE MANUFACTURE OF ENAMEL-INSULATED WIRES | 27-May-71 | MATSUMOTO,T. JELINEK,B. SEROVADKO,O.N. POSTOLACHE,V. ZAJKOV,K. EULER,H.H. DOBROKHOTEV,B. SYROVADKO,O.N. |
| TXG02260 | ACUTE TOXICITY STUDIES WITH A,3-BIS (3-AMINOPHENOXY) BENZENE(APB) | 20-Jul-70 | BAKER,R.G. |
| TX20 | ACUTE VAPOR TOXICITY OF OX-2728, OX-2729, OX-2730, OX-2731 - ACUTE RAT INHALATION SCREEN/LC50 | 25-Apr-68 | CAVALLI,R.D. HALLESY,D.W. SPENCE,J.A. |
| TX8 | ACUTE TOXICITY OF CHEVRON SOLVENT 1200 - ACUTE RAT ORAL SCREEN/LD50; ACUTE RABBIT DERMAL SCREEN/LD50; ACUTE RAT INHALATION SCREEN/LC50; ACUTE RABBIT PRIMARY EYE IRRITATION; ACUTE RABBIT PRIMARY SKIN IRRITATION | 22-Mar-68 | CAVALLI,R.D. HALLESY,D.W. SPENCE,J.A. SYNDER,R. UZUKI,F. GONASUN,L. |
| TA32106 | THE METABOLISM OF BENZENE IN VITRO | 31-Dec-67 | BROMFELD,E. WELLS,A. |
| TXWE128 | EXPOSURE OF WORKERS TO PESTICIDES - WORKER EXPOSURE | 1-Apr-67 | WOLFE,H.R. |
| TA31383 | CASE REPORT: RETROBULBAR NEURITIS FOLLOWING EXPOSURE TO VINYL BENZENE (STYRENE) | 1-Jan-63 | PRATT,JOHNSON,J.A. |