# Amber Cisney

| | |
|---|---|
| **From:** | Greg Anding <greg.anding@keanmiller.com> |
| **Sent:** | Monday, November 07, 2011 2:21 PM |
| **To:** | 'Amber Cisney' |
| **Cc:** | 'Richard Fernandez'; eric@amlbenzene.net; Gary Bezet; Allison Benoit; Denice Redd-Robinette |
| **Subject:** | RE: Morin...Chevron |

Exhibit 2

Amber,

I recall the letter, but the substance of your letter is not what you asked for in the call. I have spoken with Allison Benoit, who also was on the call, and she confirms my recollection that you limited your request to MSDS. Nevertheless, Chevron is searching for additional documents, and will have them to you before December 10.

With respect to the documents on the list attached to plaintiffs' discovery, I am told that your assumption that "Chevron has these documents readily available" is incorrect. I am told that Chevron has not collected them or produced them. They are not readily available.

Greg


Greg Anding
Partner
Kean Miller LLP
II City Plaza
400 Convention Street, Suite 700
Baton Rouge, Louisiana  70802
Post Office Box 3513  (70821-3513)
225.382.3485 (direct)
225.388.9133 (facsimile)
greg.anding@keanmiller.com

**From:** Amber Cisney [mailto:amber@rjfernandezlaw.com]
**Sent:** Monday, November 07, 2011 1:31 PM
**To:** Greg Anding
**Cc:** 'Richard Fernandez'; eric@amlbenzene.net; Gary Bezet; Allison Benoit; Denice Redd-Robinette
**Subject:** RE: Morin...Chevron

Greg,
  I would like to correct your recollection. Our discovery conference regarding Shell's discovery only requested MSDS information. However, during Discovery conference for Chevron I took issue with Chevron's objections, and failure to answer nearly all discovery requests. I requested adequate responses to Plaintiffs' discovery as outlined in my October 4, 2011 letter. The letter is attached for your reference.

Amber

*Amber E. Cisney*

Law Offices of Richard J. Fernandez, LLC
3000 W. Esplanade Ave., Suite 200
Metairie, LA 70002
(504) 834-8500
Fax: (504) 834-1511
amber@rjfernandezlaw.com

The information contained in this communication is confidential and contains information protected in whole or in part by attorney-client privilege and/or the attorney work product doctrine. This E-mail is also protected by the Electronic Communications Privacy Act 18 U.S.C. Sections 2510,2521 and is legally privileged. The information contained in this E-mail is intended only for the use of the individual or entity named above. Any inadvertent or unauthorized disclosure does not waive any applicable protection. If the reader of this message is not the intended recipient, you are hereby notified that any dissemenation, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone (504-834-8500), or by E-mail and destory the original message and all copies without disclosure or reproduction.

**From:** Greg Anding [mailto:greg.anding@keanmiller.com]
**Sent:** Monday, November 07, 2011 12:03 PM
**To:** 'Amber Cisney'
**Cc:** Richard Fernandez; eric@amlbenzene.net; Gary Bezet; Allison Benoit; Denice Redd-Robinette
**Subject:** RE: Morin...Chevron

Amber,

I will pass this on to the client and get back with you; however, as you know, Knowles was clear that he was giving Chevron more time, and specifically designated December 10 as the date after which plaintiffs could reissue their SDT and Notice of Depo.  I don't think Knowles will agree with your arbitrary selection of this Friday instead of December 10 as the deadline.

Further, in the discovery conference Allison and I had with you, you simply asked for MSDS.  We provided those to you.

Greg


Greg Anding
Partner
Kean Miller LLP
II City Plaza
400 Convention Street, Suite 700
Baton Rouge, Louisiana  70802
Post Office Box 3513  (70821-3513)
225.382.3485 (direct)
225.388.9133 (facsimile)
greg.anding@keanmiller.com

**From:** Amber Cisney [mailto:amber@rjfernandezlaw.com]
**Sent:** Monday, November 07, 2011 11:34 AM
**To:** Greg Anding
**Cc:** Richard Fernandez; eric@amlbenzene.net
**Subject:** RE: Morin...Chevron

Greg,

      As you know we have asked for the Chevron benzene health and safety documents on the Database listing (attached to our discovery), for the years 1963 through the end of 1981.   We know that Chevron has these documents readily available.  Magistrate Knowles has supervised discovery in previous Chevron litigation, and is also aware that Chevron possesses these documents.   Please produce these documents no later than Friday, November 11, 2011, 5:00 p.m.  Additionally, we request Chevron produce any other documents responsive to Plaintiffs discovery requests at that time.

      If we do not receive this information, we will request a telephone conference with Magistrate Knowles and file a Motion to Compel.  We will also ask for sanctions for Chevron's failure to produce documents.

      Please notify me as soon as possible if Chevron will not be producing the documents requested in discovery by the end of this week (Friday November 11, 2011)

Thank you,
Amber

*Amber E. Cisney*
Law Offices of Richard J. Fernandez, LLC
3000 W. Esplanade Ave., Suite 200
Metairie, LA 70002
(504) 834-8500
Fax: (504) 834-1511
amber@rjfernandezlaw.com

The information contained in this communication is confidential and contains information protected in whole or in part by attorney-client privilege and/or the attorney work product doctrine. This E-mail is also protected by the Electronic Communications Privacy Act 18 U.S.C. Sections 2510,2521 and is legally privileged. The information contained in this E-mail is intended only for the use of the individual or entity named above. Any inadvertent or unauthorized disclosure does not waive any applicable protection. If the reader of this message is not the intended recipient, you are hereby notified that any dissemenation, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone (504-834-8500), or by E-mail and destory the original message and all copies without disclosure or reproduction.

**From:** Greg Anding [mailto:greg.anding@keanmiller.com]
**Sent:** Tuesday, November 01, 2011 2:01 PM
**To:** 'amber@rjfernandezlaw.com'
**Cc:** Allison Benoit; Gary Bezet
**Subject:** Morin...Chevron

Amber,

I have spoken with my client contact for Chevron.  They are continuing to search for the records you and I discussed following the conference.  Given the judge's date of December 10 before the deposition can be re-noticed, I have asked Chevron to be prepared to produce any additional documents prior to the end of November.  Of course, we will produce documents as soon as we receive them if we receive them prior to that time.  I will continue to keep you updated.

Greg


Greg Anding
Partner
Kean Miller LLP
II City Plaza
400 Convention Street, Suite 700
Baton Rouge, Louisiana  70802
Post Office Box 3513  (70821-3513)

225.382.3485 (direct)
225.388.9133 (facsimile)
greg.anding@keanmiller.com



CONFIDENTIALITY STATEMENT

This electronic message contains information from the law firm of Kean Miller LLP and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately by telephone at (225) 387-0999.

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.1869 / Virus Database: 2092/4602 - Release Date: 11/07/11

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.1869 / Virus Database: 2092/4602 - Release Date: 11/07/11

# Amber Cisney

| | |
|---|---|
| **From:** | Greg Anding <greg.anding@keanmiller.com> |
| **Sent:** | Monday, November 07, 2011 12:03 PM |
| **To:** | 'Amber Cisney' |
| **Cc:** | Richard Fernandez; eric@amlbenzene.net; Gary Bezet; Allison Benoit; Denice Redd-Robinette |
| **Subject:** | RE: Morin...Chevron |

Amber,

I will pass this on to the client and get back with you; however, as you know, Knowles was clear that he was giving Chevron more time, and specifically designated December 10 as the date after which plaintiffs could reissue their SDT and Notice of Depo. I don't think Knowles will agree with your arbitrary selection of this Friday instead of December 10 as the deadline.

Further, in the discovery conference Allison and I had with you, you simply asked for MSDS. We provided those to you.

Greg


Greg Anding
Partner
Kean Miller LLP
II City Plaza
400 Convention Street, Suite 700
Baton Rouge, Louisiana  70802
Post Office Box 3513  (70821-3513)
225.382.3485 (direct)
225.388.9133 (facsimile)
greg.anding@keanmiller.com

---

**From:** Amber Cisney [mailto:amber@rjfernandezlaw.com]
**Sent:** Monday, November 07, 2011 11:34 AM
**To:** Greg Anding
**Cc:** Richard Fernandez; eric@amlbenzene.net
**Subject:** RE: Morin...Chevron

Greg,

     As you know we have asked for the Chevron benzene health and safety documents on the Database listing (attached to our discovery), for the years 1963 through the end of 1981. We know that Chevron has these documents readily available. Magistrate Knowles has supervised discovery in previous Chevron litigation, and is also aware that Chevron possesses these documents. Please produce these documents no later than Friday, November 11, 2011, 5:00 p.m. Additionally, we request Chevron produce any other documents responsive to Plaintiffs discovery requests at that time.

     If we do not receive this information, we will request a telephone conference with Magistrate Knowles and file a Motion to Compel. We will also ask for sanctions for Chevron's failure to produce documents.

     Please notify me as soon as possible if Chevron will not be producing the documents requested in discovery by the end of this week (Friday November 11, 2011)

1

Thank you,
Amber

*Amber E. Cisney*
Law Offices of Richard J. Fernandez, LLC
3000 W. Esplanade Ave., Suite 200
Metairie, LA 70002
(504) 834-8500
Fax: (504) 834-1511
amber@rjfernandezlaw.com

The information contained in this communication is confidential and contains information protected in whole or in part by attorney-client privilege and/or the attorney work product doctrine. This E-mail is also protected by the Electronic Communications Privacy Act 18 U.S.C. Sections 2510,2521 and is legally privileged. The information contained in this E-mail is intended only for the use of the individual or entity named above. Any inadvertent or unauthorized disclosure does not waive any applicable protection. If the reader of this message is not the intended recipient, you are hereby notified that any dissemenation, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone (504-834-8500), or by E-mail and destory the original message and all copies without disclosure or reproduction.

**From:** Greg Anding [mailto:greg.anding@keanmiller.com]
**Sent:** Tuesday, November 01, 2011 2:01 PM
**To:** 'amber@rjfernandezlaw.com'
**Cc:** Allison Benoit; Gary Bezet
**Subject:** Morin…Chevron

Amber,

I have spoken with my client contact for Chevron.  They are continuing to search for the records you and I discussed following the conference.  Given the judge's date of December 10 before the deposition can be re-noticed, I have asked Chevron to be prepared to produce any additional documents prior to the end of November.  Of course, we will produce documents as soon as we receive them if we receive them prior to that time.  I will continue to keep you updated.

Greg


Greg Anding
Partner
Kean Miller LLP
II City Plaza
400 Convention Street, Suite 700
Baton Rouge, Louisiana  70802
Post Office Box 3513  (70821-3513)
225.382.3485 (direct)
225.388.9133 (facsimile)
greg.anding@keanmiller.com



WEBSITE | BLOG | BIO

CONFIDENTIALITY STATEMENT

This electronic message contains information from the law firm of Kean Miller LLP and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately by telephone at (225) 387-0999.

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.1869 / Virus Database: 2092/4602 - Release Date: 11/07/11